# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| **CURTIS JAMES JACKSON, III,** § | **CASE NO. 15-21233** |
| § | |
| DEBTOR. § | |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPER

PLEASE TAKE NOTICE that the undersigned counsel hereby appears as co-counsel for Curtis James Jackson, III (the "Debtor") and demands, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the above-captioned case and all papers served or required to be served in the above-captioned case, be given to and served upon the undersigned attorney, at the address set forth below:

> Patrick J. Neligan, Jr.
> **NELIGAN FOLEY LLP**
> 325 N. St. Paul, Suite 3600
> Dallas, Texas 75201
> pneligan@neliganlaw.com
> Telephone: (214) 840-5300
> Facsimile: (214) 840-5301

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone or otherwise.

Dated: July 13, 2015　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　 */s/ Patrick J. Neligan, Jr.*
　　　　　　　　　　　　　　　　　　　　Patrick J. Neligan, Jr.
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 14866000
　　　　　　　　　　　　　　　　　　　　pneligan@neliganlaw.com
　　　　　　　　　　　　　　　　　　　　**NELIGAN FOLEY LLP**
　　　　　　　　　　　　　　　　　　　　325 N. St. Paul, Suite 3600
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　Telephone: (214) 840-5300
　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 840-5301

　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR CURTIS JAMES JACKSON, III**

## CERTIFICATE OF SERVICE

　　　　The undersigned hereby certifies that on the 13th day of July, 2015, a true and correct copy of the foregoing was served via the notification system of the case management and electronic filing system of the Bankruptcy Court, which caused all parties or counsel requesting notice to be served via electronic means.

　　　　　　　　　　　　　　　　　　　　 */s/ Patrick J. Neligan*
　　　　　　　　　　　　　　　　　　　　Patrick J. Neligan