**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| | ) Case No. 15-21233 (AMD) |
| CURTIS JAMES JACKSON, III, | ) |
| | ) |
| DEBTOR. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that the undersigned appears on behalf of Creditor and Party-In-Interest, Lastonia Leviston, pursuant to 11 U.S.C. § 342(a) and Rules 2002, 2018, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure demands that all notices given or required to be given in this case (and in any and all adversary proceedings therein) and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the rules and statutes specified above but also includes, without limitation, every order, application, motion, petition, pleading, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of their estates (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE**, that this Notice, Demand and Request includes and constitutes a request to be served with each and every plan which is filed herein by any person or entity.

Dated at Bridgeport, CT this 13th day of July, 2015.

                              Respectfully submitted,
                              **Lestonia Leviston**

                        By: /s/ Elizabeth J. Austin
                              Elizabeth J. Austin, Esq. (ct04384)
                              Pullman & Comley, LLC
                              850 Main Street
                              Bridgeport, Connecticut 06604
                              (203) 330-2000
                              jgrossarth@pullcom.com
                              Her Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2015, I electronically filed the attached ***Appearance and Request for Notice*** with the Clerk of the Bankruptcy Court for the District of Connecticut using the CM/ECF System, which will send electronic notification to all parties able to receive electronic notice as follows:

**James Berman**
Zeisler and Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
Email: jberman@zeislaw.com
Attorneys for the Debtor

*U.S. Trustee*
**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210

      /s/ Jessica Grossarth
      Jessica Grossarth, Esq.