UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

|  |  |  |
|---|---|---|
| In re:<br><br>CURTIS JAMES JACKSON, III,<br><br>Debtor | x<br>:<br>:<br>:<br>:<br>:<br>x | Chapter 11<br><br>Case No. 15-21233 (AMN) |
| LASTONIA LEVISTON,<br><br>Movant<br><br>v.<br><br>CURTIS JAMES JACKSON, III,<br><br>Respondent. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x |  |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the motion for an order lifting automatic stay filed by Movant, Lastonia Leviston (the "Movant"), and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of Bankruptcy Code section 362(a) is lifted to permit the Movant to resume the action pending in the Supreme Court of the State of New York, County of New York, entitled <u>Lastonia Leviston v. Curtis James Jackson, III a/k/a "50 Cent"</u> and bearing Index No. 102449/2010.

2

ACTIVE/75029.1/EA/2657782v1