# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
LASTONIA LEVISTON,

                    Plaintiff,

-against-

CURTIS JAMES JACKSON III a/k/a 50 CENT,

                    Defendant.
-------------------------------------------------------------------X

Index No. 102449/2010

Trial Term, Part 7
Hon. Paul Wooten, JSC

**THE COURT'S FINAL JURY VERDICT QUESTIONNAIRE**

### Count 1 - New York Civil Rights Law Sections 50 and 51

NOTE: It has been conceded that the defendant used plaintiff's picture, video or voice without her written consent.

1. Did the defendant use plaintiff's picture, video or voice for purposes of advertising or trade within the State of New York?

    Yes __✓__            No _____

At least five jurors must agree on the answer to this question.

[If your answer is "Yes", proceed to question 2]

**[If your answer is "No", then proceed to question 4]**

Page 1 of 9



COURT'S EXHIBIT NO. VIII
IDENTIFICATION/EVIDENCE
DKT.# MC
DATE: 7-10-15

2. State the amount of compensatory damages to which plaintiff is entitled to under this claim:

$ __2.5 million__

At least five jurors must agree on the answer to this question.

[If you grant compensatory damages, proceed to question 3]

**[If you do not grant compensatory damages, then proceed to question 4]**

3. Is the plaintiff entitled to punitive damages against the defendant under this claim?

Yes __✓__              No _____

At least five jurors must agree on the answer to this question.

[Proceed to question 4]

## Count 2 - Intentional Infliction of Emotional Distress

4.  Was defendant's conduct towards plaintiff extreme and outrageous?

    Yes   ✓          No _____

    At least five jurors must agree on the answer to this question.

[If your answer is "Yes", proceed to question 5]

**[If your answer is "No", then stop your deliberations and report your verdict to the Court]**

5. Did defendant intend to cause plaintiff severe emotional distress, or did defendant disregard a substantial probability of causing severe emotional distress to the plaintiff?

Yes ✓     No _____

At least five jurors must agree on the answer to this question.

[If your answer is "Yes", proceed to question 6]

**[If your answer is "No", then stop your deliberations and report your verdict to the Court]**

6. Did the plaintiff suffer severe emotional distress of such intensity and duration that no reasonable person should be expected to endure it?

Yes ✓            No _____

At least five jurors must agree on the answer to this question.

[If your answer is "Yes", proceed to question 7]

**[If your answer is "No", then stop your deliberations and report your verdict to the Court]**

7. Was there a causal connection between defendant's conduct and plaintiff's severe emotional distress?

Yes ✓                                        No _____

At least five jurors must agree on the answer to this question.

[If your answer is "Yes", proceed to question 8]

**[If your answer is "No", then stop your deliberations and report your verdict to the Court]**

8. State the amount of compensatory damages to which plaintiff is entitled to under this claim:

$  2.5 million.

1. At least five jurors must agree on the answer to this question.

[If you grant compensatory damages, proceed to question 9]

**[If you do not grant compensatory damages, then stop your deliberations and report your verdict to the Court]**

9. Is the plaintiff entitled to punitive damages against the defendant under this claim?

Yes ✓          No _____

At least five jurors must agree on the answer to this question.

[Your deliberations have concluded, please return to the courtroom to report your verdict.]

Dated: 7/10/15

Juror Foreperson: _____