# EXHIBIT C

# In The Matter Of:

*Lastonia Leviston v.*
*Curtis Jackson*

---

*July 13, 2015*

---

*Stefanie Johnson*

Original File Jackson 7-13.txt
Min-U-Script® with Word Index

1436

1                          - Proceedings -

2    SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK - CIVIL TERM:   PART 7
3    -------------------------------------------------X
     LASTONIA LEVISTON,
4                              Plaintiff,

5                                        INDEX NO.
                                         102449/2010

6              -against-

7

     CURTIS JAMES JACKSON, III A/K/A 50 CENT,
8                          Defendant.
9    -------------------------------------------------X
                                  60 CENTRE STREET
                                  NEW YORK, NEW YORK
10                                JULY 13, 2015

11

     B E F O R E:

12
                      THE HONORABLE PAUL WOOTEN, Justice

13

14   A P P E A R A N C E S:

15
             FREIDIN DOBRINSKY BROWN ROSENBLUM
16           Attorneys for the Plaintiff
             One Biscayne Tower
17           2 Biscayne Boulevard
             Miami, Florida  33131
18           BY:  PHILIP FREIDIN, ESQ.

19

20           NAPOLI BERN RIPKA & SHKOLNIK, LLP
             Attorneys for the Plaintiff
21           350 Fifth Avenue
             New York, New York  10118
22           BY:  HUNTER J. SHKOLNIK, ESQ.

23

             (Appearances continued on next page.)
24

25                              Stefanie Johnson
                                William Cardenuto
26                              Senior Court Reporters

             William Cardenuto, CSR, Official Court Reporter

1437

1        - Proceedings -

2    A P P E A R A N C E S:

3        THE ALVAREZ LAW FIRM
         Attorneys for the Plaintiff
4        355 Palermo Avenue
         Coral Gables, Florida  33135
5        BY:  ALEX ALVAREZ, ESQ.

6

         BICKEL & BREWER
7        Attorneys for the Defendant
         750 Lexington Avenue
8        New York, New York  10022
         BY:  STEPHANIE L. GASE, ESQ.
9        BY:  JAMES S. RENARD, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1438

1        - Proceedings -

2            THE COURT:  Okay.  Good morning, Counsel.

3            MR. SHKOLNIK:  Good morning, your Honor.

4            THE COURT:  Do we need your appearances?

5            MR. FREIDIN:  Not for us.

6            THE COURT:  Well, Mr. Alvarez is back.  So, I

7    wanted to simply make note that he was back.

8            MR. ALVAREZ:  Thank you, your Honor.

9            THE COURT:  Okay.

10           THE COURT:  And, of course, we noticed that you

11   were not here.

12           MR. ALVAREZ:  Thank you.

13           THE COURT:  Okay.  I understand from an email we

14   received that there is a notice of a bankruptcy pending.

15           MR. RENARD:  Yes, your Honor.

16           THE COURT:  Any comments?

17           MR. RENARD:  No, your Honor.  I believe the

18   Court has received two letters from the bankruptcy

19   counsel, including a copy of the voluntary petition that

20   was signed this morning, and your Honor we also filed, and

21   I believe provided a copy to the Court, a notice of

22   suggestion of bankruptcy case and pendency of automatic

23   stay as a result of the file.

24           THE COURT:  So, it's your position that the

25   bankruptcy filing automatically stays the trial, even

26   though we're in the middle of trial?

1439

1      - Proceedings -

2          MR. RENARD:  Yes, your Honor.  Under --

3          THE COURT:  I got your notice.  I didn't get a

4    response to by plaintiff, and I was looking for a specific

5    case on point.  This is the second such bankruptcy that

6    your client has filed, not through you, but this is a

7    second such bankruptcy that he has filed in, what, the

8    last 30 days?

9          MR. RENARD:  Your Honor, I would note this first

10   bankruptcy was a bankruptcy of one of Mr. Jackson's

11   companies.

12         THE COURT:  In which he has a hundred percent

13   ownership of.

14         MR. RENARD:  But the position we took there is

15   that proceedings against Mr. Jackson should have been

16   stayed pursuant to a separate statute in 362.  This is a

17   personal bankruptcy.

18         THE COURT:  I understand, but there are rules in

19   the bankruptcy court regarding multiple bankruptcies

20   within a period of time.  My question to you is -- I

21   understand your general application that you believe that

22   because of the general rule it stays proceedings when a

23   bankruptcy is filed.

24         MR. RENARD:  Yes, your Honor.

25         THE COURT:  I'm saying this is an unusual case,

26   because we are in the middle of trial.  I am asking you is

1440

```
 1                   - Proceedings -
 2    there something additional you would like to say, because
 3    we're in the middle of trial?
 4              MR. RENARD:  Your Honor, no, other than the 362
 5    applies, but if the Court would like some case law, I'm
 6    sure we could find in the next 15, 20 minutes --
 7              THE COURT:  Well, I haven't heard from the
 8    plaintiffs yet.
 9              MR. ALVAREZ:  May it please the Court.
10              THE COURT:  Absolutely, Mr. Alvarez.
11              MR. ALVAREZ:  You know, Judge, this is now the
12    third opportunity, I guess, it is to stop this trial.  We
13    want to complete this trial, Judge.  I think the Court,
14    the jurors, my client deserves finality in this process,
15    and that's what we're asking for, finality.  We want this
16    trial to continue.  We would like some time to research
17    the issue with regards to the automatic stay, whether it
18    even applies in this case.  We got served with this less
19    than an hour ago.
20              THE COURT:  Yes, sir.  So, did we.
21              MR. ALVAREZ:  So, I think in the meantime what I
22    would propose is we continue with the trial.  We continue
23    with the trial and give us an opportunity to research this
24    issue.
25              THE COURT:  You want to continue with the trial
26    while we're doing research?
```

1441

1              - Proceedings -

2              MR. ALVAREZ:  Judge, there's more than one of us

3      here.

4              THE COURT:  No.  You have an army here, which I

5      understand.  So, does Mr. Renard.  How much time do you

6      need to do a review as to whether or not that you have

7      what you would consider credible opposition to the

8      automatic stay an hour, 90 minutes?

9              MR. ALVAREZ:  May I have a moment, your Honor?

10             THE COURT:  Yes, sir.

11             MR. ALVAREZ:  So, we would like to adjourn it

12     till tomorrow, Judge.

13             THE COURT:  I don't know if I can do that with

14     the jury.  I don't know if we can just hold the jury

15     another day.  I'll tell you what, I'll give you a moment

16     to confer with counsel to determine whether or not an hour

17     and maybe come back.  Mr. Renard, I'll also give you an

18     hour, and I'll come back and hear what you have to say,

19     understanding that he has an application to adjourn for

20     the day.

21             MR. RENARD:  Yes, your Honor.  I would point

22     out, this is respectfully so, because I think it's

23     important that we meet the procedure here.  I understand

24     that the Court is inquiring about whether or not the stay

25     is applicable.  It's our position, your Honor, that the

26     stay is applicable, and further proceedings in the stay

1442

1          - Proceedings -

2     would be a violation of federal law.

3          THE COURT:  I get your point.  I do get your

4     point; however, given the fact that we received the stay

5     this morning, less than an hour ago, I don't think it's

6     inappropriate for the Court to give the plaintiff an

7     opportunity to respond to the stay if they believe the

8     stay may be inappropriate.

9          MR. RENARD:  Very well, your Honor.

10          THE COURT:  And in the interim, we'll actually

11     have bankruptcy counsel look at the issue and maybe

12     present the court something.

13          THE COURT:  Very well.  Thank you, Mr. Renard.

14     I'll get back to you in approximately one hour.

15          MR. SHKOLNIK:  Thank you, your Honor.

16          MR. RENARD:  Thank you.

17               (Recess taken.)

18          THE COURT OFFICER:  Remain seated come to

19     order.

20          THE COURT:  Okay.  Thank you, counsel.  We're

21     back on the record 10 minutes later.  We have a copy of

22     the United States Bankruptcy Court proceeding that was

23     sent to us from bankruptcy counsel.  We'll mark it as

24     Court Exhibit IX.

25          THE COURT:  Okay.  Mr. Alvarez.

26          MR. ALVAREZ:  Yes, your Honor.  May it please

1443

```
 1                        - Proceedings -
 2      the court.  We had a chance to confer with our bankruptcy
 3      counsel.  We've hired bankruptcy counsel, Judge, and the
 4      automatic -- the filing of a petition does serve as an
 5      automatic stay, although we do have some recourse.  We are
 6      filing an emergency petition to lift the stay so that
 7      these proceedings can go forward.  We're told that is
 8      either going to be filed today or the latest tomorrow
 9      morning.  We're hoping to get a hearing from the judge on
10      Thursday, and it is our hopes to get the stay lifted so
11      that these proceedings can continue.  So, what we would
12      ask the Court is that you hold the jury until next Monday.
13      We'll give word to the Court about what proceeded at the
14      hearing on Thursday, and if there is no ruling or the
15      court denies our motion, then you may -- you could
16      discharge the jury, but what we're asking you to do,
17      Judge, is to hold the jury in bay until next Monday.
18                THE COURT:  Very well.
19                Mr. Renard.
20                MR. RENARD:  Your Honor, there's -- certainly,
21      they have the right to file what they want.  I would just
22      note this, your Honor.  I don't know what the law provides
23      with respect to a stay of proceedings and holding a jury
24      over.  I'll let the Court decide that.  What I will
25      mention, though, your Honor, is, as the Court knows, in
26      terms of the status of these proceedings, we have
```

1444

1          - Proceedings -

2     concluded a first phase proceeding with a verdict from the

3     jury.  We have a second phase proceeding which has

4     elements of bifurcation in it.  I think the Court even

5     noted one could use the same fact finder or you could use

6     a different fact finder with respect to phase two, and I

7     think that's an important distinction to keep in mind in

8     terms of what we're going to be asking the bankruptcy

9     court to do, because there's a unique part of the punitive

10    damages inquiry that has to do with net worth which is in

11    the exclusive -- which is, of course, a specialization of

12    the bankruptcy court.  I'm just telling your Honor that it

13    is our position that the bankruptcy court, I think, is

14    uniquely situated to serve as a fact finder in punitive

15    damages, but that's a point we'll present to the

16    bankruptcy court when and if any request for relief is

17    filed by the plaintiff.

18              THE COURT:  Okay.  Thank you, Mr. Renard.  All

19    right.  Gave us a moment.

20                   (Recess taken.)

21              THE COURT OFFICER:  Remain seated.  Come to

22    order.

23              THE COURT:  Okay.  Good morning, counsels.

24              MR. FREIDIN:  Good morning.

25              MR. RENARD:  Good morning, your Honor.

26              THE COURT:  Rather, it's afternoon.  It's five

1445

1                          - Proceedings -

2       after 12:00.  We have been reviewing the requests by the

3       plaintiff and the response by the defendant since all

4       parties agree that the bankruptcy stay does, in effect,

5       hold our proceedings in abeyance.

6               The Court now will consider the application by

7       the plaintiff in order to adjourn this case in order to

8       allow the plaintiff to make an emergency application to

9       the bankruptcy court in Connecticut.  We would only point

10      out for purposes of the bankruptcy court, and I think in

11      our record it shows, the torturous history that this case

12      has been under.  We have been here -- we've been here with

13      this jury since six weeks in a case where we originally

14      told the jurors was going to be relatively short.  As I

15      understand it, even in jury voir dire, they were informed

16      that this was going to be relatively short.  We had

17      literally been here with the case on trial for what I

18      believe is eight weeks.

19              Given the fact that this is a five year old case

20      where the case was originally filed in February 24 of

21      2010, after discovery, there was a note of issue, and

22      certificate of trial readiness was filed on October 12th

23      2012.  The summary judgment motion was decided on December

24      3rd of 2013 and was adjourned no less than four or five

25      times in order for the parties to try to mitigate or

26      settle the case before JHO Vigilante.  The case was marked

1446

- Proceedings -

1   ready for trial and passed to Part 7 on January 21st of

2   2015, and after a lengthy litigation over the trial date

3   and the discovery schedule, the Court had set a schedule

4   based on the request of the defendant where the defendant

5   made representations that they want to be here every day

6   for the course of the trial.

7         So, they wanted the Court to choose a date that

8   they were available.  We, in effect, after going through

9   the record, and the two letters that were submitted, a

10  lengthy letter on behalf of the defendant and on behalf of

11  the plaintiff, we chose a time and period to which the

12  defendant had indicated that he was available, despite

13  that fact the defendant didn't make any appearance here in

14  court, nor did he make himself available as represented by

15  the previous counsel.  This was not Bickel and Brewer.

16  This was the representation by Reed Smith.

17        Subsequently to that, once the case was marked

18  ready for trial on the 26th and we were ready to proceed,

19  we got an emergency application for the matter to be

20  removed to the court on the day the trial was ready to

21  begin and that was made on the basis that it was related

22  to the bankruptcy of a company owned by the defendant, SMS

23  Productions, limited, and it was filed in the bankruptcy

24  court in Connecticut.  As a result of that particular

25  application, the matter was stayed, and in granting

1447

1        - Proceedings -

2    plaintiff's emergency motion to remand, the court,

3    subsequently two days later on May 28th, 2015, after an

4    emergency application that was made on behalf of the

5    plaintiffs in federal court, I'm sorry, in the bankruptcy

6    court, remanded the matter back.  I point your attention

7    to the case -- it was 15 CIV 3989, DK Docket No. 10, and

8    it was specifically discussed at Page 49 through 53.

9            The Court was concerned at that time with what

10   they considered a torturous path the case had taken

11   through the New York State Supreme Court since at that

12   particular time the application to remove was filed on a

13   day to which we were ready to proceed to trial.  In the

14   day that that application to remove was filed, the parties

15   were here.  The Court was ready to proceed.  The court

16   clerk was here.  There was actual security.  We went over

17   this extensively in our decision as well as the decision

18   that was made by Justice Failla in the following

19   application to remove.  Once that case was filed, there

20   was a second application that was filed to remove the case

21   to the federal court, and the federal court had found that

22   in that application, and I quote from the decision, it

23   says that "the instant removal was even more egregious"

24   and that the defendants in that particular case, according

25   to Judge Failla, found that the second application to file

26   for the removal to federal court caused, excuse me, she

1448

- Proceedings -

1    said "necessarily delayed" -- I'll say it again.  I'll

2    read the quote of the decision, "The instant removal is

3    even more egregious.  Defendants prior sortie necessarily

4    delayed the start of the trial providing him," meaning the

5    defendant, "an unwarranted, if short-lived adjournment."

6    She then turned around, and she sent the case back to us

7    in June.  The application before Judge Failla was filed on

8    June 12th.  She returned it back to us in the second

9    application in an order from June 12th, and, therefore, we

10   proceeded to trial.

11        Now that we have completed the trial in its

12   bifurcated stage, there's now what would essentially be a

13   third application to delay the proceedings, and the Court

14   has no choice but to follow the order that has been filed

15   in the Connecticut bankruptcy case.  However, it's

16   important to note here, and we say this for purposes of

17   the bankruptcy proceeding, that under state law when there

18   is a case for the purposes of punitive damages, while the

19   case may be bifurcated, and we state the case of the

20   Rupert versus Sellers, 48 AD2d 265, a Fourth Department

21   case, which has been adopted by the First and Second

22   Departments, there is an incredibly strong preference that

23   the jury that heard the trial also hear the punitive

24   damages trial.  So, I've read this into the record.  I'm

25   going to read it again.

1449

1             - Proceedings -

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

William Cardenuto, CSR, Official Court Reporter

1450

|     |                                                         |
|-----|---------------------------------------------------------|
| 1   | Proceedings                                             |
| 2   | THE COURT:  Rupert versus Sellers, the Fourth           |
| 3   | Department ruled that in cases where plaintiff is        |
| 4   | seeking punitive damages, a split trial procedure        |
| 5   | should be used.  First, the Court should take a special  |
| 6   | verdict as to whether the defendant was guilty of        |
| 7   | conduct entitling plaintiff to punitive damages, i.e.,   |
| 8   | wanton and reckless, or malicious, conduct.  The Court   |
| 9   | concluded that evidence of the defendant's wealth        |
| 10  | cannot be brought out upon trial unless and until the    |
| 11  | jury returns a special verdict that plaintiff is         |
| 12  | entitled to punitive damages against the defendant.      |
| 13  | The Rupert Court also held that plaintiff is not         |
| 14  | entitled to disclosure of defendant's net worth until    |
| 15  | the jury returns a special verdict entitling plaintiff   |
| 16  | to punitive damages.                                     |
| 17  | Recognizing that the bifurcation procedure               |
| 18  | might delay the final disposition of a case, the Rupert  |
| 19  | Court found the delay warranted to protect the           |
| 20  | defendant from the discovery of their net worth in       |
| 21  | cases where plaintiff has only alleged, but not have     |
| 22  | established, entitlement to punitive damages.  The       |
| 23  | bifurcation procedure also saves times because it bars   |
| 24  | discovery in cases where plaintiff cannot ultimately     |
| 25  | prove such entitlement.  It also references Sellers.     |
| 26  | In addition, the limited disclosure to which             |

1451

```
1                        Proceedings
2        a plaintiff is entitled concerning the defendant's
3        wealth in a punitive damage case should be conducted
4        expeditiously and most cases the evidence should be
5        available for presentation to the same jury that
6        rendered the special verdict.  Also supra.  The First
7        and Third Departments have endorsed the split trial
8        procedure set forth in Rupert.
9                 See Suozzi versus Parente, 202 AD2d 94, First
10       Department 1994, also Suozzi versus Parente 161 AD2d
11       232, First Department 1990.  Varriale versus Saratoga
12       Harness Racing, Inc., 76 AD2d 991, Third Department
13       case in 1980.
14                 We also point out the federal courts
15       recognize the procedures set forth in Rupert to be
16       settled law in the New York federal courts, the federal
17       courts in New York.
18                 See Evans versus Calise, 994 West Law 185696,
19       Second Department 1994.  Agudas Chasidei Chabad of the
20       United States versus Gourary, 1989 West Law 38341,
21       Eastern District of New York 1989.  Also see Smith
22       versus Lightening Bolt Productions, Inc., 861 F2d 363,
23       Second Circuit 1988; where they mention the bifurcation
24       is the preferred method.
25                 Evidence of the defendant's wealth or
26       financial condition is generally not discoverable until
```

Stefanie Johnson - Senior Court Reporter

1452

| | |
|---|---|
| 1 | Proceedings |
| 2 | after the trier of fact has determined the defendant's |
| 3 | ability for punitive damages.  That's Rupert versus |
| 4 | Sellers, I think that's page 265 Fourth Department |
| 5 | case, where they held discovery allowed only after the |
| 6 | special verdict of liability for punitive damages, that |
| 7 | was also endorsed by Suozzi as quoted in the First |
| 8 | Department where financial disclosure to support |
| 9 | punitive damage claim should not be had until there is |
| 10 | a special verdict determining entitlement to punitive |
| 11 | damages. |
| 12 | There's further discussion, and as I read |
| 13 | this I am actually reading the major quote from the PJI |
| 14 | which is on page 875.  As they continue to hold, also |
| 15 | in the First Department, that the plaintiff must first |
| 16 | obtain a special verdict that is entitled to punitive |
| 17 | damage before it may obtain any disclosure. |
| 18 | Now, according to the facts here, we had a |
| 19 | jury verdict on Friday.  We also had further |
| 20 | discussions where there was an application that had |
| 21 | been filed weeks ago by the plaintiffs for the |
| 22 | discovery of the defendant's assets in the event that |
| 23 | there was a special verdict.  In this particular case, |
| 24 | all that was stayed until Friday. |
| 25 | In addition, there was an application filed |
| 26 | by the defendants on Friday in order which amplified |

Stefanie Johnson - Senior Court Reporter

1453

                          Proceedings

1    the earlier application to quash the subpoena on two

2    grounds.

3            First of all, they had originally made an

4    application to quash the subpoena of the defendant's

5    financials, one because it was untimely, and two,

6    because they thought it went too far.  It went to five

7    years instead of three years.  There was discussion on

8    that.  The Court ruled in accordance that five years

9    was appropriate.

10           Then the second application was meant to

11   prevent the defendant from appearing pursuant to the

12   subpoena duces tecum and ad testum that was filed by

13   the defendants because there was a claim that he was, I

14   don't remember what the claim was, but I'll let the

15   record reflect it, that they didn't want him to appear.

16           As I ruled on Friday, I denied the

17   application to quash the subpoena and I've ordered that

18   the defendant appear here today.  I allowed the parties

19   to continue to negotiate this out, and according to the

20   representation by the plaintiffs, they would forego the

21   defendant's appearance here today if they could work

22   out an alternate method of securing his net worth.

23   They were in the process of negotiating a

24   confidentiality agreement that would forgo his

25   appearance.

1454

Proceedings

1        So, that was all set for here today.  Rather

2   than the defendant appearing here today, rather than

3   the parties able to work out a negotiating

4   confidentiality agreement or any of those disclosure

5   documents, we now have, at 9:30 this morning, an

6   application based on a bankruptcy proceeding.

7        This is not in any way designed to impugn the

8   sincerity of the defendant's application for bankruptcy

9   based upon the jury's determination on Friday, but it

10  is meant to communicate, to those that are listening,

11  the Court's frustration with continually trying to get

12  this case resolved on what it thinks is both a timely

13  and fair manner.

14       We have been on trial with this case, as I

15  mentioned, for eight weeks.  It's been rather

16  contentious, torturous.  We had three applications to

17  remove.  We had multiple, if my memory serves, we had

18  no less than five applications for a stay on behalf of

19  the defendant, and therefore, we believe that based on

20  the time and effort that has been put into this case,

21  every effort should be made to have this matter

22  resolved before this particular jury that has rendered

23  the special verdict.  We are making that determination

24  because of the near unchallengeable preference that has

25  been set forward in the Sellers case and the fact that

Stefanie Johnson - Senior Court Reporter

1455

1        Proceedings

2    this particular jury who has been here for, I thought I

3    said six weeks, has heard all the evidence, and if it

4    were to be bifurcated and go to a new jury, all of that

5    would have to be re-presented again.

6        In the interest of public policy, we are

7    prepared to adjourn this matter and allow the plaintiff

8    to make its application to the bankruptcy court in

9    Connecticut.  So, the plaintiff's application for an

10   adjournment till next Monday is granted.

11       The time that we've been working in my robing

12   room is so that we can allow the jurors to call the

13   court on Friday, we have a call-in procedure, where we

14   have CTI calls, which will allow the jurors to call in

15   on Friday to determine whether or not to come in on the

16   following Monday.

17       Based on that procedure, we will adjourn the

18   case until Monday.  However, we will meet with the

19   parties, not meet with the parties, but I am ordering

20   the parties to do a conference call with the Court on

21   Friday, July 17, 2015, at 12 noon so that I can get the

22   official status of the proceeding in Connecticut.

23   Should there be some resolution of the application by

24   the plaintiff before Friday, I would order the parties

25   to let us know as soon as possible.

26       Now, as a precaution, we have kept the jurors

Stefanie Johnson - Senior Court Reporter

1456

```
 1                    Proceedings
 2      separate, in other words, the six jurors are totally
 3      segregated from the two alternates.  It was of course
 4      preference to release the alternates.  However, both
 5      parties have requested that we keep them.  I have
 6      granted that request.  There has been no contact
 7      between the alternates and the jurors.  But, for
 8      purposes of this call-in procedure, we shall treat them
 9      the same.
10              Anything else?
11              MR. ALVAREZ:  Your Honor, we would request a
12      copy of the verdict form so that we can attach it to
13      the order form.
14              THE COURT:  You may have a copy of the jury
15      form, Court Exhibit 8 is available to both parties.
16      Anything else?
17              MR. ALVAREZ:  Nothing further from the
18      plaintiff.
19              THE COURT:  Okay.  Nothing further.
20              Officer Crawford, can you bring in the
21      jurors.
22              COURT OFFICER:  All rise.  Jury entering.
23              (Whereupon, the jury entered the courtroom.)
24              THE COURT:  Let the record reflect that we're
25      back with the case on trial.  The jurors are in the
26      jury box, and that Officer Crawford, and the Court
```

1457

Proceedings

1  clerk has escorted the two alternate jurors into the

2  front row.  They are separate and apart.  There has

3  been no contact between the jurors and the alternate

4  jurors.  They have been held in separate jury rooms at

5  this time.

6  Ladies and gentlemen, on Friday I briefly

7  explained to you that we now have a second part of the

8  trial which is the bifurcation trial.  I told you I

9  expected it to be maybe one or two days and that we

10  would conclude in the beginning of this week.  As a

11  result of a technical issue that has come up that the

12  Court must resolve, I must adjourn this case today.

13  However, it is not something that will be resolved in

14  one or two days.

15  So, I am adjourning this case for one week.

16  I am putting you, as jurors, on an adjournment for one

17  week, and I am putting you on what's called a telephone

18  conference call, which means on Friday, July 17, I am

19  instructing you to call the jury part and they will

20  give you instructions as to whether or not to appear on

21  Monday July 20th.  I think it's unfair to you to have

22  you sit here for a week while we work out the issues

23  that are before the parties.

24  Would you give them the telephone conference

25  cards, please.

Stefanie Johnson - Senior Court Reporter

1458

1       Proceedings

2           COURT CLERK:  Yes, your Honor.

3           THE COURT:  I am giving you these cards to

4       both you and the alternate jurors and I'm asking you to

5       arrange your schedule accordingly.  We will do nothing

6       that involves the jury for at least one week.  So

7       arrange your schedules accordingly.  On Friday when you

8       call in, we will tell you whether to appear the

9       following Monday or Tuesday.  However, my original

10      estimate of what has to do for the second portion of

11      the trial is still probably two days.  So arrange your

12      schedules accordingly.

13          I will give you the same admonition that I

14      give you each and every time we leave here.  Now that

15      the case has been resolved as to the first stage,

16      still, you are not to discuss this case with anybody

17      outside the presence of the jury.  I am instructing you

18      to do no further discussion of the case amongst

19      yourselves and certainly to nobody else outside this

20      case.  This also applies to the alternate jurors.

21          You are not to do any independent research or

22      library or do any independent research by electronic

23      device or through any books.  You are not to use

24      Twitter, Facebook, Google, to do any research on the

25      issue here or any of the parties.  The same applies to

26      the alternate jurors, you have telephone calls, you are

1459

| | |
|---|---|
| 1 | Proceedings |
| 2 | to have no contact with the alternate jurors and the |
| 3 | alternate jurors are not to have any contact with you. |
| 4 | Ladies and gentlemen, counsels, Mr. Alvarez, |
| 5 | is there anything you would like to add? |
| 6 | MR. ALVAREZ:  No, your Honor. |
| 7 | THE COURT:  Mr. Renard, anything you would |
| 8 | like me to add? |
| 9 | MR. RENARD:  No, your Honor.  Thank you. |
| 10 | THE COURT:  Thank you both for your patience. |
| 11 | At this time you're discharged.  I will |
| 12 | technically adjourn the case until next Monday which is |
| 13 | the 20th but you are to call in on July 17th to |
| 14 | determine whether or not to appear on the 20th or 21st, |
| 15 | okay.  Thank you. |
| 16 | I know this is a hardship but I thank you so |
| 17 | much for your patience.  I can't tell you how important |
| 18 | this is to the resolution of this case and without your |
| 19 | patience and your ability to do the work schedule and |
| 20 | personal schedules, the judicial system just doesn't |
| 21 | work so we really do thank you for your time and |
| 22 | patience.  You're discharged. |
| 23 | Court OFFICER:  All rise.  Jury exiting. |
| 24 | (Whereupon, the jury exited the courtroom.) |
| 25 | THE COURT:  Thank you for your patience. |
| 26 | Ladies and gentlemen, we'll be adjourned until the |

Stefanie Johnson - Senior Court Reporter

1460

1                           Proceedings

2      conference call on July 17 at twelve noon.  However, we

3      will be available by telephone and e-mail should

4      something resolve in the interim.

5                  MR. FREIDIN:  The number we call, to get on

6      the conference call, are we going to use one of our

7      conference numbers?

8                  THE COURT:  We'll use your conference number

9      since it's easier for your conference number.  There's

10     no reason for you to physically be here which is why we

11     say a conference call.

12                 Thank you all.

13                  *        *        *        *

14

15        C   E   R   T   I   F   I   C   A   T   I   O   N

16            It is hereby certified that the foregoing is
       a true and accurate transcript of the proceedings.
17

18

19                 _____
                          STEFANIE JOHNSON
                          WILLIAM CARDENUTO
20                        Senior Court Reporters

21

22

23

24

25

26

Lastonia Leviston v.
Curtis Jackson

July 13, 2015

## A

**A/K/A (1)**
1436:7.5
**abeyance (1)**
1445:5
**ability (2)**
1452:3;1459:19
**able (1)**
1454:4
**Absolutely (1)**
1440:10
**accordance (1)**
1453:9
**according (3)**
1447:24;1452:18;
1453:20
**accordingly (3)**
1458:5,7,12
**accurate (1)**
1460:16.5
**actual (1)**
1447:16
**actually (2)**
1442:10;1452:13
**ad (1)**
1453:13
**AD2d (4)**
1448:21;1451:9,10,
12
**add (2)**
1459:5,8
**addition (2)**
1450:26;1452:25
**additional (1)**
1440:2
**adjourn (7)**
1441:11,19;1445:7;
1455:7,17;1457:13;
1459:12
**adjourned (2)**
1445:24;1459:26
**adjourning (1)**
1457:16
**adjournment (3)**
1448:6;1455:10;
1457:17
**admonition (1)**
1458:13
**adopted (1)**
1448:22
**afternoon (1)**
1444:26
**again (3)**
1448:2,26;1455:5
**against (2)**
1439:15;1450:12
**against- (1)**
1436:6
**ago (3)**
1440:19;1442:5;
1452:21

**agree (1)**
1445:4
**agreement (2)**
1453:25;1454:5
**Agudas (1)**
1451:19
**ALEX (1)**
1437:5
**alleged (1)**
1450:21
**allow (4)**
1445:8;1455:7,12,
14
**allowed (2)**
1452:5;1453:19
**alternate (8)**
1453:23;1457:2,4;
1458:4,20,26;1459:2,
3
**alternates (3)**
1456:3,4,7
**although (1)**
1443:5
**ALVAREZ (18)**
1437:3,5;1438:6,8,
12;1440:9,10,11,21;
1441:2,9,11;1442:25,
26;1456:11,17;
1459:4,6
**amongst (1)**
1458:18
**amplified (1)**
1452:26
**apart (1)**
1457:3
**appear (5)**
1453:16,19;
1457:21;1458:8;
1459:14
**appearance (3)**
1446:14;1453:22,
26
**Appearances (2)**
1436:23.5;1438:4
**appearing (2)**
1453:12;1454:3
**applicable (2)**
1441:25,26
**application (27)**
1439:21;1441:19;
1445:6,8;1446:20,26;
1447:4,12,14,19,20,
22,25;1448:8,10,14;
1452:20,25;1453:2,5,
11,18;1454:7,9;
1455:8,9,23
**applications (2)**
1454:17,19
**applies (4)**
1440:5,18;1458:20,
25
**appropriate (1)**
1453:10

**approximately (1)**
1442:14
**army (1)**
1441:4
**around (1)**
1448:7
**arrange (3)**
1458:5,7,11
**assets (1)**
1452:22
**attach (1)**
1456:12
**attention (1)**
1447:6
**Attorneys (4)**
1436:16,20.5;
1437:3.5,7
**automatic (5)**
1438:22;1440:17;
1441:8;1443:4,5
**automatically (1)**
1438:25
**available (6)**
1446:9,13,15;
1451:5;1456:15;
1460:3
**Avenue (3)**
1436:21;1437:4,7.5

## B

**back (10)**
1438:6,7;1441:17,
18;1442:14,21;
1447:6;1448:7,9;
1456:25
**bankruptcies (1)**
1439:19
**bankruptcy (31)**
1438:14,18,22,25;
1439:5,7,10,10,17,19,
23;1442:11,22,23;
1443:2,3;1444:8,12,
13,16;1445:4,9,10;
1446:23,24;1447:5;
1448:16,18;1454:7,9;
1455:8
**bars (1)**
1450:23
**based (5)**
1446:5;1454:7,10,
20;1455:17
**basis (1)**
1446:22
**bay (1)**
1443:17
**begin (1)**
1446:22
**beginning (1)**
1457:11
**behalf (4)**
1446:11,11;1447:4;
1454:19

**BERN (1)**
1436:20
**BICKEL (2)**
1437:6.5;1446:16
**bifurcated (3)**
1448:13,20;1455:4
**bifurcation (5)**
1444:4;1450:17,23;
1451:23;1457:9
**Biscayne (2)**
1436:16.5,17
**Bolt (1)**
1451:22
**books (1)**
1458:23
**both (5)**
1454:13;1456:4,15;
1458:4;1459:10
**Boulevard (1)**
1436:17
**box (1)**
1456:26
**BREWER (2)**
1437:6.5;1446:16
**briefly (1)**
1457:7
**bring (1)**
1456:20
**brought (1)**
1450:10
**BROWN (1)**
1436:15.5

## C

**Calise (1)**
1451:18
**call (11)**
1455:12,14,20;
1457:19,20;1458:8;
1459:13;1460:2,5,6,
11
**called (1)**
1457:18
**call-in (2)**
1455:13;1456:8
**calls (2)**
1455:14;1458:26
**can (8)**
1441:13,14;1443:7,
11;1455:12,21;
1456:12,20
**Cardenuto (2)**
1436:25.5;
1460:19.5
**cards (2)**
1457:26;1458:3
**case (44)**
1438:22;1439:5,25;
1440:5,18;1445:7,11,
13,17,19,20,26;
1446:18;1447:7,10,
19,20,24;1448:7,16,

**19,20,20,22;1450:18;
1451:3,13;1452:5,23;
1454:13,15,21,26;
1455:18;1456:25;
1457:13,16;1458:15,
16,18,20;1459:12,18**
**cases (4)**
1450:3,21,24;
1451:4
**caused (1)**
1447:26
**CENT (1)**
1436:7.5
**CENTRE (1)**
1436:9
**certainly (2)**
1443:20;1458:19
**certificate (1)**
1445:22
**certified (1)**
1460:16
**Chabad (1)**
1451:19
**chance (1)**
1443:2
**Chasidei (1)**
1451:19
**choice (1)**
1448:15
**choose (1)**
1446:8
**chose (1)**
1446:12
**Circuit (1)**
1451:23
**CIV (1)**
1447:7
**CIVIL (1)**
1436:2.5
**claim (3)**
1452:9;1453:14,15
**clerk (3)**
1447:16;1457:2;
1458:2
**client (2)**
1439:6;1440:14
**comments (1)**
1438:16
**communicate (1)**
1454:11
**companies (1)**
1439:11
**company (1)**
1446:23
**complete (1)**
1440:13
**completed (1)**
1448:12
**concerned (1)**
1447:9
**concerning (1)**
1451:2
**conclude (1)**

Lastonia Leviston v.
Curtis Jackson

July 13, 2015

1457:11
**concluded (2)**
1444:2;1450:9
**condition (1)**
1451:26
**conduct (2)**
1450:7,8
**conducted (1)**
1451:3
**confer (2)**
1441:16;1443:2
**conference (9)**
1455:20;1457:19,
25;1460:2,6,7,8,9,11
**confidentiality (2)**
1453:25;1454:5
**Connecticut (5)**
1445:9;1446:25;
1448:16;1455:9,22
**consider (2)**
1441:7;1445:6
**considered (1)**
1447:10
**contact (4)**
1456:6;1457:4;
1459:2,3
**contentious (1)**
1454:17
**continually (1)**
1454:12
**continue (7)**
1440:16,22,22,25;
1443:11;1452:14;
1453:20
**continued (1)**
1436:23.5
**copy (5)**
1438:19,21;
1442:21;1456:12,14
**Coral (1)**
1437:4.5
**Counsel (9)**
1438:2,19;1441:16;
1442:11,20,23;
1443:3,3;1446:16
**counsels (2)**
1444:23;1459:4
**COUNTY (1)**
1436:2.5
**course (4)**
1438:10;1444:11;
1446:7;1456:3
**COURT (97)**
1436:2,26;1438:2,
4,6,9,10,13,16,18,21,
24;1439:3,12,18,19,
25;1440:5,7,9,10,13,
20,25;1441:4,10,13,
24;1442:3,6,10,12,13,
18,20,22,24,25;
1443:2,12,13,15,18,
24,25;1444:4,9,12,13,
16,18,21,23,26;

1445:6,9,10;1446:4,8,
15,21,25;1447:2,5,6,
9,11,15,15,21,21,26;
1448:14;1450:2,5,8,
13,19;1453:9;1455:8,
13,20;1456:14,15,19,
22,24,26;1457:13;
1458:2,3;1459:7,10,
23,25;1460:8,20
**courtroom (2)**
1456:23;1459:24
**courts (3)**
1451:14,16,17
**Court's (1)**
1454:12
**Crawford (2)**
1456:20,26
**credible (1)**
1441:7
**CTI (1)**
1455:14
**CURTIS (1)**
1436:7.5

### D

**damage (3)**
1451:3;1452:9,17
**damages (12)**
1444:10,15;
1448:19,25;1450:4,7,
12,16,22;1452:3,6,11
**date (2)**
1446:3,8
**day (6)**
1441:15,20;1446:6,
21;1447:13,14
**days (5)**
1439:8;1447:3;
1457:10,15;1458:11
**December (1)**
1445:23
**decide (1)**
1443:24
**decided (1)**
1445:23
**decision (4)**
1447:17,17,22;
1448:3
**Defendant (17)**
1436:8;1437:7;
1445:3;1446:5,5,11,
13,14,23;1448:6;
1450:6,12,20;
1453:12,19;1454:3,20
**defendants (4)**
1447:24;1448:4;
1452:26;1453:14
**defendant's (9)**
1450:9,14;1451:2,
25;1452:2,22;1453:5,
22;1454:9
**delay (3)**

1448:14;1450:18,
19
**delayed (2)**
1448:2,5
**denied (1)**
1453:17
**denies (1)**
1443:15
**Department (9)**
1448:21;1450:3;
1451:10,11,12,19;
1452:4,8,15
**Departments (2)**
1448:23;1451:7
**deserves (1)**
1440:14
**designed (1)**
1454:8
**despite (1)**
1446:13
**determination (2)**
1454:10,24
**determine (3)**
1441:16;1455:15;
1459:14
**determined (1)**
1452:2
**determining (1)**
1452:10
**device (1)**
1458:23
**different (1)**
1444:6
**dire (1)**
1445:15
**discharge (1)**
1443:16
**discharged (2)**
1459:11,22
**disclosure (5)**
1450:14,26;1452:8,
17;1454:5
**discoverable (1)**
1451:26
**discovery (6)**
1445:21;1446:4;
1450:20,24;1452:5,22
**discuss (1)**
1458:16
**discussed (1)**
1447:8
**discussion (3)**
1452:12;1453:8;
1458:18
**discussions (1)**
1452:20
**disposition (1)**
1450:18
**distinction (1)**
1444:7
**District (1)**
1451:21
**DK (1)**

1447:7
**DOBRINSKY (1)**
1436:15.5
**Docket (1)**
1447:7
**documents (1)**
1454:6
**duces (1)**
1453:13

### E

**earlier (1)**
1453:2
**easier (1)**
1460:9
**Eastern (1)**
1451:21
**effect (2)**
1445:4;1446:9
**effort (2)**
1454:21,22
**egregious (2)**
1447:23;1448:4
**eight (2)**
1445:18;1454:16
**either (1)**
1443:8
**electronic (1)**
1458:22
**elements (1)**
1444:4
**else (3)**
1456:10,16;
1458:19
**email (1)**
1438:13
**e-mail (1)**
1460:3
**emergency (5)**
1443:6;1445:8;
1446:20;1447:2,4
**endorsed (2)**
1451:7;1452:7
**entered (1)**
1456:23
**entering (1)**
1456:22
**entitled (4)**
1450:12,14;1451:2;
1452:16
**entitlement (3)**
1450:22,25;
1452:10
**entitling (2)**
1450:7,15
**escorted (1)**
1457:2
**ESQ (5)**
1436:18,22;1437:5,
8,5,9
**essentially (1)**
1448:13

**established (1)**
1450:22
**estimate (1)**
1458:10
**Evans (1)**
1451:18
**even (6)**
1438:25;1440:18;
1444:4;1445:15;
1447:23;1448:4
**event (1)**
1452:22
**evidence (4)**
1450:9;1451:4,25;
1455:3
**exclusive (1)**
1444:11
**excuse (1)**
1447:26
**Exhibit (2)**
1442:24;1456:15
**exited (1)**
1459:24
**exiting (1)**
1459:23
**expected (1)**
1457:10
**expeditiously (1)**
1451:4
**explained (1)**
1457:8
**extensively (1)**
1447:17

### F

**F2d (1)**
1451:22
**Facebook (1)**
1458:24
**fact (8)**
1442:4;1444:5,6,
14;1445:19;1446:14;
1452:2;1454:26
**facts (1)**
1452:18
**Failla (3)**
1447:18,25;1448:8
**fair (1)**
1454:14
**far (1)**
1453:7
**February (1)**
1445:20
**federal (8)**
1442:2;1447:5,21,
21,26;1451:14,16,16
**Fifth (1)**
1436:21
**file (3)**
1438:23;1443:21;
1447:25
**filed (18)**

1438:20;1439:6,7,
  23;1443:8;1444:17;
  1445:20,22;1446:24;
  1447:12,14,19,20;
  1448:8,15;1452:21,
  25;1453:13
**filing (3)**
  1438:25;1443:4,6
**final (1)**
  1450:18
**finality (2)**
  1440:14,15
**financial (2)**
  1451:26;1452:8
**financials (1)**
  1453:6
**find (1)**
  1440:6
**finder (3)**
  1444:5,6,14
**FIRM (1)**
  1437:3
**first (12)**
  1439:9;1444:2;
  1448:22;1450:5;
  1451:6,9,11;1452:7,
  15,15;1453:4;
  1458:15
**five (6)**
  1444:26;1445:19,
  24;1453:7,9;1454:19
**Florida (2)**
  1436:17.5;1437:4.5
**follow (1)**
  1448:15
**following (3)**
  1447:18;1455:16;
  1458:9
**forego (1)**
  1453:21
**foregoing (1)**
  1460:16
**forgo (1)**
  1453:25
**form (3)**
  1456:12,13,15
**forth (2)**
  1451:8,15
**forward (2)**
  1443:7;1454:26
**found (3)**
  1447:21,25;
  1450:19
**four (1)**
  1445:24
**Fourth (3)**
  1448:21;1450:2;
  1452:4
**FREIDIN (5)**
  1436:15.5,18;
  1438:5;1444:24;
  1460:5
**Friday (12)**

1452:19,24,26;
  1453:17;1454:10;
  1455:13,15,21,24;
  1457:7,19;1458:7
**front (1)**
  1457:3
**frustration (1)**
  1454:12
**further (6)**
  1441:26;1452:12,
  19;1456:17,19;
  1458:18

**G**

**Gables (1)**
  1437:4.5
**GASE (1)**
  1437:8.5
**Gave (1)**
  1444:19
**general (2)**
  1439:21,22
**generally (1)**
  1451:26
**gentlemen (3)**
  1457:7;1459:4,26
**given (2)**
  1442:4;1445:19
**giving (1)**
  1458:3
**Good (5)**
  1438:2,3;1444:23,
  24,25
**Google (1)**
  1458:24
**Gourary (1)**
  1451:20
**granted (2)**
  1455:10;1456:6
**granting (1)**
  1446:26
**grounds (1)**
  1453:3
**guess (1)**
  1440:12
**guilty (1)**
  1450:6

**H**

**hardship (1)**
  1459:16
**Harness (1)**
  1451:12
**heard (3)**
  1441:18;1448:24
**heard (3)**
  1440:7;1448:24;
  1455:3
**hearing (2)**
  1443:9,14
**held (3)**

1450:13;1452:5;
  1457:5
**hereby (1)**
  1460:16
**himself (1)**
  1446:15
**hired (1)**
  1443:3
**history (1)**
  1445:11
**hold (5)**
  1441:14;1443:12,
  17;1445:5;1452:14
**holding (1)**
  1443:23
**Honor (24)**
  1438:3,8,15,17,20;
  1439:2,9,24;1440:4;
  1441:9,21,25;1442:9,
  15,26;1443:20,22,25;
  1444:12,25;1456:11;
  1458:2;1459:6,9
**HONORABLE (1)**
  1436:12.5
**hopes (1)**
  1443:10
**hoping (1)**
  1443:9
**hour (6)**
  1440:19;1441:8,16,
  18;1442:5,14
**hundred (1)**
  1439:12
**HUNTER (1)**
  1436:22

**I**

**ie (1)**
  1450:7
**III (1)**
  1436:7.5
**important (4)**
  1441:23;1444:7;
  1448:17;1459:17
**impugn (1)**
  1454:8
**inappropriate (2)**
  1442:6,8
**Inc (2)**
  1451:12,22
**including (1)**
  1438:19
**incredibly (1)**
  1448:23
**independent (2)**
  1458:21,22
**INDEX (1)**
  1436:4.5
**indicated (1)**
  1446:13
**informed (1)**
  1445:15

**inquiring (1)**
  1441:24
**inquiry (1)**
  1444:10
**instant (2)**
  1447:23;1448:3
**instead (1)**
  1453:8
**instructing (2)**
  1457:20;1458:17
**instructions (1)**
  1457:21
**interest (1)**
  1455:6
**interim (2)**
  1442:10;1460:4
**into (3)**
  1448:25;1454:21;
  1457:2
**involves (1)**
  1458:6
**issue (6)**
  1440:17,24;
  1442:11;1445:21;
  1457:12;1458:25
**issues (1)**
  1457:23
**IX (1)**
  1442:24

**J**

**JACKSON (2)**
  1436:7.5;1439:15
**Jackson's (1)**
  1439:10
**JAMES (2)**
  1436:7.5;1437:9
**January (1)**
  1446:2
**JHO (1)**
  1445:26
**Johnson (2)**
  1436:25;1460:19
**Judge (9)**
  1440:11,13;1441:2,
  12;1443:3,9,17;
  1447:25;1448:8
**judgment (1)**
  1445:23
**judicial (1)**
  1459:20
**JULY (6)**
  1436:10;1455:21;
  1457:19,22;1459:13;
  1460:2
**June (3)**
  1448:8,9,10
**jurors (18)**
  1440:14;1445:14;
  1455:12,14,26;
  1456:2,7,21,25;
  1457:2,4,5,17;1458:4,

20,26;1459:2,3
**jury (27)**
  1441:14,14;
  1443:12,16,17,23;
  1444:3;1445:13,15;
  1448:24;1450:11,15;
  1451:5;1452:19;
  1454:23;1455:2,4;
  1456:14,22,23,26;
  1457:5,20;1458:6,17;
  1459:23,24
**jury's (1)**
  1454:10
**Justice (2)**
  1436:12.5;1447:18

**K**

**keep (2)**
  1444:7;1456:5
**kept (1)**
  1455:26
**knows (1)**
  1443:25

**L**

**Ladies (3)**
  1457:7;1459:4,26
**last (1)**
  1439:8
**LASTONIA (1)**
  1436:3.5
**later (2)**
  1442:21;1447:3
**latest (1)**
  1443:8
**LAW (8)**
  1437:3;1440:5;
  1442:2;1443:22;
  1448:18;1451:16,18,
  20
**least (1)**
  1458:6
**leave (1)**
  1458:14
**lengthy (2)**
  1446:3,11
**less (4)**
  1440:18;1442:5;
  1445:24;1454:19
**letter (1)**
  1446:11
**letters (2)**
  1438:18;1446:10
**LEVISTON (1)**
  1436:3.5
**Lexington (1)**
  1437:7.5
**liability (1)**
  1452:6
**library (1)**
  1458:22

lift (1)
  1443:6
lifted (1)
  1443:10
Lightening (1)
  1451:22
limited (2)
  1446:24;1450:26
listening (1)
  1454:11
literally (1)
  1445:17
litigation (1)
  1446:3
LLP (1)
  1436:20
look (1)
  1442:11
looking (1)
  1439:4

**M**

major (1)
  1452:13
making (1)
  1454:24
malicious (1)
  1450:8
manner (1)
  1454:14
mark (1)
  1442:23
marked (2)
  1445:26;1446:18
matter (5)
  1446:20,26;1447:6;
  1454:22;1455:7
May (9)
  1440:9;1441:9;
  1442:8,26;1443:15;
  1447:3;1448:20;
  1452:17;1456:14
maybe (3)
  1441:17;1442:11;
  1457:10
meaning (1)
  1448:5
means (1)
  1457:19
meant (2)
  1453:11;1454:11
meantime (1)
  1440:21
meet (3)
  1441:23;1455:18,
  19
memory (1)
  1454:18
mention (2)
  1443:25;1451:23
mentioned (1)
  1454:16

method (2)
  1451:24;1453:23
Miami (1)
  1436:17.5
middle (3)
  1438:26;1439:26;
  1440:3
might (1)
  1450:18
mind (1)
  1444:7
minutes (3)
  1440:6;1441:8;
  1442:21
mitigate (1)
  1445:25
moment (1)
  1441:9,15;1444:19
Monday (8)
  1443:12,17;
  1455:10,16,18;
  1457:22;1458:9;
  1459:12
more (3)
  1441:2;1447:23;
  1448:4
morning (9)
  1438:2,3,20;
  1442:5;1443:9;
  1444:23,24,25;1454:6
most (1)
  1451:4
motion (3)
  1443:15;1445:23;
  1447:2
much (2)
  1441:5;1459:17
multiple (2)
  1439:19;1454:18
must (3)
  1452:15;1457:13,
  13

**N**

NAPOLI (1)
  1436:20
near (1)
  1454:25
necessarily (2)
  1448:2,4
need (2)
  1438:4;1441:6
negotiate (1)
  1453:20
negotiating (2)
  1453:24;1454:4
net (4)
  1444:10;1450:14,
  20;1453:23
NEW (13)
  1436:2,2.5,9.5,9.5,
  21.5,21.5;1437:8,8;

1447:11;1451:16,17,
  21;1455:4
next (6)
  1436:23.5;1440:6;
  1443:12,17;1455:10;
  1459:12
nobody (1)
  1458:19
noon (2)
  1455:21;1460:2
nor (1)
  1446:15
note (5)
  1438:7;1439:9;
  1443:22;1445:21;
  1448:17
noted (1)
  1444:5
notice (3)
  1438:14,21;1439:3
noticed (1)
  1438:10
number (3)
  1460:5,8,9
numbers (1)
  1460:7

**O**

obtain (2)
  1452:16,17
October (1)
  1445:22
OFFICER (6)
  1442:18;1444:21;
  1456:20,22,26;
  1459:23
official (1)
  1455:22
old (1)
  1445:19
once (2)
  1446:18;1447:19
One (12)
  1436:16.5;1439:10;
  1441:2;1442:14;
  1444:5;1453:6;
  1457:10,15,16,17;
  1458:6;1460:6
only (3)
  1445:9;1450:21;
  1452:5
opportunity (3)
  1440:12,23;1442:7
opposition (1)
  1441:7
order (10)
  1442:19;1444:22;
  1445:7,7,25;1448:10,
  15;1452:26;1455:24;
  1456:13
ordered (1)
  1453:18

ordering (1)
  1455:19
original (1)
  1458:9
originally (1)
  1445:13,20;1453:4
out (8)
  1441:22;1445:10;
  1450:10;1451:14;
  1453:20,23;1454:4;
  1457:23
outside (2)
  1458:17,19
over (3)
  1443:24;1446:3;
  1447:16
owned (1)
  1446:23
ownership (1)
  1439:13

**P**

page (4)
  1436:23.5;1447:8;
  1452:4,14
Palermo (1)
  1437:4
Parente (2)
  1451:9,10
PART (5)
  1436:2.5;1444:9;
  1446:2;1457:8,20
particular (6)
  1446:25;1447:12,
  24;1452:23;1454:23;
  1455:2
parties (13)
  1445:4,25;1447:14;
  1453:19;1454:4;
  1455:19,19,20,24;
  1456:5,15;1457:24;
  1458:25
passed (1)
  1446:2
path (1)
  1447:10
patience (5)
  1459:10,17,19,22,
  25
PAUL (1)
  1436:12.5
pendency (1)
  1438:22
pending (1)
  1438:14
percent (1)
  1439:12
period (2)
  1439:20;1446:12
personal (2)
  1439:17;1459:20
petition (3)

1438:19;1443:4,6
phase (3)
  1444:2,3,6
PHILIP (1)
  1436:18
physically (1)
  1460:10
PJI (1)
  1452:13
Plaintiff (23)
  1436:4,16,20.5;
  1437:3.5;1439:4;
  1442:6;1444:17;
  1445:3,7,8;1446:12;
  1450:3,7,11,13,15,21,
  24;1451:2;1452:15;
  1455:7,24;1456:18
plaintiffs (4)
  1440:8;1447:5;
  1452:21;1453:21
plaintiff's (2)
  1447:2;1455:9
please (3)
  1440:9;1442:26;
  1457:26
point (8)
  1439:5;1441:21;
  1442:3,4;1444:15;
  1445:9;1447:6;
  1451:14
policy (1)
  1455:6
portion (1)
  1458:10
position (4)
  1438:24;1439:14;
  1441:25;1444:13
possible (1)
  1455:25
precaution (1)
  1455:26
preference (3)
  1448:23;1454:25;
  1456:4
preferred (1)
  1451:24
prepared (1)
  1455:7
presence (1)
  1458:17
present (2)
  1442:12;1444:15
presentation (1)
  1451:5
prevent (1)
  1453:12
previous (1)
  1446:16
prior (1)
  1448:4
probably (1)
  1458:11
procedure (8)

1441:23;1450:4,17,
23;1451:8;1455:13,
17;1456:8
**procedures (1)**
1451:15
**proceed (3)**
1446:19;1447:13,
15
**proceeded (2)**
1443:13;1448:11
**proceeding (6)**
1442:22;1444:2,3;
1448:18;1454:7;
1455:22
**Proceedings (35)**
1436:1;1437:1;
1438:1;1439:1,15,22;
1440:1;1441:1,26;
1442:1;1443:1,7,11,
23,26;1444:1;1445:1,
5;1446:1;1447:1;
1448:1,14;1449:1;
1450:1;1451:1;
1452:1;1453:1;
1454:1;1455:1;
1456:1;1457:1;
1458:1;1459:1;
1460:1,16.5
**process (2)**
1440:14;1453:24
**Productions (2)**
1446:24;1451:22
**propose (1)**
1440:22
**protect (1)**
1450:19
**prove (1)**
1450:25
**provided (1)**
1438:21
**provides (1)**
1443:22
**providing (1)**
1448:5
**public (1)**
1455:6
**punitive (15)**
1444:9,14;1448:19,
24;1450:4,7,12,16,22;
1451:3;1452:3,6,9,10,
16
**purposes (4)**
1445:10;1448:17,
19;1456:8
**pursuant (2)**
1439:16;1453:12
**put (1)**
1454:21
**putting (2)**
1457:17,18

**Q**

**quash (3)**
1453:2,5,18
**quote (3)**
1447:22;1448:3;
1452:13
**quoted (1)**
1452:7

**R**

**Racing (1)**
1451:12
**Rather (4)**
1444:26;1454:2,3,
16
**read (4)**
1448:3,25,26;
1452:12
**readiness (1)**
1445:22
**reading (1)**
1452:13
**ready (6)**
1446:2,19,19,21;
1447:13,15
**really (1)**
1459:21
**reason (1)**
1460:10
**received (3)**
1438:14,18;1442:4
**Recess (2)**
1442:17;1444:20
**reckless (1)**
1450:8
**recognize (1)**
1451:15
**Recognizing (1)**
1450:17
**record (6)**
1442:21;1445:11;
1446:10;1448:25;
1453:16;1456:24
**recourse (1)**
1443:5
**Reed (1)**
1446:17
**references (1)**
1450:25
**reflect (2)**
1453:16;1456:24
**regarding (1)**
1439:19
**regards (1)**
1440:17
**related (1)**
1446:22
**relatively (2)**
1445:14,16
**release (1)**
1456:4
**relief (1)**
1444:16

**Remain (2)**
1442:18;1444:21
**remand (1)**
1447:2
**remanded (1)**
1447:6
**remember (1)**
1453:15
**removal (3)**
1447:23,26;1448:3
**remove (5)**
1447:12,14,19,20;
1454:18
**removed (1)**
1446:21
**RENARD (20)**
1437:9;1438:15,17;
1439:2,9,14,24;
1440:4;1441:5,17,21;
1442:9,13,16;
1443:19,20;1444:18,
25;1459:7,9
**rendered (2)**
1451:6;1454:23
**Reporters (2)**
1436:26;1460:20
**representation (2)**
1446:17;1453:21
**representations (1)**
1446:6
**represented (1)**
1446:15
**re-presented (1)**
1455:5
**request (4)**
1444:16;1446:5;
1456:6,11
**requested (1)**
1456:5
**requests (1)**
1445:2
**research (6)**
1440:16,23,26;
1458:21,22,24
**resolution (2)**
1455:23;1459:18
**resolve (2)**
1457:13;1460:4
**resolved (4)**
1454:13,23;
1457:14;1458:15
**respect (2)**
1443:23;1444:6
**respectfully (1)**
1441:22
**respond (1)**
1442:7
**response (2)**
1439:4;1445:3
**result (3)**
1438:23;1446:25;
1457:12
**returned (1)**

1448:9
**returns (2)**
1450:11,15
**review (1)**
1441:6
**reviewing (1)**
1445:2
**right (2)**
1443:21;1444:19
**RIPKA (1)**
1436:20
**rise (2)**
1456:22;1459:23
**robing (1)**
1455:11
**room (1)**
1455:12
**rooms (1)**
1457:5
**ROSENBLUM (1)**
1436:15.5
**row (1)**
1457:3
**rule (1)**
1439:22
**ruled (3)**
1450:3;1453:9,17
**rules (1)**
1439:18
**ruling (1)**
1443:14
**Rupert (7)**
1448:21;1450:2,13,
18;1451:8,15;1452:3

**S**

**same (5)**
1444:5;1451:5;
1456:9;1458:13,25
**Saratoga (1)**
1451:11
**saves (1)**
1450:23
**saying (1)**
1439:25
**schedule (4)**
1446:4,4;1458:5;
1459:19
**schedules (3)**
1458:7,12;1459:20
**seated (2)**
1442:18;1444:21
**second (12)**
1439:5,7;1444:3;
1447:20,25;1448:9,
22;1451:19,23;
1453:11;1457:8;
1458:10
**securing (1)**
1453:23
**security (1)**
1447:16

**seeking (1)**
1450:4
**segregated (1)**
1456:3
**Sellers (2)**
1448:21;1450:2,25;
1452:4;1454:26
**Senior (2)**
1436:26;1460:20
**sent (2)**
1442:23;1448:7
**separate (4)**
1439:16;1456:2;
1457:3,5
**serve (2)**
1443:4;1444:14
**served (1)**
1440:18
**serves (1)**
1454:18
**set (5)**
1446:4;1451:8,15;
1454:2,26
**settle (1)**
1445:26
**settled (1)**
1451:16
**shall (1)**
1456:8
**SHKOLNIK (4)**
1436:20,22;1438:3;
1442:15
**short (2)**
1445:14,16
**short-lived (1)**
1448:6
**shows (1)**
1445:11
**signed (1)**
1438:20
**simply (1)**
1438:7
**sincerity (1)**
1454:9
**sit (1)**
1457:23
**situated (1)**
1444:14
**six (3)**
1445:13;1455:3;
1456:2
**Smith (2)**
1446:17;1451:21
**SMS (1)**
1446:23
**soon (1)**
1455:25
**sorry (1)**
1447:5
**sortie (1)**
1448:4
**special (9)**
1450:5,11,15;

Lastonia Leviston v.
Curtis Jackson

July 13, 2015

1451:6;1452:6,10,16,
23;1454:24
specialization (1)
  1444:11
specific (1)
  1439:4
specifically (1)
  1447:8
split (2)
  1450:4;1451:7
stage (2)
  1448:13;1458:15
start (1)
  1448:5
STATE (4)
  1436:2;1447:11;
  1448:18,20
States (2)
  1442:22;1451:20
status (2)
  1443:26;1455:22
statute (1)
  1439:16
stay (15)
  1438:23;1440:17;
  1441:8,24,26,26;
  1442:4,7,8;1443:5,6,
  10,23;1445:4;
  1454:19
stayed (3)
  1439:16;1446:26;
  1452:24
stays (2)
  1438:25;1439:22
Stefanie (2)
  1436:25;1460:19
STEPHANIE (1)
  1437:8.5
still (2)
  1458:11,16
stop (1)
  1440:12
STREET (1)
  1436:9
strong (1)
  1448:23
submitted (1)
  1446:10
subpoena (4)
  1453:2,5,13,18
Subsequently (2)
  1446:18;1447:3
suggestion (1)
  1438:22
summary (1)
  1445:23
Suozzi (3)
  1451:9,10;1452:7
support (1)
  1452:8
supra (1)
  1451:6
SUPREME (2)

1436:2;1447:11
sure (1)
  1440:6
system (1)
  1459:20

T

technical (1)
  1457:12
technically (1)
  1459:12
tecum (1)
  1453:13
telephone (1)
  1457:18,25;
  1458:26;1460:3
telling (1)
  1444:12
TERM (1)
  1436:2.5
terms (2)
  1443:26;1444:8
testum (1)
  1453:13
therefore (2)
  1448:10;1454:20
third (4)
  1440:12;1448:14;
  1451:7,12
though (2)
  1438:26;1443:25
thought (2)
  1453:7;1455:2
three (2)
  1453:8;1454:17
Thursday (2)
  1443:10,14
till (2)
  1441:12;1455:10
timely (1)
  1454:13
times (2)
  1445:25;1450:23
today (6)
  1443:8;1453:19,22;
  1454:2,3;1457:13
told (3)
  1443:7;1445:14;
  1457:9
tomorrow (2)
  1441:12;1443:8
took (2)
  1439:14
torturous (3)
  1445:11;1447:10;
  1454:17
totally (1)
  1456:2
Tower (1)
  1436:16.5
transcript (1)
  1460:16.5

treat (1)
  1456:8
trial (31)
  1438:25,26;
  1439:26;1440:3,12,
  13,16,22,23,25;
  1445:17,22;1446:2,3,
  7,19,21;1447:13;
  1448:5,11,12,24,25;
  1450:4,10;1451:7;
  1454:15;1456:25;
  1457:9,9;1458:11
trier (1)
  1452:2
true (1)
  1460:16.5
try (1)
  1445:25
trying (1)
  1454:12
Tuesday (1)
  1458:9
turned (1)
  1448:7
twelve (1)
  1460:2
Twitter (1)
  1458:24
two (11)
  1438:18;1444:6;
  1446:10;1447:3;
  1453:2,6;1456:3;
  1457:2,10,15;1458:11

U

ultimately (1)
  1450:24
unchallengeable (1)
  1454:25
Under (3)
  1439:2;1445:12;
  1448:18
unfair (1)
  1457:22
unique (1)
  1444:9
uniquely (1)
  1444:14
United (2)
  1442:22;1451:20
unless (1)
  1450:10
untimely (1)
  1453:6
unusual (1)
  1439:25
unwarranted (1)
  1448:6
up (1)
  1457:12
upon (2)
  1450:10;1454:10

use (5)
  1444:5,5;1458:23;
  1460:6,8
used (1)
  1450:5

V

Varriale (1)
  1451:11
verdict (12)
  1444:2;1450:6,11,
  15;1451:6;1452:6,10,
  16,19,23;1454:24;
  1456:12
versus (9)
  1448:21;1450:2;
  1451:9,10,11,18,20,
  22;1452:3
Vigilante (1)
  1445:26
violation (1)
  1442:2
voir (1)
  1445:15
voluntary (1)
  1438:19

W

wanton (1)
  1450:8
warranted (1)
  1450:19
way (1)
  1454:8
wealth (3)
  1450:9;1451:3,25
week (5)
  1457:11,16,18,23;
  1458:6
weeks (5)
  1445:13,18;
  1452:21;1454:16;
  1455:3
West (2)
  1451:18,20
what's (1)
  1457:18
Whereupon (2)
  1456:23;1459:24
William (2)
  1436:25.5;
  1460:19.5
within (1)
  1439:20
without (1)
  1459:18
WOOTEN (1)
  1436:12.5
word (1)
  1443:13
words (1)

1456:2
work (5)
  1453:22;1454:4;
  1457:23;1459:19,21
working (1)
  1455:11
worth (4)
  1444:10;1450:14,
  20;1453:23

Y

year (1)
  1445:19
years (3)
  1453:8,8,9
YORK (12)
  1436:2,2.5,9.5,9.5,
  21.5,21.5;1437:8,8;
  1447:11;1451:16,17,
  21

1

10 (2)
  1442:21;1447:7
10022 (1)
  1437:8
10118 (1)
  1436:21.5
102449/2010 (1)
  1436:5
12 (1)
  1455:21
12:00 (1)
  1445:2
12th (3)
  1445:22;1448:9,10
13 (1)
  1436:10
15 (2)
  1440:6;1447:7
161 (1)
  1451:10
17 (3)
  1455:21;1457:19;
  1460:2
17th (1)
  1459:13
185696 (1)
  1451:18
1980 (1)
  1451:13
1988 (1)
  1451:23
1989 (1)
  1451:20,21
1990 (1)
  1451:11
1994 (2)
  1451:10,19

Lastonia Leviston v.
Curtis Jackson

July 13, 2015

### 2

**2 (1)**
 1436:17
**20 (1)**
 1440:6
**2010 (1)**
 1445:21
**2012 (1)**
 1445:23
**2013 (1)**
 1445:24
**2015 (4)**
 1436:10;1446:3;
 1447:3;1455:21
**202 (1)**
 1451:9
**20th (3)**
 1457:22;1459:13,
 14
**21st (2)**
 1446:2;1459:14
**232 (1)**
 1451:11
**24 (1)**
 1445:20
**265 (2)**
 1448:21;1452:4
**26th (1)**
 1446:19
**28th (1)**
 1447:3

### 3

**30 (1)**
 1439:8
**33131 (1)**
 1436:17.5
**33135 (1)**
 1437:4.5
**350 (1)**
 1436:21
**355 (1)**
 1437:4
**362 (2)**
 1439:16;1440:4
**363 (1)**
 1451:22
**38341 (1)**
 1451:20
**3989 (1)**
 1447:7
**3rd (1)**
 1445:24

### 4

**48 (1)**
 1448:21
**49 (1)**
 1447:8

### 5

**50 (1)**
 1436:7.5
**53 (1)**
 1447:8

### 6

**60 (1)**
 1436:9

### 7

**7 (2)**
 1436:2.5;1446:2
**750 (1)**
 1437:7.5
**76 (1)**
 1451:12

### 8

**8 (1)**
 1456:15
**861 (1)**
 1451:22
**875 (1)**
 1452:14

### 9

**9:30 (1)**
 1454:6
**90 (1)**
 1441:8
**94 (1)**
 1451:9
**991 (1)**
 1451:12
**994 (1)**
 1451:18