**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | | |
|---|---|---|
| In re:<br><br>CURTIS JAMES JACKSON, III,<br><br>Debtor | x<br>:<br>:<br>:<br>:<br>:<br>X | Chapter 11<br><br>Case No. 15-21233 (AMN)<br><br>Re: ECF No. 8 |
| LASTONIA LEVISTON,<br><br>Movant<br><br>v.<br><br>CURTIS JAMES JACKSON, III,<br><br>Respondent. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | |

## ORDER SCHEDULING HEARING AND REDUCING NOTICE

The Court having considered Lastonia Leviston's <u>Ex Parte</u> Motion to Schedule an Expedited Hearing and to Limit Notice with respect to the Motion to Lift the Automatic Stay (the "Lift Stay Motion"); and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Lift Stay Motion shall be held on **July 17, 2015 at 10:00 a.m.** at the United States Bankruptcy Court, District of Connecticut, Hartford Division, 450 Main Street (7th Floor), Hartford, CT 06103; and it is further

**ORDERED**, that a copy of this Order, along with the Lift Stay Motion, and any attachments thereto, shall be served forthwith by electronic transmission,

facsimile transmission or Overnight Mail upon (a) the United States Trustee for the District of Connecticut; (b) counsel to the Debtor, (c) all creditors listed on the matrix of creditors filed in this case, and (d) all parties requesting notice in this case. Service upon artificial entities shall be with appropriate "attention lines" in accordance with Fed. R. Bankr. P. 7004(b)(3).

Dated at Hartford, Connecticut on July 14, 2015

Ann M. Nevins
United States Bankruptcy Judge