B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Connecticut

In re  **Curtis James Jackson, III**                                     Case No.  **15-21233**

Debtor(s)                                         Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Sleek Audio, LLC, Mark Krywko, Michael Krywko, Jason Krywko And Gregory Wysocki 3904 9th Avenue West Bradenton, FL 34205** | **Sleek Audio, LLC, Mark Krywko, Michael Krywko, Jason Krywko And Gregory Wysocki Bradenton, FL 34205** | **Arbitration Award/Appeal Pending** | **Disputed** | **18,428,257.00** |
| **Lastonia Leviston c/o Darren M. Gelber Wilentz, Goldman & Spitzer 110 William Street, 26th Floor New York, NY 10038** | **Lastonia Leviston c/o Darren M. Gelber Wilentz, Goldman & Spitzer New York, NY 10038** | **Unsecured Claim** | **Disputed** | **5,000,000.00** |
| **Suntrust Bank P.O. Box 79079 Baltimore, MD 21279** | **Suntrust Bank P.O. Box 79079 Baltimore, MD 21279** | **Guaranty** | | **3,800,000.00** |
| **Reed Smith 1901 Avenue of the Stars Suite 700 Los Angeles, CA 90067** | **Reed Smith 1901 Avenue of the Stars Suite 700 Los Angeles, CA 90067** | **Legal Services** | **Disputed** | **568,304.00** |
| **Robins Kaplan LLP 800 LaSalle Avenue Minneapolis, MN 55402** | **Robins Kaplan LLP 800 LaSalle Avenue Minneapolis, MN 55402** | **Legal Services** | | **172,178.50** |
| **Garvey Schubert Barer 100 Wall Street, 20th Floor New York, NY 10005** | **Garvey Schubert Barer 100 Wall Street, 20th Floor New York, NY 10005** | **Legal Services** | **Disputed** | **143,294.00** |
| **Bentley Financial Services 75 Remittance Drive, Suite 738 Chicago, IL 60675** | **Bentley Financial Services 75 Remittance Drive, Suite 738 Chicago, IL 60675** | **Automobile Lease** | | **137,880.00** |
| **American Express P.O. Box 1270 Newark, NJ 07101-1270** | **American Express P.O. Box 1270 Newark, NJ 07101-1270** | **Credit Card** | | **64,909.04** |
| **G. Collins & Company LLC 1410 Broadway, Suite 1905 New York, NY 10018** | **G. Collins & Company LLC 1410 Broadway, Suite 1905 New York, NY 10018** | **Accounting Services** | | **50,600.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Curtis James Jackson, III** Case No. **15-21233**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Premium Assignment Corp.**<br>P.O. Box 800<br>Tallahassee, FL 32314 | **Premium Assignment Corp.**<br>P.O. Box 800<br>Tallahassee, FL 32314 | **Unsecured Claim** | | **26,632.00** |
| **Dorothy DeJesus**<br>c/o Michael Malkovich<br>Xanthakos & Malkovich<br>43 Center Street, Suite 101<br>Northampton, MA 01060 | **Dorothy DeJesus**<br>c/o Michael Malkovich<br>Xanthakos & Malkovich<br>Northampton, MA 01060 | **Judgment/Appeal Pending** | **Disputed** | **25,000.00** |
| **Candace Scott**<br>c/o Michael Malkovich<br>Xanthakos & Malkovich<br>43 Center Street, Suite 101<br>Northampton, MA 01060 | **Candace Scott**<br>c/o Michael Malkovich<br>Xanthakos & Malkovich<br>Northampton, MA 01060 | **Judgment/Appeal Pending** | **Disputed** | **25,000.00** |
| **539 38th Street, LLC**<br>P.O. Box 685<br>Hackensack, NJ 07602 | **539 38th Street, LLC**<br>P.O. Box 685<br>Hackensack, NJ 07602 | **Lease** | | **12,000.00** |
| **Stephen J. Savva P.C.**<br>546 Fifth Avenue, 6th Floor<br>New York, NY 10036 | **Stephen J. Savva P.C.**<br>546 Fifth Avenue, 6th Floor<br>New York, NY 10036 | **Expense Reimbursement** | | **6,217.00** |
| **Eversource**<br>P.O. Box 650032<br>Dallas, TX 75265-0032 | **Eversource**<br>P.O. Box 650032<br>Dallas, TX 75265-0032 | **Connecticut Residence Utility** | | **5,649.72** |
| **Erin McSherry**<br>295 Park Avenue S #2G<br>New York, NY 10010 | **Erin McSherry**<br>295 Park Avenue S #2G<br>New York, NY 10010 | | | **5,245.66** |
| **Moritt Hock & Hamroff**<br>400 Garden City Plaza<br>Garden City, NY 11530 | **Moritt Hock & Hamroff**<br>400 Garden City Plaza<br>Garden City, NY 11530 | **Legal Services** | | **3,500.00** |
| **Feldman and Hickey, LLC**<br>Waterside Office Park<br>10 Waterside Drive, Suite 303<br>Farmington, CT 06032 | **Feldman and Hickey, LLC**<br>Waterside Office Park<br>10 Waterside Drive, Suite 303<br>Farmington, CT 06032 | **Legal Fees** | | **2,116.50** |
| **Curtis J. Jackson, Sr.**<br>6 West Circle Drive<br>Valley Stream, NY 11581-1517 | **Curtis J. Jackson, Sr.**<br>6 West Circle Drive<br>Valley Stream, NY 11581-1517 | **Connecticut Residence Expense Reimbursement** | | **1,737.33** |
| **8X10 Boutique LLC**<br>2700 N. Miami Avenue, #1001<br>Miami, FL 33127 | **8X10 Boutique LLC**<br>2700 N. Miami Avenue, #1001<br>Miami, FL 33127 | **Merchandise** | | **400.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Curtis James Jackson, III**  
Debtor(s)

Case No.  **15-21233**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, **Curtis James Jackson, III**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 16, 2015**

Signature  **/s/ Curtis James Jackson, III**  
           **Curtis James Jackson, III**  
           Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.