UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

_____x
                                    :   Chapter 11
In re:                              :   Case No.  15-21233 (AMN)
    Curtis James Jackson, III       :
      *Debtor*                     :
_____x    Re: ECF Nos. 7, 19

Order Granting Relief from Stay

    Creditor Lastonia Leviston filed a motion for relief from stay on July 13, 2015 (ECF No. 7, the "Motion") to which debtor Curtis J. Jackson, III (the "Debtor"), filed an objection on July 16, 2015 (ECF No. 19, the "Objection").   After a hearing considering the Motion and the Objection on July 17, 2015 (the "Hearing"), it is hereby

    ORDERED, that the Court's findings of fact and conclusions of law are articulated in the record of the Hearing which shall appear on the docket of this case as an audio file; and it is further

    ORDERED, that the Motion is granted and the Objection is overruled for the reasons, and to the extent, stated on the record of the Hearing and as set forth in this written Order; and it is further,

    ORDERED, that the automatic stay of 11 U.S.C. § 362(a) is hereby terminated so that a civil case captioned *Leviston v Jackson*, Index No. 102449-2010, pending before New York State Supreme Court, New York County (the "State Court"), may proceed through the entry of a judgment; and it is further,

    ORDERED, that this Order does not stay any appeal period that may apply to any judgment entered by the State Court; and it is further,

ORDERED, that the stay set forth in Fed. R. Bankr. P. 4001(a)(3) is hereby waived; and it is hereby

ORDERED, that the stay of 11 U.S.C. § 362(a) is not modified with respect to any collection activity, including the creation of any lien or attachment, or the perfection of any security interest.

Dated at Hartford, Connecticut on July 17, 2015.

Ann M. Nevins
United States Bankruptcy Judge