# United States Bankruptcy Court
### District of Connecticut

In re  **Curtis James Jackson, III**                                                   Case No.   **15-21233**
                                                       Debtor(s)                   Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **July 17, 2015**                              **/s/ Curtis James Jackson, III**
                                                      **Curtis James Jackson, III**
                                                      Signature of Debtor

.

539 38th Street, LLC
P.O. Box 685
Hackensack, NJ 07602


8X10 Boutique LLC
2700 N. Miami Avenue, #1001
Miami, FL 33127


AFTRA Health Fund Premium
P.O. Box 5034
New York, NY 10087-5034


AKR Public Relations
c/o Amanda Ruisi
100 Skillman Street, #2A
Fairfield, CT 06824


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Bemers
P.O. Box 93
Glastonbury, CT 06033-0093


Bentley Financial Services
75 Remittance Drive, Suite 738
Chicago, IL 60675


Borghese Condominium
Association, Inc.
P.O. Box 65851
Phoenix, AZ 85082-5851


Cablevision
P.O. Box 371378
Pittsburgh, PA 15250-7378


Candace Scott
c/o Michael Malkovich
Xanthakos & Malkovich
43 Center Street, Suite 101
Northampton, MA 01060

```
Comcast
P.O. Box 1577
Newark, NJ 07101-1577


Comporate Services Company
2711 Centerville Road
Wilmington, DE 19808


Curtis J. Jackson, Sr.
6 West Circle Drive
Valley Stream, NY 11581-1517


Daphne Narvaez
5421 Cartwright Avenue
North Hollywood, CA 91601


Darren M. Gelbert
Wilentz, Goldman & Spitzer PA
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095


Dorothy DeJesus
c/o Michael Malkovich
Xanthakos & Malkovich
43 Center Street, Suite 101
Northampton, MA 01060


Erin McSherry
295 Park Avenue S #2G
New York, NY 10010


Eversource
P.O. Box 650032
Dallas, TX 75265-0032


Executive Services, LLC
c/o Barja Walter
304A Lexington Avenue
Brooklyn, NY 11216


Feldman and Hickey, LLC
Waterside Office Park
10 Waterside Drive, Suite 303
Farmington, CT 06032
```

Freidin & Dobrinsky, PA
2 South Biscayne Bldv.
Miami, FL 33131


Frontier
P.O. Box 20550
Rochester, NY 14602-0550


G. Collins & Company LLC
1410 Broadway, Suite 1905
New York, NY 10018


Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY 10005


Gelpy Joel Peralta
41-18 Vernon Blvd., Apt. 4B
Queens, NY 11101


Georgia Power
96 Annex
Atlanta, GA 30396-0001


Gerald M. Beaudoin
Law Offices of
Gerald M. Beaudoin
P.O. Box 358
Hartford, CT 06141


Geraldine Francis
77 Dartmouth Street
Valley Stream, NY 11581


Girl Friday
Kellee Hunter
2604 Palisade Avenue, #1
Weehawken, NJ 07086


GSO Business Management, LLC
15260 Ventura Blvd., Ste. 2100
Sherman Oaks, CA 91403

```
Home Entertaining Design
417 West 126th Street
New York, NY 10027


Ilene Zwirn, M.D.
151 East 90th Street, #1C
New York, NY 10128


Infinity Real Estate Services
and/or Robert Cata
5671 Kanan Road
Agoura Hills, CA 91301


Jay Cardiello
111 Kent Avenue, Suite 2T
Brooklyn, NY 11249


Kaz Hejnar
240 East Robbins Avenue
Newington, CT 06111


Kinsley Power Systems
14 Connecticut South Drive
East Granby, CT 06026


Kourous Ghasaban
18141 Delano Street
Tarzana, CA 91335


Lastonia Leviston
c/o Darren M. Gelber
Wilentz, Goldman & Spitzer
110 William Street, 26th Floor
New York, NY 10038


Leonardi Design, Inc.
131 E. 23rd Street, #12B
New York, NY 10010


Lionel Jones
111-04 179th Street
Jamaica, NY 11433
```

```
Liquid Dreams Design
344 Avenue Y
Brooklyn, NY 11223


Longo Carpet Cleaning &
Restoration
80 Ramah Circle South
Agawam, MA 01001


Middleton Lawn Care Services
P.O. Box 331054
West Hartford, CT 06133-1054


Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530


Napoli Bern Ripka Shkolnik LLP
350 Fifth Avenue, Suite 7413
New York, NY 10118


New York Child Support
Processing Unit
P.O. Box 15363
Albany, NY 12212-5363


Nutmeg Mechanical Service Inc.
130-3 Utopia Road
Manchester, CT 06042


Premium Assignment Corp.
P.O. Box 800
Tallahassee, FL 32314


Progressive
P.O. Box 105428
Atlanta, GA 30348-5428


PSE&G Co.
P.O. Box 14444
New Brunswick, NJ 08906-4444
```

Randall Bordenave
4201 Twilight Street
Las Vegas, NV 89122


Rashawn Casey
37 Powderhorn Drive
Kinnelon, NJ 07405


Reed Smith
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067


Renaissance Midtown West
P.O. Box 303
Dept. 3535
Emerson, NJ 07630


Robins Kaplan LLP
800 LaSalle Avenue
Minneapolis, MN 55402


SAG-AFTRA
P.O. Box 60513
City of Industry, CA 91716


Scarritt Spas & Hot Tubs, LLC
311 Broad Street
Bristol, CT 06010


Shareif Ziyadat Productions
Inc.
126 Hollis Terrace North
Yonkers, NY 10701


Shepherd Duke Investments
8414 W. Farm Road, #180-259
Las Vegas, NV 89131


Silver Streak Security
140-12 160th Street
Jamaica, NY 11434

```
Sleek Audio, LLC, Mark Krywko,
Michael Krywko, Jason Krywko
And Gregory Wysocki
3904 9th Avenue West
Bradenton, FL 34205


Stephen J. Savva P.C.
546 Fifth Avenue, 6th Floor
New York, NY 10036


Suntrust Bank
P.O. Box 79079
Baltimore, MD 21279


Suntrust Mortgage
P.O. Box 79041
Baltimore, MD 21279


The Law Firm of Brett Kimmel
275 Madison Avenue, Suite 1711
New York, NY 10016


Thomson Compumark
P.O. Box 71892
Chicago, IL 60694-1892


United Corporate Services Inc.
Ten Bank Street, Suite 560
White Plains, NY 10606


United Water New Jersey
Payment Center
P.O. Bosx 371804
Pittsburgh, PA 15250-7804


Valley Stream Receiver
of Taxes
123 So. Central Avenue
Valley Stream, NY 11580


Vasti Ortiz
13 Vine Street, Apt. 302
New Britain, CT 06052
```

```
Vincenzo Ettorre
19 Santo Court
New Britain, CT 06053


Zdzislaw Kleczkowski
44 Little Brook Circle
Farmington, CT 06032
```