# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
July 24, 2015

In re:

Curtis James Jackson III
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–0616
Debtor(s)

Case Number: 15–21233 amn
Chapter: 11

### NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that a Status Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **August 26, 2015** at **02:00 PM** to consider and act upon the following matter(s):

**Chapter 11 Voluntary filed by Curtis James Jackson III.**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: July 24, 2015

For the Court

Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lad