B6A (Official Form 6A) (12/07)

.

In re   **Curtis James Jackson, III**                                                    ,    Case No.    **15-21233**

                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **30 Poplar Hills Drive Farmington, CT  06032 Market Value based on appraisal by Calciano & Stern Appraisal Associates, Inc., dated February 25, 2015.** | **Homestead/Owner** | - | **8,250,000.00** | **1,021,622.10** |
| **8 Gale Drive Valley Stream, NY 11581 Market Value based on Zillow Valuation** | **Investment Property/Owner** | - | **572,000.00** | **0.00** |
| **3286 Northside Pkwy, Unit 302 Atlanta, GA  30327 Market Value based on Zillow Valuation** | **Investment Property/Owner** | - | **464,000.00** | **0.00** |

|  | Sub-Total >  | **9,286,000.00**  | (Total of this page) |
|---|---|---|---|
|  | Total >  | **9,286,000.00**  |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Curtis James Jackson, III**                                                    Case No.    **15-21233**
                                                                          ,
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See Attached List** | - | 10,554,486.13 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit for apartment lease.** | - | 4,350.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Market value will be determined by an appraisal and Schedule B will be amended to reflect appraised market value. Locations: 50 Poplar Hill Drive, Farmington CT 06032, 8 Gale Drive, Valley Stream, NY 11581 and 3286 Northside Pkwy, Unit 302, Atlanta, GA 30327** | - | Unknown |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Market value will be determined by an appraisal and Schedule B will be amended to reflect appraised market value. Location: 50 Poplar Hill Drive, Farmington CT 06032** | - | Unknown |
| 7. Furs and jewelry. | | **Market value will be determined by an appraisal and Schedule B will be amended to reflect appraised market value. Location: 50 Poplar Hill Drive, Farmington CT 06032** | - | Unknown |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >    **10,558,836.13**
(Total of this page)

_3_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Curtis James Jackson, III**                                          ,    Case No.  __15-21233__
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **See Attached List -- All entities listed are their book value** **264 West 40th Street, 15th Floor, New York, NY 10018** | - | 4,412,712.24 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    **4,412,712.24**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   __Curtis James Jackson, III_____,    Case No. ___15-21233_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1966 Chevrolet Coupe, 2015 Chevrolet Suburban, 2010 Rolls Royce Phantom Drophea, 2005 Chevrolet Suburban, 2008 Dodge Sprinter, 2003 Chevrolet Suburban, 2012 Suzuki Kizashi Sport Market Values based on insurance estimates. Location: 50 Poplar Hill Drive, Farmington CT 06032** | - | 500,618.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

|  | Sub-Total > | 500,618.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Curtis James Jackson, III**                                        ,   Case No.   **15-21233**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Escrow Account held by Suntrust Mortgage, P.O. Box 79041, Baltimore, MD 21279 for insurance and taxes for 50 Poplar Hill Drive, Farmington, CT 06032** | - | 90,732.81 |

|  |  |
|---|---|
| Sub-Total > | 90,732.81 |
| (Total of this page) | |
| Total > | 15,562,899.18 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# CURTIS JAMES JACKSON, III
# SCHEDULE B
# No. 2

2.    Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.

| Type Of Account | Location Of Account | Current Value |
|---|---|---|
| Checking Account -- 7145 | City National Bank<br>400 N. Roxbury Drive<br>Beverly Hills, CA  90210 | $2,725,545.49 |
| Checking Account -- 7667 | City National Bank<br>1140 6th Avenue<br>New York, NY  10036 | 900.00 |
| Check Account -- 2049 | Signature Bank<br>565 Fifth Avenue, 12th Floor<br>New York, NY  10017 | 2,749.44 |
| Brokerage Account | Credit Suisse<br>300 Conshohocken State Road<br>Conshohocken, PA  19428 | 1,393,073.56 |
| Brokerage Account | Merrill Lynch<br>2 World Finance Center 35th Floor<br>New York, NY  10281 | 5,105,360.68 |
| Brokerage Account | Goldman Sachs<br>25 British American Blvd.<br>Latham, NY  12110 | 1,326,856.96 |
| **TOTAL** | | **$10,554,486.13** |

# CURTIS JAMES JACKSON, III

# SCHEDULE B

# No. 13

13.    Stocks and interests in incorporated and unincorporated businesses. Itemized.

| BUSINESS NAME | VALUE |
|---|---|
| 50's Liquid Assets, Inc. | 0.00 |
| G-Unit Adult Films, Inc. | 6,938.95 |
| G-Unit Books, Inc. | 5,236.29 |
| G-Unit Brands, Inc. | 0.00 |
| G-Unit Clothing, LLC | 0.00 |
| G-Unit Film & Television, Inc. | 0.00 |
| G-Unit Merchandising, Inc. | 0.00 |
| G-Unit Records, Inc. | 2,700,000.00 |
| G-Unit Touring, Inc. | 0.00 |
| G Note Records, Inc. | 0.00 |
| Rotten Apples Records, Inc. | 0.00 |
| Sire Spirits, LLC | 0.00 |
| Tomorrow, Today Entertainment, Inc. | 1,500,000.00 |
| Sleek Audio, LLC | 0.00 |
| As Seen On TV | 11,250.00 |
| Medl Mobile | 51,000.00 |
| Hang W/ | 0.00 |
| Luxe Valet, Inc. | 50,000.00 |
| Street King, LLC[1] | 0.00 |
| SMS Audio, LLC[2] | 0.00 |
| 50 Cent Music LLC | 8,231.00 |
| CT Lights, LLC | 21,737.00 |
| In the Passing Lane, LLC | 8,319.00 |
| CJ Network, LLC | 50,000.00 |
| **TOTAL** | **$4,412,712.24** |

---

[1]  Owned by 50's Liquid Assets, Inc., but listed for completeness purpose.

[2]  Owned by G-Unit Brands, Inc., but listed for completeness purpose.

82772v.1

B6C (Official Form 6C) (4/13)

.

In re **Curtis James Jackson, III** , Case No. **15-21233**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)

☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| **30 Poplar Hill Drive, Farmington, CT  06032** | **Conn. Gen. Stat. § 52-352b(t)** | **75,000.00** | **8,250,000.00** |
| **Clothing, household goods and Furnishings** | **Conn. Gen. Stat. § 52-352b(a)** | **0.00** | **104,150.00** |
| **Security Deposit** | **Conn. Gen. Stat. § 52-352b(l)** | **0.00** | **4,350.00** |
| **Motor Vehicles** | **Conn. Gen. Stat. § 52-352b(j)** | **3,500.00** | **500,618.00** |

| | Total: | **78,500.00** | **8,859,118.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Curtis James Jackson, III**,  Case No. __15-21233__
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **133726968** <br><br>**Suntrust Mortgage**<br>**P.O. Box 79041**<br>**Baltimore, MD 21279** | | - | **Secured Promissory Note**<br><br>**30 Poplar Hills Drive**<br>**Farmington, CT 06032**<br>**Market Value based on appraisal by Calciano & Stern Appraisal Associates, Inc., dated February 25, 2015.**<br>Value $              8,250,000.00 | | | | 1,021,622.10 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page) | 1,021,622.10 | 0.00
Total (Report on Summary of Schedules) | 1,021,622.10 | 0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re   **Curtis James Jackson, III**                                                      Case No. _____**15-21233**_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>**2**</u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Curtis James Jackson, III** _____ ,   Case No. ___**15-21233**_____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Daphne Narvaez** <br> **5421 Cartwright Avenue** <br> **North Hollywood, CA 91601** | - | | **Total Child Support payments until the child reaches age of 18 years.** | | | | **832,600.00** | 0.00 <br><br> **832,600.00** |
| Account No. <br><br> **New York Child Support Processing Unit** <br> **P.O. Box 15363** <br> **Albany, NY 12212-5363** | - | | **Total Child Support payments until the child reaches the age of 18 years.** | | | | **22,491.00** | 0.00 <br><br> **22,491.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __**1**___ of __**2**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  | | **855,091.00** | 0.00 **855,091.00**

B6E (Official Form 6E) (4/13) - Cont.

In re  **Curtis James Jackson, III**                                    ,    Case No.  **15-21233**
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | GA property taxes | | | | | |
| **Fulton County Tax Assessor 141 Pryor Street SW Atlanta, GA 30303** | - | | | | | | **Unknown** | **Unknown** / **Unknown** |
| Account No. | | | Property Taxes | | | | | |
| **Valley Stream Receiver of Taxes 123 So. Central Avenue Valley Stream, NY 11580** | - | | | | | | **Unknown** | **Unknown** / **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 855,091.00 | 0.00 / 855,091.00 |

B6F (Official Form 6F) (12/07)

In re __Curtis James Jackson, III_____,    Case No. ___15-21233_____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **539 38th Street, LLC** <br> **P.O. Box 685** <br> **Hackensack, NJ 07602** | - | | FOR NOTICE PURPOSE ONLY | | | | 0.00 |
| Account No. <br><br> **8X10 Boutique LLC** <br> **2700 N. Miami Avenue, #1001** <br> **Miami, FL 33127** | | | Merchandise | | | | 400.00 |
| Account No. <br><br> **AFTRA Health Fund Premium** <br> **P.O. Box 5034** <br> **New York, NY 10087-5034** | - | | FOR NOTICE PURPOSE ONLY | | | | 0.00 |
| Account No. <br><br> **AKR Public Relations** <br> **c/o Amanda Ruisi** <br> **100 Skillman Street, #2A** <br> **Fairfield, CT 06824** | - | | Publicists - FOR NOTICE PURPOSE ONLY | | | | 0.00 |

  __14__  continuation sheets attached

                       Subtotal | 400.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Curtis James Jackson, III**                                    ,        Case No. _____**15-21233**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Account Ending 1-44000**<br><br>**American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | - | | Credit Card | | | | 64,909.04 |
| Account No.<br><br>**Bemers**<br>**P.O. Box 93**<br>**Glastonbury, CT 06033-0093** | - | | Merchandise | | | | 41.48 |
| Account No. **5400000171**<br><br>**Bentley Financial Services**<br>**75 Remittance Drive, Suite 738**<br>**Chicago, IL 60675** | - | | Automobile Lease - FOR NOTICE PURPOSE ONLY | | | | 0.00 |
| Account No.<br><br>**Borghese Condominium Association, Inc.**<br>**P.O. Box 65851**<br>**Phoenix, AZ 85082-5851** | - | | Atlanta, GA Homeowners' Association Dues - FOR NOTICE PURPOSE ONLY | | | | 0.00 |
| Account No.<br><br>**Cablevision**<br>**P.O. Box 371378**<br>**Pittsburgh, PA 15250-7378** | - | | Connecticut Residence Service - FOR NOTICE PURPOSE ONLY | | | | 0.00 |

Sheet no. __**1**___ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                64,950.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **Curtis James Jackson, III**                          ,        Case No.    **15-21233**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Judgment/Appeal Pending | | | | |
| **Candace Scott c/o Michael Malkovich Xanthakos & Malkovich 43 Center Street, Suite 101 Northampton, MA 01060** | - | | | | | X | 25,000.00 |
| Account No. | | | Connecticut Residence Service - FOR NOTICE PURPOSE ONLY | | | | |
| **Comcast P.O. Box 1577 Newark, NJ 07101-1577** | - | | | | | | 0.00 |
| Account No. | | | FOR NOTICE PURPOSE ONLY | | | | |
| **Corporate Services Company 2711 Centerville Road Wilmington, DE 19808** | - | | | | | | 0.00 |
| Account No. | | | Legal Fees | | | | |
| **Correll Law Group Attn: P. Kent Correll 250 Park Avenue, 7th Floor New York, NY 10177** | - | | | | | | 90,817.00 |
| Account No. | | | Connecticut Residence Expense Reimbursement | | | | |
| **Curtis J. Jackson, Sr. 6 West Circle Drive Valley Stream, NY 11581-1517** | - | | | | | | 1,737.33 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,554.33

B6F (Official Form 6F) (12/07) - Cont.

In re __Curtis James Jackson, III_____,    Case No. ___15-21233_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Counsel For Lastonia Leviston - FOR NOTICE PURPOSE ONLY | | | | |
| Darren M. Gelbert Wilentz, Goldman & Spitzer PA 90 Woodbridge Center Drive P.O. Box 10 Woodbridge, NJ 07095 | - | | | | | | 0.00 |
| Account No. | | | May 2, 2015 Litigation in the Philadelphia Court of Common Pleas | | | X | |
| Dee Denise Hallager P.O. Box 12236 Philadelphia, PA 19144 | - | | | | | | Unknown |
| Account No. | | | Judgment/Appeal Pending | | | X | |
| Dorothy DeJesus c/o Michael Malkovich Xanthakos & Malkovich 43 Center Street, Suite 101 Northampton, MA 01060 | - | | | | | | 25,000.00 |
| Account No. | | | Counsel for Lastonia Leviston - FOR NOTICE PURPOSE ONLY | | | | |
| Elizabeth J. Austin Pullman & Comley LLC 850 Main Street P.O. Box 7006 Bridgeport, CT 06601-7006 | - | | | | | | 0.00 |
| Account No. | | | Stylist | | | | |
| Erin McSherry 295 Park Avenue S #2G New York, NY 10010 | - | | | | | | 5,245.66 |

Sheet no. __3___ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,245.66

CODEBTOR

CONTINGENT

UNLIQUIDATED

DISPUTED

B6F (Official Form 6F) (12/07) - Cont.

In re  **Curtis James Jackson, III**                                              ,      Case No. ___**15-21233**_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**G. Collins & Company LLC** <br>**1410 Broadway, Suite 1905** <br>**New York, NY 10018** | - | | **Accounting Services** | | | | 50,600.00 |
| Account No. **50422** <br><br>**Garvey Schubert Barer** <br>**100 Wall Street, 20th Floor** <br>**New York, NY 10005** | - | | **Legal Services** | | | X | 143,294.00 |
| Account No.  <br><br>**Gelpy Joel Peralta** <br>**41-18 Vernon Blvd., Apt. 4B** <br>**Queens, NY 11101** | - | | **Barber - FOR NOTICE PURPOSE ONLY** | | | | 0.00 |
| Account No.  <br><br>**Georgia Power** <br>**96 Annex** <br>**Atlanta, GA 30396-0001** | - | | **Georgia Residence Utility** | | | | 125.65 |
| Account No.  <br><br>**Gerald M. Beaudoin** <br>**Law Offices of** <br>**Gerald M. Beaudoin** <br>**P.O. Box 358** <br>**Hartford, CT 06141** | - | | **August 16, 2011** <br>**Counsel for Vasti Ortiz - FOR NOTICE PURPOSE ONLY** | | | | Unknown |

Sheet no. __**5**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**194,019.65**

B6F (Official Form 6F) (12/07) - Cont.

In re **Curtis James Jackson, III** _____,    Case No. **15-21233** _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Party Rental - FOR NOTICE PURPOSE ONLY | | | | |
| Geraldine Francis 77 Dartmouth Street Valley Stream, NY 11581 | - | | | | | | 0.00 |
| Account No. | | | FOR NOTICE PURPOSE ONLY | | | | |
| Girl Friday Kellee Hunter 2604 Palisade Avenue, #1 Weehawken, NJ 07086 | - | | | | | | 0.00 |
| Account No. | | | Connecticut Residence Maintenance - FOR NOTICE PURPOSE ONLY | | | | |
| Home Entertaining Design 417 West 126th Street New York, NY 10027 | | | | | | | 0.00 |
| Account No. | | | Services related to Leviston Matter - FOR NOTICE PURPOSE ONLY | | | | |
| Ilene Zwirn, M.D. 151 East 90th Street, #1C New York, NY 10128 | - | | | | | | 0.00 |
| Account No. | | | Rent for Daphne Narvaez as part of child support - FOR NOTICE PURPOSE ONLY | | | | |
| Infinity Real Estate Services and/or Robert Cata 5671 Kanan Road Agoura Hills, CA 91301 | - | | | | | | 0.00 |

Sheet no. **6** of **14** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Curtis James Jackson, III**                                    ,        Case No.  **15-21233**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jay Cardiello 111 Kent Avenue, Suite 2T Brooklyn, NY 11249** | - | | Fitness Trainer - FOR NOTICE PURPOSE ONLY | | | | 0.00 |
| Account No. **Jessica Grossarth Pullman & Comley LLC 850 Main Street P.O. Box 7006 Bridgeport, CT 06601-7006** | - | | Counsel for Lastonia Leviston - FOR NOTICE PURPOSE ONLY | | | | 0.00 |
| Account No. **Kaz Hejnar 240 East Robbins Avenue Newington, CT 06111** | - | | Connecticut Residence Maintenance - FOR NOTICE PURPOSE ONLY | | | | 0.00 |
| Account No. **Kinsley Power Systems 14 Connecticut South Drive East Granby, CT 06026** | - | | Connecticut Residence Maintenance - FOR NOTICE PURPOSE ONLY | | | | 0.00 |
| Account No. **Kourous Ghasaban 18141 Delano Street Tarzana, CA 91335** | - | | Videographer - FOR NOTICE PURPOSE ONLY | | | | 0.00 |

Sheet no. **7** of **14** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Curtis James Jackson, III**                                              ,        Case No.    **15-21233**
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Unsecured Claim | | | | |
| **Lastonia Leviston c/o Darren M. Gelber Wilentz, Goldman & Spitzer 110 William Street, 26th Floor New York, NY 10038** | - | | | | | | X | **7,000,000.00** |
| Account No. | | | | Personal Services - Hair & Makeup - FOR NOTICE PURPOSE ONLY | | | | |
| **Leonardi Design, Inc. 131 E. 23rd Street, #12B New York, NY 10010** | - | | | | | | | **0.00** |
| Account No. | | | | Groomer - FOR NOTICE PURPOSE ONLY | | | | |
| **Lionel Jones 111-04 179th Street Jamaica, NY 11433** | - | | | | | | | **0.00** |
| Account No. | | | | New Jersey Residence Maintenance - FOR NOTICE PURPOSE ONLY | | | | |
| **Liquid Dreams Design 344 Avenue Y Brooklyn, NY 11223** | - | | | | | | | **0.00** |
| Account No. | | | | Connecticut Residence Maintenance | | | | |
| **Longo Carpet Cleaning & Restoration 80 Ramah Circle South Agawam, MA 01001** | - | | | | | | | **1,561.22** |

| Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **7,001,561.22** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Curtis James Jackson, III**                                      ,   Case No. _____**15-21233**_____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Middleton Lawn Care Services**<br>**P.O. Box 331054**<br>**West Hartford, CT 06133-1054** | - | | | | **Connecticut Residence Maintenance** | | | | 7,019.10 |
| Account No. **E-3979.001**<br><br>**Moritt Hock & Hamroff**<br>**400 Garden City Plaza**<br>**Garden City, NY 11530** | - | | | | **Legal Services** | | | | 3,500.00 |
| Account No.<br><br>**Napoli Bern Ripka Shkolnik LLP**<br>**350 Fifth Avenue, Suite 7413**<br>**New York, NY 10118** | - | | | | **Counsel for Lastonia Leviston - FOR NOTICE PURPOSE ONLY** | | | | 0.00 |
| Account No.<br><br>**Nutmeg Mechanical Service Inc.**<br>**130-3 Utopia Road**<br>**Manchester, CT 06042** | - | | | | **Connecticut Residence Maintenance** | | | | 2,053.62 |
| Account No. **951268**<br><br>**Premium Assignment Corp.**<br>**P.O. Box 800**<br>**Tallahassee, FL 32314** | - | | | | **Unsecured Claim** | | | | 26,632.00 |

Sheet no. __**9**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,204.72

B6F (Official Form 6F) (12/07) - Cont.

In re __Curtis James Jackson, III_____,  Case No. ____15-21233_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Auto Insurance - FOR NOTICE PURPOSE ONLY | | | | |
| Progressive P.O. Box 105428 Atlanta, GA 30348-5428 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | New Jersey Residence | | | | |
| PSE&G Co. P.O. Box 14444 New Brunswick, NJ 08906-4444 | - | | | | | | | |
| | | | | | | | | 189.33 |
| Account No. | | | | Driver - FOR NOTICE PURPOSE ONLY | | | | |
| Randall Bordenave 4201 Twilight Street Las Vegas, NV 89122 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | FOR NOTICE PURPOSE ONLY | | | | |
| Rashawn Casey 37 Powderhorn Drive Kinnelon, NJ 07405 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 358762 | | | | Legal Services | | | | |
| Reed Smith 1901 Avenue of the Stars Suite 700 Los Angeles, CA 90067 | - | | | | | | X | |
| | | | | | | | | 568,304.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

| | |
|---|---|
| | 568,493.33 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Curtis James Jackson, III_____,    Case No. ___15-21233_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **110216**<br><br>**Robins Kaplan LLP**<br>**800 LaSalle Avenue**<br>**Minneapolis, MN 55402** | - | | | Legal Services | | | | 172,178.50 |
| Account No.<br><br>**SAG-AFTRA**<br>**P.O. Box 60513**<br>**City of Industry, CA 91716** | - | | | Union Dues | | | | 336.54 |
| Account No.<br><br>**Scarritt Spas & Hot Tubs, LLC**<br>**311 Broad Street**<br>**Bristol, CT 06010** | - | | | Connecticut Residence Maintenance | | | | 663.79 |
| Account No.<br><br>**Shareif Ziyadat Productions Inc.**<br>**126 Hollis Terrace North**<br>**Yonkers, NY 10701** | - | | | FOR NOTICE PURPOSE ONLY | | | | 0.00 |
| Account No.<br><br>**Shepherd Duke Investments**<br>**8414 W. Farm Road, #180-259**<br>**Las Vegas, NV 89131** | - | | | Driver | | | | 975.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            174,153.83

B6F (Official Form 6F) (12/07) - Cont.

In re __Curtis James Jackson, III_____,    Case No. ___15-21233_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Silver Streak Security<br>140-12 160th Street<br>Jamaica, NY 11434** | - | | **Connecticut Residence Security - FOR NOTICE PURPOSE ONLY** | | | | 0.00 |
| Account No. <br><br>**Sleek Audio, LLC, Mark Krywko,<br>Michael Krywko, Jason Krywko<br>And Gregory Wysocki<br>3904 9th Avenue West<br>Bradenton, FL 34205** | - | | **Arbitration Award/Appeal Pending** | | | X | 18,428,257.00 |
| Account No. <br><br>**Stephen J. Savva P.C.<br>546 Fifth Avenue, 6th Floor<br>New York, NY 10036** | - | | **Expense Reimbursement** | | | | 6,217.00 |
| Account No. 0021389862 <br><br>**Suntrust Bank<br>P.O. Box 79079<br>Baltimore, MD 21279** | - | | **Guaranty** | | | | 4,000,000.00 |
| Account No. <br><br>**The Law Firm of Brett Kimmel<br>275 Madison Avenue, Suite 1711<br>New York, NY 10016** | - | | **FOR NOTICE PURPOSE ONLY** | | | | 0.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,434,474.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Curtis James Jackson, III__ _____,    Case No. ___15-21233_____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trademark Watch Services - FOR NOTICE PURPOSE ONLY | | | | |
| Thomson Compumark P.O. Box 71892 Chicago, IL 60694-1892 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Connecticut Residence Utility - FOR NOTICE PURPOSE ONLY | | | | |
| United Corporate Services Inc. Ten Bank Street, Suite 560 White Plains, NY 10606 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | New Jersey Residence Utility | | | | |
| United Water New Jersey Payment Center P.O. Bosx 371804 Pittsburgh, PA 15250-7804 | | - | | | | | | |
| | | | | | | | | 13.33 |
| Account No. | | | | August 16, 2011 Plaintiff in lawsuit filed in Judicial District Court of Harford | | | | |
| Vasti Ortiz 13 Vine Street, Apt. 302 New Britain, CT 06052 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Connecticut Residence Maintenance - FOR NOTICE PURPOSE ONLY | | | | |
| Vincenzo Ettorre 19 Santo Court New Britain, CT 06053 | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    13.33

B6F (Official Form 6F) (12/07) - Cont.

In re __Curtis James Jackson, III_____,   Case No. ____15-21233_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Connecticut Residence Maintenance - FOR NOTICE PURPOSE ONLY | | | | |
| Zdzislaw Kleczkowski 44 Little Brook Circle Farmington, CT 06032 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. _14_ of _14_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 30,632,836.81 |

B6G (Official Form 6G) (12/07)

In re   **Curtis James Jackson, III**                                                         ,   Case No.   __15-21233__
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **539 38th Street, LLC** <br> **P.O. Box 685** <br> **Hackensack, NJ 07602** | **Lease Agreement for New Jersey apartment.** |
| **Bentley Financial Services** <br> **P.O. Box 650500** <br> **Hunt Valley, MD 21065** | **Lease Agrement for 2012 Bentley Mulsanne** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Curtis James Jackson, III**                                    ,    Case No.    **15-21233**
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SMS Audio, LLC**<br>**264 West 40th Street, 15th Fl.**<br>**New York, NY 10018** | **Suntrust Bank**<br>**P.O. Box 79079**<br>**Baltimore, MD 21279** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Curtis James Jackson, III** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (If known) | **15-21233** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income                                           12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:**     Describe Employment

---

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed  ☐ Not employed | ☐ Employed  ☐ Not employed |
| | Occupation | Entertainer | |
| | Employer's name | G-Unit Records | |
| | Employer's address | 264 West 40th Street, 15th FL. New York, NY 10018 | |
| | How long employed there? | 12 years | |

---

**Part 2:**     Give Details About Monthly Income

---

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,166.66 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 2,166.66 | $ N/A |

Debtor 1   **Curtis James Jackson, III**                                        Case number (*if known*)   **15-21233**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................ | 4. | $ **2,166.66** | $ **N/A** |

**5.** List all payroll deductions:

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **497.08** | $ | **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ | **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ | **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ | **N/A** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ | **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ | **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ | **N/A** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ | **N/A** |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **497.08** | $ | **N/A** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **1,669.58** | $ | **N/A** |

**8.** List all other income regularly received:

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **163,700.00** | $ | **N/A** |
| 8b. | **Interest and dividends** | 8b. | $ **19,600.00** | $ | **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ | **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ | **N/A** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ | **N/A** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ | **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ | **N/A** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ | **N/A** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **183,300.00** | $ **N/A** |

| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **184,969.58** + $ **N/A** = $ **184,969.58** |
|---|---|---|---|

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____     11. +$ **0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ **184,969.58**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

■ No.

☐ Yes. Explain: _____

Curtis James Jackson, III
Sch I
Q. 8a

| | G-Unit Film & TV | G-Unit Records | G-Unit Touring | Rotten Apples Records | Tomorrow Today Ent | Total |
|---|---|---|---|---|---|---|
| | 36,000.00 | 137,000.00 | 49,200.00 | 4,800.00 | 256,000.00 | 483,000.00 |
| | (17,000.00) | (234,000.00) | (24,900.00) | (2,900.00) | (40,500.00) | (319,300.00) |
| | 19,000.00 | (97,000.00) | 24,300.00 | 1,900.00 | 215,500.00 | 163,700.00 |

**Fill in this information to identify your case:**

Debtor 1    **Curtis James Jackson, III**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number   **15-21233**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter
   13 expenses as of the following date:
     _____
     MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor
   2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses     12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No
     ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

| | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| Do not list Debtor 1 and Debtor 2.<br><br>Do not state the dependents' names. | ■ Yes. Fill out this information for each dependent.............. | **PLEASE MONTHLY EXPENSES ATTACHED** | | ■ No<br>☐ Yes |
| | | | | ☐ No<br>☐ Yes |
| | | | | ☐ No<br>☐ Yes |
| | | | | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 0.00

   If not included in line 4:

   4a.   Real estate taxes     4a. $ _____ 0.00
   4b.   Property, homeowner's, or renter's insurance     4b. $ _____ 0.00
   4c.   Home maintenance, repair, and upkeep expenses     4c. $ _____ 0.00
   4d.   Homeowner's association or condominium dues     4d. $ _____ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ _____ 0.00

Debtor 1  __Curtis James Jackson, III_____    Case number (if known)  __15-21233_____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    SEE MONTHLY EXPENSES ATTACHED | | 21. +$ | 108,000.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 108,000.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 184,969.58 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 108,000.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 76,969.58 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
Explain: _____

# Curtis Jackson
## Monthly Expenses

|  |  |  | MONTHLY |
|---|---|---|---|
| **HOUSEHOLD EXPENSES** |  |  |  |
| CT | Gardening |  | 5,000 |
|  | Household supplies |  | 1,500 |
|  | Insurance - Homeowners |  | 13,300 |
|  | Mortgage (P, I & Property tax) |  | 17,400 |
|  | Pool maintenance |  | 1,500 |
|  | Repairs & Maintenance |  | 4,500 |
|  | Security & Protection |  | 9,000 |
|  | Telephone |  | 600 |
|  | Utilities |  | 14,200 |
|  |  |  | 67,000 |
|  |  |  |  |
| GA | HOA Dues (3286 Northside Pkwy) |  | 1,100 |
|  | Property Taxes |  | 400 |
|  | Utilities |  | 200 |
|  |  |  | 1,700 |
|  |  |  |  |
| NJ | Rent |  | 3,000 |
|  | Utilities |  | 300 |
|  |  |  | 3,300 |
|  |  |  |  |
| **TOTAL HOUSEHOLD EXPENSES** |  |  | $    72,000 |
|  |  |  |  |
| **OTHER EXPENSES** |  |  |  |
| **Support** |  |  |  |
|  | Child #1 |  | 7,500 |
|  | Child #2 |  | 4,600 |
|  | Grandparent |  | 2,500 |
|  | **Total Support** |  | 14,600 |
| **Other** |  |  |  |
|  | Auto Lease |  | 5,800 |
|  | Auto Expenses |  | 2,000 |
|  | Auto Insurance |  | 1,400 |
|  | Meals & Entertainment |  | 3,000 |
|  | Insurance - Accident |  | 1,100 |
|  | Insurance - Medical |  | 300 |
|  | Miscellaneous |  | 1,800 |
|  | Personal Grooming |  | 1,000 |
|  | Travel |  | 2,000 |
|  | Wardrobe |  | 3,000 |
|  | **Total Other** |  | 21,400 |
|  |  |  |  |
| **TOTAL OTHER EXPENSES** |  |  | $    36,000 |
|  |  |  |  |
| **TOTAL EXPENSES** |  |  | $    108,000 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re **Curtis James Jackson, III**      Case No. **15-21233**

Debtor(s)      Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **33** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 3, 2015**      Signature **/s/ Curtis James Jackson, III**

**Curtis James Jackson, III**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.