# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **CURTIS JAMES JACKSON, III** | § | **CASE NO. 15-21233 (AMN)** |
| | § | |
| **DEBTOR.** | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of August 2015, a true and correct copy of the *Notice of Hearing* [Dkt. No. 57] in connection with Motion for Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Services on Account of Prepetition Invoices, (II) Approving Procedures for Providing Adequate Assurance of Postpetition Payments, and (III) Approving Debtor's Proposed Form of Adequate Assurance [Dkt. No. 31], was served via first class U.S. mail, postage prepaid, upon the parties named on the attached Service List.

Dated: August 3, 2015      Respectfully submitted,

**NELIGAN FOLEY LLP**

*/s/ Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.
Texas State Bar No. 14866000
pneligan@neliganlaw.com
James P. Muenker
Texas State Bar No. 24002659
jmuenker@neliganlaw.com
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5300
Facsimile: 214-840-5301

82745v.1

**ZEISLER & ZEISLER, P.C.**

  */s/ James Berman*
James Berman, CT No. 06027
jberman@zieslaw.com
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Telephone:  (203) 368-4234
Facsimile:  (203) 367-9678

**PROPOSED COUNSEL FOR THE DEBTOR**

82745v.1

**SERVICE LIST**
*Curtis James Jackson, III*
**Case No. 15-21233 (AMN)**

**PROPOSED DEBTOR'S COUNSEL**

| | |
|---|---|
| Patrick J. Neligan, Jr. | James Berman |
| James P. Muenker | Zeisler & Zeisler P.C. |
| Neligan Foley LLP | 10 Middle Street, 15th Floor |
| 325 N. St. Paul, Suite 3600 | Bidgeport, CT 06604 |
| Dallas, TX 75201 | |

**DEBTOR**

Curtis James Jackson, III
c/o Nikki Martin
G-Unit Records, Inc.
264 West 40th Street, 15th Floor
New York, NY 10018

**U.S. TRUSTEE**

Office of the United States Trustee
Attn: Kim McCabe
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**GOVERNMENT AGENCIES**

| | |
|---|---|
| Internal Revenue Service | Securities and Exchange Commission |
| P.O. Box 7346 | 100 F Street, NE |
| Philadelphia, PA 19101-7346 | Washington, DC 20549 |
| | |
| Internal Revenue Service | |
| Centralized Insolvency Operation | |
| P.O. Box 21126 | |
| Philadelphia, PA 19114-0326 | |

**SECURED CREDITOR**

Suntrust Mortgage
P.O. Box 79041
Baltimore, MD 21279

**20 LARGEST UNSECURED CREDITORS**

| | |
|---|---|
| Sleek Audio, LLC, Mark Krywko, | Lastonia Leviston |
| Michael Krywko, Jason Krywko and | c/o Darren M. Gelber |
| Gregory WSysocki | Wilentz, Goldman & Spitzer |
| 3904 9th Avenue West | 110 William Street, 26th Floor |
| Bradenton, FL 34205 | New York, NY 10038 |

82712v.1

Suntrust Bank
P.O. Box 79079
Baltimore, MD  21279

Reed Smith
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067

Robins Kaplan LLP
800 LaSalle Avenue
Minneapolis, MN  55402

Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY  10005

Bentley Financial Services
75 Remittance Drive, Suite 738
Chicago, IL  60675

American Express
P.O. Box 1270
Newark, NJ  07101-1270

G. Collins & Company LLC
1410 Broadway, Suite 1905
New York, NY  10018

Premium Assignment Corp.
P.O. Box 800
Tallahassee, FL  32314

Dorothy McJesus
c/o Michael Malkovich
Xanthakos & Malkovich
43 Center Street, Suite 101
Northampton, MA  01060

Candance Scott
c/o Michael Malkovich
Xanthakos & Malkovich
43 Center Street, Suite 101
Northampton, MA  01060

539 38th Street, LLC
P.O. Box 685
Hackensack, NJ  07602

Stephen J. Savva P.C.
546 Fifth Avenue, 6th Floor
New York, NY  10036

Eversource
P.O. Box 650032
Dallas, TX  75265-0032

Erin McSherry
295 Park Avenue S #2G
New York, NY  10010

Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY  11530

Feldman and Hickey LLC
Waterside Office Park
10 Waterside Drive, Suite 303
Farmington, CT  06032

Curtis J. Jackson, Sr.
6 West Circle Drive
Valley Stream, NY  11581-1517

8X10 Boutique LLC
2700 N. Miami Avenue, #1001
Miami, FL  33127

**PARTIES REQUESTING NOTICE**

Elizabeth J. Austin
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604

Jessica Grossarth
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604

Michael R. Enright
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103

Patrick M. Birney
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103

82712v.1

Christopher A. Lynch
Reed Smith LLP
599 Lexington Avenue
New York, NY  10022

**UTILITY COMPANIES**

Bemers
P.O. Box 210
Glastonbury, CT  06033

CWPM, LLC
P.O. Box 415
Plainville, CT  06062

Frontier Communications
P.O. Box 20550
Rochester, NY  14602-0550

Eversource
P.O. Box 650032
Dallas, TX  75265-0032

Comcast
P.O. Box 1577
Newark, NJ  07101-1577

82712v.1