FILED
2015 AUG 27 PM 12: 42

UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

HARTFORD

| | |
|---|---|
| Mr. Curtis James Jackson III, Debtor | Case # 15 – 21233 |
| | Chapter 11 |
| | U.S. Bankruptcy 362 |
| Ms. Dee Denise Hallager, Movant | August 19, 2015 |
| Vs | |
| Mr. Curtis James Jackson III, Debtor | |

## MOTION TO BANKRUPTCY RELIEF OF AUTOMATIC STAY

## MOTION TO APPEAR TELEPHONICALLY HEARING

I, Dee Denise Hallager movant, as PROSE appearing myself request

The court to lift automatic stay to permit Default Judgment case on Mr. Jackson III, to seek assault damages of extensive medical care and prolong hospital bills including surgery. After discharge from medical sites, care takers need to be paid and product purchases.

Other relevant factors include his conduct see (exhibit 1) Mr. Curtis Jackson III, has voluntarily divert his cash flow to support expensive strippers with on going bucket loads of large $$$ bills onto strippers according to the actual televised news camera and the report of his action exhibit 1. Mr. Jackson enjoys wrongful priorities that was demonstrated and could reflect dismiss bankruptcy.

Mr. Jackson has been in the court system often regarding wrongful priorities or behaviors.

Mr. Jackson was properly informed of civil complaints and proceedings prior to the case reaching judgment under Rule 402 of the Pennsylvania Code of Civil Procedure. Mr. Jackson filed bankruptcy chapter 11 U.S. Code for District of Connecticut on July 13, 2015 *long after* judgment was already enter. I, as movant request to pursue Default Judgment in another forum.

August 17, 2015, Trustee had not opposed my request to have stay lifted.

**MY MOTION FOR TELEPHONICALLY HEARING**

Request kindly permit telephonically hearing due to lack of out of state travel expenses and major reason due to physically impairment.

Respectfully submitted

*[signature]*, Movant

8/10/2015 Is 50 Cent Abusing The Bankruptcy Court After Filing Then Going To The Strip Club Throwing Money At Strippers.

Case 15-21233    Doc 115    Filed 08/27/15    Entered 08/27/15 13:11:02    Desc Main
Document    Page 3 of 3

(Exhibit 1)

# The Judiciary Report

Home | Articles | Exclusives | About | Links | Search | Contact

## Is 50 Cent Abusing The Bankruptcy Court After Filing Then Going To The Strip Club Throwing Money At Strippers

$$$ Big Bills

July 16. 2015



50 Cent

Rapper, 50 Cent, real name Curtis Jackson, has been the butt of many jokes on social networking this week, for previously making fun of many rappers he referred to as broke, only to file bankruptcy for himself and his boxing company SMS. The rapper is not happy with the jokes and sent out a warning that he is keeping track of people who are making fun of his financial predicament. However, he did this to other entertainers when they were having money issues. What goes around comes around.

50 Cent has filed for chapter 11 bankruptcy, which is to reorganize his debts, provide 6-months of protection from creditors and to have portions of his debt wiped out via court order. When one petitions the bankruptcy court, one must he honest and forthcoming about the state of one's finances. So it came as no surprise when social networking questioned the fact 50 Cent filed bankruptcy, then days later went to the strip club throwing money at ho..., uh, I mean strippers. It's not a matter of how much money he spent at the strip club, but the fact he filed bankruptcy then did this, disrespects the court. It's the principle of it. If he's not careful, the bankruptcy trustee is going to heavily scrutinize his filing and could deny him protection.