UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

FILED

2015 AUG 27 PM 12: 42

DISTRICT OF CONNECTICUT
HARTFORD

| | |
|---|---|
| Mr. Curtis James Jackson III, Debtor | Case # 15 – 21233 |
| | Chapter 11 |
| | U.S. Bankruptcy 362 |
| Ms. Dee Denise Hallager, Movant | August 19, 2015 |
| Vs | |
| Mr. Curtis James Jackson III, Debtor | |

## MOTION TO WAIVE FILING FEE OF RELIEF TO STAY

I, Dee Denise Hallager movant, I as Prose' appearing myself to kindly waive file fee Relief of Stay $176.00

Respectfully Submit,

*[signature]* Movant