```
                         United States Bankruptcy Court
                              District of Connecticut
In re:                                                     Case No. 15-21233-amn
Curtis James Jackson, III                                  Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0205-2          User: anevins              Page 1 of 3              Date Rcvd: Feb 23, 2016
                              Form ID: pdfdoc2           Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2016.
db           +Curtis James Jackson, III,    50 Poplar Hill Drive,    Farmington, CT 06032-2419
sp           +Brett Kimmel, P.C.,    275 Madison Avenue - Suite 1711,    New York, NY 10016-1109
sp           +Brewer, Attorneys & Counselors,    c/o William A. Brewer, III,
               750 Lexington Avenue, 14th Floor,    New York, NY 10022-9803
cr           +Dee Denise Hallager,    P.O. Box 12236,    Philadelphia, PA 19144-0336
r             Douglas Elliman of Connecticut, LLC,    99 Field Point Road,    Greenwich, CT  06830
acc          +GSO Business Management, LLC,    c/o Michael Oppenheim,    15260 Ventura Blvd., Suite 2100,
               Sherman Oaks, CA 91403-5360
cr           +Gregroy Wysocki,    c/o Michael R. Enright,    Robinson & Cole LLP,    280 Trumbull Street,
               Hartford, CT 06103-3597
app          +Hamilton Group, LLC,    36 Killingworth Turnpike,    Clinton, CT 06413-1387
cr           +Jason Krywko,    c/o Michael R. Enright,    Robinson & Cole LLP,    280 Trumbull Street,
               Hartford, CT 06103-3597
sp            Lee & Thompson LLP,    Attn: Gordon Williams,    4 Gee's Court,    St. Christopher Place,
               London W1U 1JD,    UNITED KINGDOM
cr           +Mark Krywko,    c/o Robinson & Cole LLP,    280 Trumbull Street,    Hartford, CT 06103-3597
cr           +Michael Krywko,    c/o Michael R. Enright,    Robinson & Cole LLP,    280 Trumbull Street,
               Hartford, CT 06103-3597
dbaty        +Neligan Foley LLP,    325 N. St. Paul,    Suite 3600,    Dallas, TX 75201-3833
cr            Porsche Financial Services, Inc., Bentley Financia,    O'Sullivan McCormack Jensen & Bliss PC,
               Putnam Park, Suite 100,    100 Great Meadow Road,    Wethersfield, CT 06109-2371
sp           +Reid and Riege, P.C.,    755 Main Street,    21st Floor,    Hartford, CT 06103-2712
sp           +Robins Kaplan, LLP,    c/o Craig Weiner,    601 Lexington Avenue, Suite 3400,
               New York, NY 10022-4611
cr           +Sleek Audio, LLC,    c/o Michael R. Enright,    Robinson & Cole LLP,    280 Trumbull Street,
               Hartford, CT 06103-3597
cr           +SunTrust Bank,    P.O. Box 79079,    Baltimore, MD 21279-0079
cr           +SunTrust Mortgage,    P.O. Box 79041,    Baltimore, MD 21279-0041
dbaty        +Zeisler & Zeisler, P.C.,    10 Middle Street, 15th Floor,    Bridgeport, CT 06604-4299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Feb 23 2016 18:30:46       Holley L. Claiborn,
               Office of The United States Trustee,    The Giaimo Federal Building,
               150 Court Street, Room 302,    New Haven, CT 06510-2022
intp          +E-mail/Text: tross@trcmllc.com Feb 23 2016 18:31:00       TR Capital Management, LLC,
               PO BOX 633,    Woodmere, NY 11598-0633
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc           Boulevard Management,    c/o Todd C. Bozick, Vice President,    21731 Ventura Boulevard,
               Suite 300
cr            Candace Scott
cr            Dorothy DeJesus
cr            Garvey Schubert Barer
cr            Lastonia Leviston
cr            Reed Smith LLP
cr            Suntrust Mortgage, Inc.
                                                                                TOTALS: 7, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0205-2          User: anevins             Page 2 of 3            Date Rcvd: Feb 23, 2016
                              Form ID: pdfdoc2          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2016 at the address(es) listed below:

```
              Abigail  Hausberg    on behalf of U.S. Trustee    U. S. Trustee USTPREGION02.NH.ECF@USDOJ.GOV
              Andrew S. Cannella    on behalf of Creditor    Suntrust Mortgage, Inc. bkecf@bmpc-law.com
              Angeline N. Ioannou    on behalf of Defendant Andrew W Jameson aioannou@goldbergsegalla.com
              Benjamin H. NIssim    on behalf of Defendant Hillary H Hughes bnissim@daypitney.com,
               kboardway@daypitney.com
              Benjamin H. NIssim    on behalf of Defendant Je Jun  Moon bnissim@daypitney.com,
               kboardway@daypitney.com
              Benjamin H. NIssim    on behalf of Defendant R. Bruce  Beckner bnissim@daypitney.com,
               kboardway@daypitney.com
              Benjamin H. NIssim    on behalf of Defendant    Garvey Schubert Barer bnissim@daypitney.com,
               kboardway@daypitney.com
              Benjamin H. NIssim    on behalf of Defendant Paul H Trinchero bnissim@daypitney.com,
               kboardway@daypitney.com
              Brian P. Guiney    on behalf of Defendant R. Bruce  Beckner bguiney@pbwt.com
              Brian P. Guiney    on behalf of Defendant Je Jun  Moon bguiney@pbwt.com
              Brian P. Guiney    on behalf of Defendant Paul H Trinchero bguiney@pbwt.com
              Brian P. Guiney    on behalf of Defendant    Garvey Schubert Barer bguiney@pbwt.com
              Brian P. Guiney    on behalf of Defendant Hillary H Hughes bguiney@pbwt.com
              Christopher A. Lynch    on behalf of Creditor    Reed Smith LLP clynch@reedsmith.com
              Craig  Weiner    on behalf of Spec. Counsel    Robins Kaplan, LLP cweiner@robinskaplan.com
              Craig  Weiner    on behalf of Debtor Curtis James Jackson, III cweiner@robinskaplan.com
              Daniel F. Gosch    on behalf of Creditor Mark  Krywko dgosch@dickinson-wright.com
              Daniel F. Gosch    on behalf of Creditor Jason  Krywko dgosch@dickinson-wright.com
              Daniel F. Gosch    on behalf of Creditor Gregroy  Wysocki dgosch@dickinson-wright.com
              Daniel F. Gosch    on behalf of Creditor Michael  Krywko dgosch@dickinson-wright.com
              Daniel F. Gosch    on behalf of Creditor    Sleek Audio, LLC dgosch@dickinson-wright.com
              David B. Shemano    on behalf of Debtor Curtis James Jackson, III dshemano@robinskaplan.com,
               jleland@robinskaplan.com
              David B. Shemano    on behalf of Spec. Counsel Curtis James Jackson dshemano@robinskaplan.com,
               jleland@robinskaplan.com
              David W. Case    on behalf of Creditor    SunTrust Bank dcase@mdmc-law.com
              David W. Case    on behalf of Creditor    SunTrust Mortgage dcase@mdmc-law.com
              Elizabeth J. Austin    on behalf of Creditor Lastonia  Leviston eaustin@pullcom.com,
               rmccoy@pullcom.com
              Frederick B. Warder, III    on behalf of Defendant    Garvey Schubert Barer fbwarder@pbwt.com
              Frederick B. Warder, III    on behalf of Defendant R. Bruce  Beckner fbwarder@pbwt.com
              Frederick B. Warder, III    on behalf of Defendant Je Jun  Moon fbwarder@pbwt.com
              Frederick B. Warder, III    on behalf of Defendant Paul H Trinchero fbwarder@pbwt.com
              Frederick B. Warder, III    on behalf of Defendant Hillary H Hughes fbwarder@pbwt.com
              Geoffrey A. Fields    on behalf of Creditor Gregroy  Wysocki gfields@dickinsonwright.com,
               WTaylor@dickinsonwright.com
              Geoffrey A. Fields    on behalf of Creditor Michael  Krywko gfields@dickinsonwright.com,
               WTaylor@dickinsonwright.com
              Geoffrey A. Fields    on behalf of Creditor Mark  Krywko gfields@dickinsonwright.com,
               WTaylor@dickinsonwright.com
              Geoffrey A. Fields    on behalf of Creditor    Sleek Audio, LLC gfields@dickinsonwright.com,
               WTaylor@dickinsonwright.com
              Geoffrey A. Fields    on behalf of Creditor Jason  Krywko gfields@dickinsonwright.com,
               WTaylor@dickinsonwright.com
              Gregory J. Guest    on behalf of Creditor Jason  Krywko gguest@dickinson-wright.com
              Gregory J. Guest    on behalf of Creditor Mark  Krywko gguest@dickinson-wright.com
              Gregory J. Guest    on behalf of Creditor Michael  Krywko gguest@dickinson-wright.com
              Gregory J. Guest    on behalf of Creditor Gregroy  Wysocki gguest@dickinson-wright.com
              Gregory J. Guest    on behalf of Creditor    Sleek Audio, LLC gguest@dickinson-wright.com
              James  Berman    on behalf of Plaintiff Curtis James Jackson, III jberman@zeislaw.com,
               ct21@ecfcbis.com
              James  Berman    on behalf of Plaintiff    G-Unit Film & Television, Inc. jberman@zeislaw.com,
               ct21@ecfcbis.com
              James  Berman    on behalf of Debtor Curtis James Jackson, III jberman@zeislaw.com,
               ct21@ecfcbis.com
              James  Berman    on behalf of Debtor's Attorney    Zeisler & Zeisler, P.C. jberman@zeislaw.com,
               ct21@ecfcbis.com
              James  Berman    jberman@zeislaw.com, ct21@ecfcbis.com
              James J. Tancredi    on behalf of Defendant R. Bruce  Beckner jjtancredi@daypitney.com
              James J. Tancredi    on behalf of Defendant Je Jun  Moon jjtancredi@daypitney.com
              James J. Tancredi    on behalf of Defendant Hillary H Hughes jjtancredi@daypitney.com
              James J. Tancredi    on behalf of Defendant Paul H Trinchero jjtancredi@daypitney.com
              James J. Tancredi    on behalf of Defendant    Garvey Schubert Barer jjtancredi@daypitney.com
              James P. Muenker    on behalf of Debtor Curtis James Jackson, III jmuenker@neliganlaw.com
              Jessica  Grossarth    on behalf of Creditor Lastonia  Leviston jgrossarth@pullcom.com,
               rmccoy@pullcom.com
              John D. Gaither    on behalf of Debtor Curtis James Jackson, III jgaither@neliganlaw.com
              John J. Monaghan    on behalf of Creditor    SunTrust Bank john.monaghan@hklaw.com
              John J. Monaghan    on behalf of Creditor    SunTrust Mortgage john.monaghan@hklaw.com
              John L. Cesaroni    on behalf of Debtor Curtis James Jackson, III jcesaroni@zeislaw.com,
               swenthen@zeislaw.com
              John L. Cesaroni    on behalf of Plaintiff Curtis James Jackson, III jcesaroni@zeislaw.com,
               swenthen@zeislaw.com
```

```
District/off: 0205-2          User: anevins              Page 3 of 3              Date Rcvd: Feb 23, 2016
                              Form ID: pdfdoc2           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John L. Cesaroni    on behalf of Defendant Curtis James Jackson, III jcesaroni@zeislaw.com,
               swenthen@zeislaw.com
              Jonathan H. Hatch    on behalf of Defendant Hillary H Hughes jhatch@pbwt.com
              Jonathan H. Hatch    on behalf of Defendant Paul H Trinchero jhatch@pbwt.com
              Jonathan H. Hatch    on behalf of Defendant R. Bruce  Beckner jhatch@pbwt.com
              Jonathan H. Hatch    on behalf of Defendant   Garvey Schubert Barer jhatch@pbwt.com
              Jonathan H. Hatch    on behalf of Defendant Je Jun  Moon jhatch@pbwt.com
              Joshua W. Cohen    on behalf of Defendant    Garvey Schubert Barer jwcohen@daypitney.com,
               arametta@daypitney.com
              Joshua W. Cohen    on behalf of Defendant Paul H Trinchero jwcohen@daypitney.com,
               arametta@daypitney.com
              Joshua W. Cohen    on behalf of Defendant Hillary H Hughes jwcohen@daypitney.com,
               arametta@daypitney.com
              Joshua W. Cohen    on behalf of Defendant R. Bruce  Beckner jwcohen@daypitney.com,
               arametta@daypitney.com
              Joshua W. Cohen    on behalf of Defendant Je Jun  Moon jwcohen@daypitney.com,
               arametta@daypitney.com
              Kathleen M. St. John    on behalf of Creditor    SunTrust Mortgage kathleen.stjohn@hklaw.com
              Kathleen M. St. John    on behalf of Creditor    SunTrust Bank kathleen.stjohn@hklaw.com
              Kim L. McCabe    on behalf of U.S. Trustee   U. S. Trustee kim.mccabe@usdoj.gov
              Kristin B. Mayhew    on behalf of Creditor    SunTrust Bank kmayhew@mdmc-law.com,
               kwarshauer@mdmc-law.com
              Kristin B. Mayhew    on behalf of Creditor    SunTrust Mortgage kmayhew@mdmc-law.com,
               kwarshauer@mdmc-law.com
              Lynne B. Xerras    on behalf of Creditor    SunTrust Bank lynne.xerras@hklaw.com
              Lynne B. Xerras    on behalf of Creditor    SunTrust Mortgage lynne.xerras@hklaw.com
              Michael  Malkovich    on behalf of Plaintiff Dorothy  DeJesus michael@xanthakos-malkovich.net
              Michael  Malkovich    on behalf of Plaintiff Candace  Scott michael@xanthakos-malkovich.net
              Michael  Malkovich    on behalf of Creditor Dorothy  DeJesus michael@xanthakos-malkovich.net
              Michael  Malkovich    on behalf of Creditor Candace  Scott michael@xanthakos-malkovich.net
              Michael R. Enright    on behalf of Creditor Jason  Krywko menright@rc.com
              Michael R. Enright    on behalf of Creditor Michael  Krywko menright@rc.com
              Michael R. Enright    on behalf of Creditor Mark  Krywko menright@rc.com
              Michael R. Enright    on behalf of Creditor Gregroy  Wysocki menright@rc.com
              Michael R. Enright    on behalf of Creditor    Sleek Audio, LLC menright@rc.com
              Myles H. Alderman, Jr.    on behalf of Defendant William Leonard Roberts, II
               myles.alderman@alderman.com,  courts@alderman.com
              Ofer  Reger    on behalf of Debtor Curtis James Jackson, III oreger@robinskaplan.com
              Patrick J Neligan    on behalf of Debtor Curtis James Jackson, III pneligan@neliganlaw.com,
               rclark@neliganlaw.com;sroberts@neliganlaw.com
              Patrick M. Birney    on behalf of Creditor    Sleek Audio, LLC pbirney@rc.com,  darnold@rc.com
              Patrick M. Birney    on behalf of Creditor Gregroy  Wysocki pbirney@rc.com,  darnold@rc.com
              Patrick M. Birney    on behalf of Creditor Mark  Krywko pbirney@rc.com,  darnold@rc.com
              Patrick M. Birney    on behalf of Creditor Jason  Krywko pbirney@rc.com,  darnold@rc.com
              Patrick M. Birney    on behalf of Creditor Michael  Krywko pbirney@rc.com,  darnold@rc.com
              Paul  LiCalsi    on behalf of Debtor Curtis James Jackson, III PLiCalsi@RobinsKaplan.com,
               rduffey@robinskaplan.com
              Philip  Freidin    on behalf of Creditor Lastonia  Leviston pfreidin@fdlaw.net
              Raymond C. Bliss    on behalf of Creditor    Porsche Financial Services, Inc., Bentley Financial
               Services rbliss@omjblaw.com
              Scott S. Orenstein    on behalf of Defendant Andrew W Jameson sorenstein@goldbergsegalla.com,
               scott.orenstein@snet.net,kweiland@goldbergsegalla.com,jalbert@goldbergsegalla.com
              Sherli M. Furst    on behalf of Debtor Curtis James Jackson, III SFurst@RobinsKaplan.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 99
```

# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
February 22, 2016

In re:
    Curtis James Jackson III
                              Debtor*

Case Number: 15−21233 amn
Chapter: 11

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

the United States Trustee (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion to Expedite Hearing"), (ECF No. 353), in connection with a Motion For An Order Directing The Appointment Of An Examiner, (the "Motion For An Order Directing The Appointment Of An Examiner"), (ECF No. 352), it appearing that the relief in the Motion to Expedite Hearing should be granted, it is hereby

ORDERED, that a hearing to consider the Motion For An Order Directing The Appointment Of An Examiner will be held on **March 9, 2016 at 02:00 PM at 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103**; and it is further

ORDERED, that service of the Order Granting the Motion for Expedited Hearing and the Motion For An Order Directing The Appointment Of An Examiner must be made on all parties entitled to notice under applicable statutes and/or rules **on or before February 23, 2016 at 5:00 P.M.** and it is further

ORDERED, that a certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before on February 25, 2016**.

Dated: February 22, 2016

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 150 − amn

*For the purposes of this order, "Debtor" means "Debtors" where applicable.