# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

In re:                                                               Chapter 11
                                                                     Case No. 15-21233 (AMN)
**CURTIS JAMES JACKSON, III,**
    Debtor.                                       Re: ECF No. 349
_____

## ORDER EXTENDING DEADLINE FOR SLEEK TO FILE A COMPLAINT
## TO DETERMINE THE DISCHARGEABILITY OF DEBT

The Court, having considered the Stipulated Motion of Sleek Audio LLC, Mark Krywko, Michael Krywko, Jason Krywko and Gregory Wysocki (collectively, "Sleek") to extend the deadline to file a complaint to determine the dischargeability of debt under 11 U.S.C. § 523(c), and the Court having found that such Motion is timely filed in accordance with Rule 4007(c), that it is represented that the debtor consents to the relief sought and that appropriate notice was given to all parties entitled to receive the same, it is hereby

**ORDERED** that the deadline for Sleek to file a complaint to determine the dischargeability of debt under 11 U.S.C. § 523(c) is extended from March 4, 2016 to May 1, 2016 by 5:00 p.m. Eastern Time.

Dated at Hartford, Connecticut on February 26, 2016.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

1