UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CURTIS JAMES JACKSON, III, | ) | CASE NO. 15-21233 (AMN) |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING STIPULATED MOTION TO ADJOURN HEARING ON DEBTOR'S OBJECTION TO CLAIM FILED BY REED SMITH LLP (CLAIM NO. 18-1)**

Pursuant to the Stipulated Motion to Adjourn Hearing on Debtor's Objection to Claim Filed by Reed Smith LLP (Claim No. 18-1) (the "Motion")[1], filed by Debtor and Reed Smith,

IT IS HEREBY ORDERED that:

1. The hearing on the Claim Objection is adjourned to the date and time, as yet determined, for the initial conference in the Adversary Proceeding Case No. 17-02005.

---

[1] Capitalized terms not defined herein shall have the meaning given such terms in the Motion.