**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In Re:<br><br>CURTIS JAMES JACKSON, III,<br><br>     Debtor. | CHAPTER 11<br><br>CASE NO. 15-21233 (AMN)<br><br><br>JUNE 19, 2017 |

## CERTIFICATE OF SERVICE

I, Thomas G. Rohback, an attorney, hereby certify that on June 19, 2017, I filed the foregoing Response to Debtor's Amended Objection to Claim No. 18-1 of Reed Smith LLP ("Response") with the United States Bankruptcy Court for the District of Connecticut via the Court's CM/ECF System. All parties in interest received notice by operation of the CM/ECF system and can access a copy of the Response through the Court's CM/ECF system. Further, a copy of the Response has been served upon the parties listed below via first class mail.

Joseph P. Baratta
Imran H. Ansari
Baratta, Baratta & Aidala LLP
546 Fifth Avenue
New York, NY 10036

James Berman
John Cesaroni
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

/s/ Thomas G. Rohback

2