<u>**EXHIBIT C**</u>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

```
-----------------------------------------------X
In re:                                          :
                                                :
CURTIS JAMES JACKSON, III,                      :   CHAPTER 11
                                                :
              Debtor                            :   CASE NO. 15-21233
-----------------------------------------------X
```

## **DECLARATION ON BITCOINS**

I, Curtis James Jackson, make this declaration under penalty of perjury and everything stated is based on his personal knowledge unless otherwise stated:

1. I submit this confidential declaration in response to recent inquiries by the U.S. Trustee and certain creditors concerning recent media reports that suggest that I personally, or through one of my related business entities, accepted cryptocurrency known as "bitcoin" as payment for online record sales and related goods which may now be worth millions of dollars.

2. As discussed in more detail below, (a) any media report of my owning or finding an account holding bitcoins or other unreported cryptocurrency is not accurate; (b) neither I, nor to the best of my actual knowledge after due inquiry, any of my companies, had a bitcoin account or held bitcoin between 2014 and present; (c) to the best of my actual knowledge after due inquiry, all online transactions involving my brand were handled by an independently owned and operated third party, Central Nervous LLC ("<u>Central Nervous</u>"); (d) to the best of my actual knowledge after due inquiry, the limited bitcoin transactions that occurred online were processed and converted to U.S. Dollars contemporaneously, based upon the then-existing exchange rate for bitcoin; and (e) to the best of my actual knowledge after due inquiry, all payments received relating to online sales of merchandise and albums are reflected in the bi-annual reports and records relating to my business entities that were filed with the Bankruptcy Court.

3. I do not personally own, and have not owned, either a bitcoin account or any bitcoins.

4. Following recent press reports regarding my acceptance of bitcoin as a method of payment for my fifth studio album "Animal Ambition", which appear to have originated on the gossip website TMZ, speculation in those same articles regarding the current value of those bitcoins given the recent escalation in bitcoin prices, and questions from the U.S. Trustee and certain of my creditors related thereto, I instructed my advisors to investigate the manner in which any of my albums and other goods are or were sold for bitcoins.

5. My recordings and music sales are owned and handled through a wholly owned entity, G-Unit Records, Inc. ("<u>G-Unit Records</u>"). Based on the investigation undertaken by my advisors, I am informed and believe to the best of my knowledge as follows:

  a. During all periods relevant to this declaration, G-Unit Records, Inc. contracted with Central Nervous to manage, maintain and run an online store for my studio albums and related merchandise. In exchange, G-Unit Records received a percentage of the net profits of completed transactions, which was paid by Central Nervous to G-Unit Records in U.S. Dollars, regardless of the currency used by the customer that purchased the merchandise.

  b. The merchant accounts tied to the online sale of my related goods were all owned, managed and operated by Central Nervous. The online store primarily sold merchandise such as t-shirts, hats, headphones, CDs and limited quantities of other merchandise.

  c. The online store maintained by Central Nervous accepted orders internationally, and received payments in foreign currency through Paypal, which automatically handled currency conversion and converted the income to US Dollars.

  d. In mid-2014, a separate account was created with an independent, third-party company, BitPay, to process payments for any purchases made through the website in bitcoin. *See*, https://bitpay.com/. Like Paypal, BitPay processed payments made in bitcoin and converted the income to US Dollars.

  e. Upon information and belief, I was one of the first major music artists to accept cryptocurrency for online sales, a fact which was widely reported in or around June 2014. *See e.g.*, https://www.coindesk.com/50-cent-bitcoin-payments-new-album-animal-ambition/

  f. To the best of my knowledge, at no time were any foreign or domestic accounts maintained by me or my business entities to keep either foreign currency or bitcoin. I further have no reason to believe any such accounts were established outside my knowledge because all sales were recorded and an accounting was regularly provided by Central Nervous to G-Unit Records and my accounting/finance professionals.

6. Attached herewith as **Exhibit A** is a true and correct copy of the BitPay account information provided to me by Central Nervous, detailing all bitcoin transactions between January 2014 and present.

7. All revenues generated by G-Unit Records, including those from Central Nervous for online sales (whether originating with payments by U.S. Dollars, bitcoin or any foreign currencies), were reflected in the bi-annual reports of my wholly owned business entities that were filed with the Bankruptcy Court.

8. As a general matter, so long as a press story is not irreparably damaging to my image or brand, I usually do not feel the need to publicly deny the reporting. This is particularly true when I feel the press report in question is favorable to my image or brand, even if the report is based on a misunderstanding of the facts or contains outright falsehoods.

9. When I first became aware of the press reports on this matter, I made social media posts stating that "I forgot I did that" because I had in fact forgotten that I was one of the first recording artists to accept bitcoin for online transactions. I did not publicly deny the reports that I held bitcoins because the press coverage was favorable and suggested that I had made millions of dollars as a result of my good business decision to accept bitcoin payments.

*Curtis Jackson*
Curtis James Jackson

# EXHIBIT A

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### HARTFORD DIVISION

---------------------------------------X
In re:                                  :
                                        :
CURTIS JAMES JACKSON, III,              :    CHAPTER 11
                                        :
          Debtor                        :    CASE NO. 15-21233
---------------------------------------X

### DECLARATION OF CHARLES EDWARD NORTON, III

Pursuant to 28 U.S.C. § 1746, I, Charles Edward Norton, III, hereby declare under penalty of perjury, that I have personal knowledge of the matters set forth in this Declaration, and they are true and correct:

1. I am over 21 years of age, and am competent to and capable of making this Declaration. I am making this Declaration in order to authenticate the records attached hereto as **Exhibit A** as records of the regularly conducted business activity of Central Nervous LLC d/b/a CNI Merchandising (the "Company").

2. I am the single member and manager of the Company. In that position, I am the custodian of certain records of the Company.

3. In the regular course of the Company's business activity, it is the regular practice of the Company to keep records relating to the Company's customers, including records of financial transactions relating to the Company's customers.

4. In May 2014, G-Unit Records, Inc. ("G-Unit Records") engaged the Company to manage, maintain and run an online store for Curtis James Jackson, III's (a/k/a 50 Cent) studio albums and related merchandise.

5. Attached hereto as **Exhibit A** is a true and correct copy of records detailing all bitcoin transactions between January 2014 and present for G-Unit Records.

6. The records attached hereto as **Exhibit A:**

   a. were made at or near the time of the occurrence of the matters by, or from information transmitted by, a person with knowledge of those matters; and

   b. are kept in the course of the regularly conducted business activity of the Company.

7. Furthermore, making the records that are attached hereto as **Exhibit A** is a regular practice of the Company's business activity.

Dated: February 22, 2018.

_____
Charles Edward Norton, III

| All | Paid | Unresolved |
|---|---|---|

From: 1/1/2014
To: 1/30/2018
Custom Date Range

166707547161 $8.90 USD Sep 16, 3:38pm ⊛ COMPLETE
8222594694 $20.43 USD Jun 17 2016, 10:23pm ⊛ COMPLETE
5403328198 $8.25 USD Dec 9 2015, 2:45pm ⊛ COMPLETE
1139664707 $8.90 USD Jun 7 2015, 1:56pm ⊛ COMPLETE
516899263 $8.90 USD Apr 1 2015, 3:40pm ⊛ COMPLETE
510035875 $71.03 USD Mar 18 2015, 5:27pm ⊛ COMPLETE
509974751 $8.90 USD Mar 18 2015, 3:08pm
507827963 $8.90 USD Mar 13 2015, 9:34pm ⊛ COMPLETE
366064447 $8.90 USD Dec 23 2014, 2:40pm ⊛ COMPLETE
364928323 $8.90 USD Dec 20 2014, 2:15am ⊛ COMPLETE
333639223 $5.50 USD Sep 21 2014, 7:16am ⊛ COMPLETE
331240707 $199.38 USD Sep 4 2014, 2:24pm ⊛ COMPLETE
245435211 $5.50 USD Jul 25 2014, 9:57am ⊛ COMPLETE
245165963 $5.50 USD Jul 23 2014, 2:00pm ⊛ COMPLETE
244245207 $5.50 USD Jul 18 2014, 2:42am ⊛ COMPLETE
241761459 $8.90 USD Jun 17 2014, 3:46am ⊛ COMPLETE
241751251 $5.50 USD Jun 16 2014, 4:22am ⊛ COMPLETE
241717255 $5.50 USD Jun 15 2014, 7:38pm ⊛ COMPLETE
241716759 $92.82 USD Jun 15 2014, 7:23pm ⊛ COMPLETE
241672451 $8.90 USD Jun 14 2014, 2:13pm ⊛ COMPLETE
241594131 $5.50 USD Jun 13 2014, 12:34am ⊛ COMPLETE
241466523 $8.90 USD Jun 11 2014, 6:28pm ⊛ COMPLETE
241453947 $5.50 USD Jun 11 2014, 2:43pm ⊛ COMPLETE
241441787 $5.50 USD Jun 11 2014, 11:97am ⊛ COMPLETE
241429939 $8.90 USD Jun 11 2014, 8:58am ⊛ COMPLETE
241417891 $48.27 USD Jun 11 2014, 12:01am ⊛ COMPLETE
241414063 $5.50 USD Jun 10 2014, 10:35pm ⊛ COMPLETE
241338703 $8.90 USD Jun 10 2014, 8:11am ⊛ COMPLETE
241333011 $5.50 USD Jun 10 2014, 4:21am ⊛ COMPLETE
241270271 $5.50 USD Jun 9 2014, 3:55am ⊛ COMPLETE
241267299 $5.50 USD Jun 9 2014, 12:28am ⊛ COMPLETE
241262459 $5.50 USD Jun 8 2014, 8:30pm ⊛ COMPLETE
241251495 $5.50 USD Jun 8 2014, 12:45pm ⊛ COMPLETE
241231827 $5.50 USD Jun 7 2014, 4:12pm ⊛ COMPLETE
241218435 $8.90 USD Jun 7 2014, 5:11am ⊛ COMPLETE

241216831 $8.90 USD Jun 7 2014, 3:03am ⊛ COMPLETE
241200919 $8.90 USD Jun 6 2014, 4:54pm ⊛ COMPLETE
241200599 $8.90 USD Jun 6 2014, 4:44pm ⊛ COMPLETE
241190899 $52.94 USD Jun 6 2014, 12:16pm ⊛ COMPLETE
241190207 $8.90 USD Jun 6 2014, 11:56am ⊛ COMPLETE
241168327 $5.50 USD Jun 5 2014, 8:37pm ⊛ COMPLETE
241167559 $5.50 USD Jun 5 2014, 8:15pm ⊛ COMPLETE
241164271 $8.90 USD Jun 5 2014, 6:37pm ⊛ COMPLETE
241142851 $8.90 USD Jun 5 2014, 12:13pm ⊛ COMPLETE
241136663 $8.90 USD Jun 5 2014, 7:55am ⊛ COMPLETE
241133395 $8.90 USD Jun 5 2014, 5:35am ⊛ COMPLETE
241133271 $8.90 USD Jun 5 2014, 5:25am ⊛ COMPLETE
241133175 $8.90 USD Jun 5 2014, 5:20am ⊛ COMPLETE
241131187 $8.90 USD Jun 5 2014, 2:06am ⊛ COMPLETE
241129211 $8.90 USD Jun 5 2014, 1:01am ⊛ COMPLETE
241129203 $8.90 USD Jun 5 2014, 1:00am ⊛ COMPLETE
241089635 $5.50 USD Jun 4 2014, 11:19pm ⊛ COMPLETE
241126951 $5.50 USD Jun 4 2014, 11:07pm ⊛ COMPLETE
241126631 $5.50 USD Jun 4 2014, 10:52pm ⊛ COMPLETE
241123023 $8.90 USD Jun 4 2014, 8:25pm ⊛ COMPLETE
241121219 $5.50 USD Jun 4 2014, 7:18pm ⊛ COMPLETE
241119215 $8.90 USD Jun 4 2014, 6:02pm ⊛ COMPLETE
241117639 $5.50 USD Jun 4 2014, 5:18pm ⊛ COMPLETE
241117443 $5.50 USD Jun 4 2014, 5:06pm ⊛ COMPLETE
241113287 $5.50 USD Jun 4 2014, 3:13pm ⊛ COMPLETE
241109979 $5.50 USD Jun 4 2014, 1:48pm ⊛ COMPLETE
241109755 $5.50 USD Jun 4 2014, 1:43pm ⊛ COMPLETE
241108675 $5.50 USD Jun 4 2014, 1:20pm ⊛ COMPLETE
241108391 $8.90 USD Jun 4 2014, 1:06pm ⊛ COMPLETE
241106527 $5.50 USD Jun 4 2014, 12:18pm ⊛ COMPLETE
241105159 $5.50 USD Jun 4 2014, 11:46am ⊛ COMPLETE
241093879 $5.50 USD Jun 4 2014, 11:28am ⊛ COMPLETE
241103963 $5.50 USD Jun 4 2014, 11:21am ⊛ COMPLETE
241090983 $5.50 USD Jun 4 2014, 10:35am ⊛ COMPLETE
241099951 $5.50 USD Jun 4 2014, 10:19am
241100611 $5.50 USD Jun 4 2014, 10:09am ⊛ COMPLETE
241098787 $5.50 USD Jun 4 2014, 9:07am ⊛ COMPLETE
241098747 $5.50 USD Jun 4 2014, 9:05am ⊛ COMPLETE

| ID | Amount | Date/Time | Status |
|---|---|---|---|
| 241098523 | $5.50 USD | Jun 4 2014, 8:54am | COMPLETE |
| 241098083 | $5.50 USD | Jun 4 2014, 8:34am | COMPLETE |
| 241097459 | $8.90 USD | Jun 4 2014, 8:05am | COMPLETE |
| 241097243 | $5.50 USD | Jun 4 2014, 7:57am | COMPLETE |
| 241097143 | $5.50 USD | Jun 4 2014, 7:51am | COMPLETE |
| 241095895 | $5.50 USD | Jun 4 2014, 6:57am | COMPLETE |
| 241093995 | $5.50 USD | Jun 4 2014, 5:15am | COMPLETE |
| 241093595 | $5.50 USD | Jun 4 2014, 4:51am | COMPLETE |
| 241093215 | $5.50 USD | Jun 4 2014, 4:27am | COMPLETE |
| 241093003 | $5.50 USD | Jun 4 2014, 4:13am | COMPLETE |
| 241092783 | $5.50 USD | Jun 4 2014, 3:55am | COMPLETE |
| 241092175 | $5.50 USD | Jun 4 2014, 3:15am | COMPLETE |
| 241092011 | $8.90 USD | Jun 4 2014, 3:05am | COMPLETE |
| 241091755 | $5.50 USD | Jun 4 2014, 2:44am | COMPLETE |
| 241091519 | $5.50 USD | Jun 4 2014, 2:37am | COMPLETE |
| 241091347 | $5.50 USD | Jun 4 2014, 2:20am | COMPLETE |
| 241090719 | $5.50 USD | Jun 4 2014, 1:37am | COMPLETE |
| 241089719 | $5.50 USD | Jun 4 2014, 12:41am | COMPLETE |
| 241088267 | $5.50 USD | Jun 3 2014, 11:54pm | COMPLETE |
| 241088647 | $5.50 USD | Jun 3 2014, 11:51pm | COMPLETE |
| 241088139 | $5.50 USD | Jun 3 2014, 11:34pm | COMPLETE |
| 241087811 | $5.50 USD | Jun 3 2014, 11:23pm | COMPLETE |
| 241087599 | $8.90 USD | Jun 3 2014, 11:14pm | COMPLETE |
| 241087339 | $5.50 USD | Jun 3 2014, 11:04pm | COMPLETE |
| 241086727 | $5.50 USD | Jun 3 2014, 10:49pm | COMPLETE |
| 241086015 | $5.50 USD | Jun 3 2014, 10:22pm | COMPLETE |
| 241085919 | $5.50 USD | Jun 3 2014, 10:18pm | COMPLETE |
| 241085743 | $5.50 USD | Jun 3 2014, 10:13pm | COMPLETE |
| 241085595 | $5.50 USD | Jun 3 2014, 10:05pm | COMPLETE |
| 241085275 | $5.50 USD | Jun 3 2014, 9:57pm | COMPLETE |
| 241085259 | $5.50 USD | Jun 3 2014, 9:56pm | COMPLETE |
| 241085159 | $5.50 USD | Jun 3 2014, 9:53pm | COMPLETE |
| 241085055 | $5.50 USD | Jun 3 2014, 9:49pm | COMPLETE |
| 241084967 | $5.50 USD | Jun 3 2014, 9:45pm | COMPLETE |
| 241084775 | $5.50 USD | Jun 3 2014, 9:38pm | COMPLETE |
| 241084659 | $5.50 USD | Jun 3 2014, 9:35pm | COMPLETE |
| 241084583 | $5.50 USD | Jun 3 2014, 9:34pm | COMPLETE |
| 241068427 | $5.50 USD | Jun 3 2014, 9:18pm | COMPLETE |
| 241084059 | $5.50 USD | Jun 3 2014, 9:14pm | COMPLETE |
| 241083751 | $5.50 USD | Jun 3 2014, 9:05pm | COMPLETE |
| 241083731 | $5.50 USD | Jun 3 2014, 9:04pm | COMPLETE |
| 241083211 | $5.50 USD | Jun 3 2014, 8:47pm | COMPLETE |
| 241083183 | $5.50 USD | Jun 3 2014, 8:46pm | COMPLETE |
| 241082943 | $5.50 USD | Jun 3 2014, 8:38pm | COMPLETE |
| 241082599 | $5.50 USD | Jun 3 2014, 8:26pm | COMPLETE |
| 241082211 | $5.50 USD | Jun 3 2014, 8:15pm | COMPLETE |
| 241081023 | $5.50 USD | Jun 3 2014, 7:34pm | COMPLETE |
| 241080747 | $8.90 USD | Jun 3 2014, 7:20pm | COMPLETE |
| 241080439 | $5.50 USD | Jun 3 2014, 7:19pm | COMPLETE |
| 241080399 | $8.90 USD | Jun 3 2014, 7:17pm | COMPLETE |
| 241080111 | $5.50 USD | Jun 3 2014, 7:08pm | COMPLETE |
| 241080031 | $51.95 USD | Jun 3 2014, 7:05pm | COMPLETE |
| 241079979 | $5.50 USD | Jun 3 2014, 7:04pm | COMPLETE |
| 241079779 | $5.50 USD | Jun 3 2014, 6:58pm | COMPLETE |
| 241079479 | $5.50 USD | Jun 3 2014, 6:46pm | COMPLETE |
| 241079331 | $5.50 USD | Jun 3 2014, 6:42pm | COMPLETE |
| 241079103 | $5.50 USD | Jun 3 2014, 6:35pm | COMPLETE |
| 241079043 | $5.50 USD | Jun 3 2014, 6:34pm | COMPLETE |
| 241078819 | $5.50 USD | Jun 3 2014, 6:26pm | COMPLETE |
| 241078435 | $5.50 USD | Jun 3 2014, 6:17pm | COMPLETE |
| 241078039 | $5.50 USD | Jun 3 2014, 6:06pm | COMPLETE |
| 241077907 | $5.50 USD | Jun 3 2014, 6:02pm | COMPLETE |
| 241077393 | $5.50 USD | Jun 3 2014, 5:45pm | COMPLETE |
| 241077283 | $5.50 USD | Jun 3 2014, 5:45pm | COMPLETE |
| 241077287 | $5.50 USD | Jun 3 2014, 5:45pm | COMPLETE |
| 241076419 | $5.50 USD | Jun 3 2014, 5:33pm | COMPLETE |
| 241076155 | $5.50 USD | Jun 3 2014, 5:30pm | COMPLETE |
| 241076099 | $5.50 USD | Jun 3 2014, 5:30pm | COMPLETE |
| 241075987 | $5.50 USD | Jun 3 2014, 5:29pm | COMPLETE |
| 241075683 | $5.50 USD | Jun 3 2014, 5:27pm | COMPLETE |
| 241074051 | $5.50 USD | Jun 3 2014, 5:00pm | COMPLETE |
| 241073887 | $5.50 USD | Jun 3 2014, 4:57pm | COMPLETE |
| 241073703 | $5.50 USD | Jun 3 2014, 4:52pm | COMPLETE |
| 241073231 | $5.50 USD | Jun 3 2014, 4:50pm | COMPLETE |
| 241073567 | $5.50 USD | Jun 3 2014, 4:50pm | COMPLETE |
| 241073035 | $8.90 USD | Jun 3 2014, 4:39pm | COMPLETE |

| ID | Amount | Date/Time | Status | | ID | Amount | Date/Time | Status |
|---|---|---|---|---|---|---|---|---|
| 241073023 | $8.90 USD | Jun 3 2014, 4:38pm | COMPLETE | | 241067487 | $5.50 USD | Jun 3 2014, 2:32pm | COMPLETE |
| 241072867 | $5.50 USD | Jun 3 2014, 4:35pm | COMPLETE | | 241067031 | $5.50 USD | Jun 3 2014, 2:30pm | COMPLETE |
| 241072707 | $5.50 USD | Jun 3 2014, 4:32pm | COMPLETE | | 241067051 | $5.50 USD | Jun 3 2014, 2:26pm | COMPLETE |
| 241072615 | $8.90 USD | Jun 3 2014, 4:29pm | COMPLETE | | 241066975 | $8.90 USD | Jun 3 2014, 2:24pm | COMPLETE |
| 241072379 | $5.50 USD | Jun 3 2014, 4:24pm | COMPLETE | | 241066947 | $5.50 USD | Jun 3 2014, 2:23pm | COMPLETE |
| 241072183 | $5.50 USD | Jun 3 2014, 4:19pm | COMPLETE | | 241066827 | $5.50 USD | Jun 3 2014, 2:22pm | COMPLETE |
| 241072139 | $8.90 USD | Jun 3 2014, 4:17pm | COMPLETE | | 241066167 | $8.90 USD | Jun 3 2014, 2:06pm | COMPLETE |
| 241072051 | $5.50 USD | Jun 3 2014, 4:15pm | COMPLETE | | 241066103 | $8.90 USD | Jun 3 2014, 2:04pm | COMPLETE |
| 241071983 | $5.50 USD | Jun 3 2014, 4:14pm | COMPLETE | | 241065827 | $5.50 USD | Jun 3 2014, 2:00pm | COMPLETE |
| 241071947 | $5.50 USD | Jun 3 2014, 4:13pm | COMPLETE | | 241065879 | $47.88 USD | Jun 3 2014, 1:59pm | COMPLETE |
| 241071951 | $5.50 USD | Jun 3 2014, 4:12pm | COMPLETE | | 241065607 | $5.50 USD | Jun 3 2014, 1:53pm | COMPLETE |
| 241071463 | $5.50 USD | Jun 3 2014, 4:00pm | COMPLETE | | 241065407 | $5.50 USD | Jun 3 2014, 1:49pm | COMPLETE |
| 241071355 | $8.90 USD | Jun 3 2014, 3:58pm | COMPLETE | | 241065327 | $5.50 USD | Jun 3 2014, 1:47pm | COMPLETE |
| 241071091 | $5.50 USD | Jun 3 2014, 3:53pm | COMPLETE | | 241065251 | $8.90 USD | Jun 3 2014, 1:45pm | COMPLETE |
| 241070923 | $8.90 USD | Jun 3 2014, 3:50pm | COMPLETE | | 241065023 | $5.50 USD | Jun 3 2014, 1:41pm | COMPLETE |
| 241070439 | $250.59 USD | Jun 3 2014, 3:41pm | COMPLETE | | 241064999 | $8.90 USD | Jun 3 2014, 1:40pm | COMPLETE |
| 241070335 | $5.50 USD | Jun 3 2014, 3:37pm | COMPLETE | | 241064659 | $8.90 USD | Jun 3 2014, 1:29pm | COMPLETE |
| 241070299 | $5.50 USD | Jun 3 2014, 3:36pm | COMPLETE | | 241064499 | $8.90 USD | Jun 3 2014, 1:27pm | COMPLETE |
| 241070287 | $5.50 USD | Jun 3 2014, 3:35pm | COMPLETE | | 241064435 | $8.90 USD | Jun 3 2014, 1:26pm | COMPLETE |
| 241070159 | $5.50 USD | Jun 3 2014, 3:32pm | COMPLETE | | 241064427 | $8.90 USD | Jun 3 2014, 1:26pm | COMPLETE |
| 241070075 | $5.50 USD | Jun 3 2014, 3:30pm | COMPLETE | | 241063891 | $8.90 USD | Jun 3 2014, 1:23pm | COMPLETE |
| 241070055 | $5.50 USD | Jun 3 2014, 3:30pm | COMPLETE | | 241064283 | $8.90 USD | Jun 3 2014, 1:23pm | COMPLETE |
| 241069887 | $5.50 USD | Jun 3 2014, 3:27pm | COMPLETE | | 241064275 | $8.90 USD | Jun 3 2014, 1:22pm | COMPLETE |
| 241069831 | $5.50 USD | Jun 3 2014, 3:25pm | COMPLETE | | 241064019 | $8.90 USD | Jun 3 2014, 1:15pm | COMPLETE |
| 241069843 | $5.50 USD | Jun 3 2014, 3:25pm | COMPLETE | | 241063911 | $8.90 USD | Jun 3 2014, 1:13pm | COMPLETE |
| 241069775 | $5.50 USD | Jun 3 2014, 3:24pm | COMPLETE | | 241063679 | $52.10 USD | Jun 3 2014, 1:12pm | COMPLETE |
| 241069659 | $8.90 USD | Jun 3 2014, 3:21pm | COMPLETE | | 241063763 | $64.00 USD | Jun 3 2014, 1:09pm | COMPLETE |
| 241069603 | $5.50 USD | Jun 3 2014, 3:20pm | COMPLETE | | 241063051 | $8.90 USD | Jun 3 2014, 12:49pm | COMPLETE |
| 241069215 | $5.50 USD | Jun 3 2014, 3:12pm | COMPLETE | | 241062911 | $8.90 USD | Jun 3 2014, 12:45pm | COMPLETE |
| 241068839 | $5.50 USD | Jun 3 2014, 3:04pm | COMPLETE | | 241062747 | $64.00 USD | Jun 3 2014, 12:41pm | COMPLETE |
| 241068835 | $5.50 USD | Jun 3 2014, 3:03pm | COMPLETE | | 241062263 | $53.44 USD | Jun 3 2014, 12:29pm | COMPLETE |
| 241068671 | $8.90 USD | Jun 3 2014, 3:00pm | COMPLETE | | 241062087 | $8.90 USD | Jun 3 2014, 12:25pm | COMPLETE |
| 241068607 | $5.50 USD | Jun 3 2014, 2:58pm | COMPLETE | | 241061427 | $5.50 USD | Jun 3 2014, 12:04pm | COMPLETE |
| 241068531 | $5.50 USD | Jun 3 2014, 2:56pm | COMPLETE | | 241040367 | $5.50 USD | Jun 2 2014, 7:14pm | COMPLETE |
| 241068487 | $5.50 USD | Jun 3 2014, 2:56pm | COMPLETE | | 241030895 | $5.50 USD | Jun 2 2014, 7:09pm | |
| 241067691 | $5.50 USD | Jun 3 2014, 2:45pm | COMPLETE | | 240899095 | $5.50 USD | May 30 2014, 2:40am | REFUSED |
| 241067823 | $5.50 USD | Jun 3 2014, 2:43pm | COMPLETE | | | | | |
| 241067591 | $5.50 USD | Jun 3 2014, 2:38pm | COMPLETE | | | | | |