UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------------------------------------------------X
In re:                                            :
                                                  :
CURTIS JAMES JACKSON, III,                        :    CHAPTER 11
                                                  :
          Debtor                                  :    CASE NO. 15-21233 (AMN)
---------------------------------------------------------X

## **MONTHLY OPERATING REPORT OF BUSINESS**

CURTIS JAMES JACKSON, III, as debtor-in-possession, hereby makes the following report and summary of the operations of the business and the management of the property of the debtor for the month of August, 2019.

The undersigned, attorney for the debtor, by his signature below, renders that certification prescribed by Bankruptcy Rule 9011; however, the undersigned has made no audit or independent investigation concerning the substantive financial information contained in the operating report and renders no certification with respect thereof.

Dated at Bridgeport, Connecticut, this 1ˢᵗ day of November, 2019.

                                            CURTIS JAMES JACKSON, III

                By:    */s/ James Berman*
                         James Berman (ct06027)
                         Zeisler & Zeisler, P.C.
                         10 Middle Street, 15ᵗʰ Floor
                         Bridgeport, CT  06604
                         (203) 368-4234
                         jberman@zeislaw.com

## Office of the United States Trustee - Region 2
### District of Connecticut

## Chapter 11 Monthly Report for Confirmed Cases

Each month, all confirmed Chapter 11 Debtors must file this report with the Bankruptcy Clerk's office and provide a copy to the Office of the United States Trustee

Debtor Name: Curtis James Jackson III          Case Number: 15-21233

For the month of: August 2019                  Confirmation Date: _____

| PLAN PAYMENTS MADE DURING THE MONTH: | | MONTHLY TOTALS |
|---|---|---|
| Administrative Expenses | Legal Fees | $ 963.06 |
| Secured Creditors | | |
| Priority Creditors | | |
| Unsecured Creditors | | |
| | Total Plan Payments | |

| CASH FLOW REPORT: | MONTHLY TOTALS |
|---|---|
| Total Cash Receipts | $117,012.67 |
| Total Cash Disbursements including plan payments | $ 37,520.26 |
| Net Cash Flow (Cash Receipts minus Cash Disbursements) | $ 79,492.41 |

*Please Attach a copy of the Monthly Bank Statement.*

U.S. Trustee Quarterly Fees are incurred until a Chapter 11 case has been converted, dismissed or closed by final decree.

Office of the United States Trustee - Region 2      Page 2
District of Connecticut

## Chapter 11 Monthly Report for Confirmed Cases

1. Have all U.S. Trustee Quarterly Fees been paid?  (YES)  NO
   If no, please explain
   _____
   _____

2. Have all payments to attorneys and other professionals been made as ordered?  If no, please explain  (YES)  NO
   _____
   _____

3. Have all payments been made as set forth in plan? (YES)  NO
   If no, please explain _____

4. Have all property sales and transfers described in plan been completed? If no, please explain    YES   NO
   _____

5. Have any distributions been made to any owners stockholders of the debtor?                       YES   NO
   If yes, please provide an explanation (exclude wages) _____

6. Are all post-confirmation tax liabilities current? (YES)  NO
   If no, please explain _____

7. Have all claims been resolved?                    YES   NO.
   If no, please provide explanation_____
   _____

8. What is the estimated date for filing the final decree? _____

The undersigned certifies under penalty of perjury that the information contained in this report is complete, true and correct to the best of his/her knowledge, information, and belief.

Signature _Curtis Jackson_ (signature)   Date _____

# CURTIS JACKSON (2600)
## LEDGER REPORT
FROM 08-01-19 THROUGH 08-31-19 PAGE 1
AS OF 18:29:48 10 Sep 2019

| CK#/ACCT | GJ-REF | DATE | PAYEE/PAYOR | DESCRIPTION | CONTRA | DEBIT | CREDIT | SOURCE |
|---|---|---|---|---|---|---|---|---|
| | CASH IN BANK | | | | | | | |
| | CNB DIP ACCT | | | | | | | |
| | # 5674 | | | | | | | |
| | **ACCT | | | | | | | |
| | CLOSED 9-9-19) | | | | | | | |
| | BEG. BALANCE 07-31-19 | | 29,176.86 | | | | | |
| 001965 | 1:202*3 | 08-02-19 | | | 4700-04 | 545.00 | | CR |
| 3717 | 1:203*3 | 08-02-19 | | | *8715-00 | 4,412.34 | | CR |
| 41773 | 1:204*3 | 08-07-19 | | | 4620-00 | 17.74 | | CR |
| 1231*3 | 1752P | 08-08-19 | | | 8790-00 | | 160.00 | D2145 |
| 1232*3 | 1753P | 08-09-19 | | | 8800-02 | | 3,152.54 | D2147 |
| 5658767 | 185*3 | 08-09-19 | | | 4001-01 | 792.03 | | CR |
| 1233*3 | 1754P | 08-13-19 | | | 8470-00 | | 14,430.00 | D2149 |
| W136*3 | 1755P | 08-15-19 | | | 8470-00 | | 963.06 | D2152 |
| W136*3 | 1756P | 08-15-19 | | | 8470-00 | | 9,704.00 | D2152 |
| 8 | 1757 | 08-15-19 | | | 1005-00 | 15,000.00 | | JE.EFT |
| 9679511 | 1:205*3 | 08-16-19 | | | 4002-07 | 58,281.46 | | CR |
| 189287 | 1:206*3 | 08-19-19 | | | 4005-01 | 18.60 | | CR |
| 187*3 | | 08-22-19 | | | 4002-04 | 37,153.07 | | CR |

# CURTIS JACKSON
## (2600)
## LEDGER REPORT
FROM 08-01-19 THROUGH 08-31-19 PAGE 2
AS OF 18:29:48 10 Sep 2019

| CK#/ACCT | GJ-REF | DATE | PAYEE/PAYOR | DESCRIPTION | CONTRA | DEBIT | CREDIT | SOURCE |
|---|---|---|---|---|---|---|---|---|
| 5692328 | 188*3 | 08-23-19 | | | 4001-01 | 792.03 | | CR |
| | 189*3 | 08-23-19 | | | 4003-00 | 0.20 | | CR |
| | 190*3 | 08-23-19 | | | 4003-00 | 0.20 | | CR |
| 23*3 | C23*3 | 08-23-19 | | | 8050-00 | | 0.40 | CD |
| 21*3 | C21*3 | 08-27-19 | | | 8725-00 | | 241.76 | CD |
| W137*3 | 1758P | 08-28-19 | | | 8800-03 | | 4,000.00 | D2154 |
| W138*3 | 1759P | 08-29-19 | | | 8800-03 | | 4,786.00 | D2155 |
| 22*3 | C22*3 | 08-30-19 | | | 8050-00 | | 82.50 | CD |

| | | | |
|---|---|---|---|
| Ledger Activity............ | | 117,012.67 | 37,520.26 |
| Closing Balance............. | | 108,669.27 | |
| | | | |
| Total Ledger Activity....... | | 117,012.67 | 37,520.26 |
| Balance Sheet Recap......... | | 108,669.27 | |
| Income Section Recap........ | | 0.00 | ******* |

```
                          CURTIS JACKSON
                        BANK RECONCILIATION
                       statement of 08-31-19
                         G/L as of 08-31-19
                              PAGE 1

CHECKING ACCT#:3 CNB DIP ACCT #    5674 **ACCT CLOSED 9-9-19)

                                                              Balance
                                                         ---------------
Balance per bank statement                                    100,019.27

Unbooked adjustments:
---------------------------------------------------
                                              8,650.00
                                         ---------------
                                              8,650.00        108,669.27

Less: outstanding checks
                                                  0.00        108,669.27

Add: deposits in transit
                                                  0.00        108,669.27

Booked adjustments
                                                  0.00        108,669.27

Adjusted balance per statement                                108,669.27
                                                         ===============

Balance per G/L                                               108,669.27
                                                         ===============
```


**CITY NATIONAL BANK**
AN RBC COMPANY


RECEIVED
SEP 0 9 2019
BOULEVARD MANAGEMENT

Page 1     (3)

Account #:     5674

This statement: August 30, 2019
Last statement: July 31, 2019

Contact us:
800 773-7100

City National Bank
400 N Roxbury Drive
Beverly Hills CA  90210

cnb.com

001            0830K
CURTIS  JACKSON
DIP CASE NO. 15-21233
C/O BOULEVARD MANAGEMENT
21731 VENTURA BLVD SUITE 300
WOODLAND HILLS CA  91364

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | 5674 |
| Minimum balance | $29,158.86 |
| Average balance | $68,569.49 |
| Avg. collected balance | $62,244.00 |

**Account Activity**

| | | | |
|---|---|---|---|
| Beginning balance (7/31/2019) | | | $33,962.86 |
| Credits | Deposits (5) | + 63,275.14 | |
| | Electronic cr (5) | + 38,737.53 | |
| | Other credits (1) | + 15,000.00 | |
| | Total credits | | +$117,012.67 |
| Debits | Checks paid (3) | - 17,742.54 | |
| | Electronic db (7) | - 33,131.22 | |
| | Other debits (11) | - 82.50 | |
| | Total debits | | - $50,956.26 |
| Ending balance (8/30/2019) | | | $100,019.27 |

### DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 8-2 | E-Deposit | 00000001 | 545.00 |
| 8-2 | E-Deposit | 00000001 | 4,412.34 |
| 8-8 | Deposit | | 17.74 |
| 8-16 | E-Deposit | 00000001 | 58,281.46 |
| 8-20 | Deposit | | 18.60 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 8-9 | Preauthorized Credit | 792.03 |
| 8-22 | Preauthorized Credit | 37,153.07 |
| 8-23 | Preauthorized Credit | .20 |
| 8-23 | Preauthorized Credit | .20 |
| 8-23 | Preauthorized Credit | 792.03 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 8-15 | | | 15,000.00 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1231 | 8-13 | 160.00 | 1232 | 8-14 | 3,152.54 | 1233 | 8-20 | 14,430.00 | | | |

CURTIS JACKSON  
August 30, 2019

Page 2  
Account #:   5674

## ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 8-1 | Easi Wire Out-Dom | 4,786.00 |
| 8-15 | Easi Wire Out-Dom | 10,667.06 |
| 8-23 | Preauthorized Debit | .40 |
| 8-28 | Easi Wire Out-Dom | 4,000.00 |
| 8-28 | Preauthorized Debit | 8,650.00 |
| 8-29 | Easi Wire Out-Dom | 4,786.00 |
| 8-29 | Preauthorized Debit | 241.76 |

## OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 8-1 | Service Charge EASI WIRE OUT-DOM | | 12.00 |
| 8-1 | Wires-Fax Notify REF # | 7434 | 6.00 |
| 8-15 | Service Charge EASI WIRE OUT-DOM | | 12.00 |
| 8-15 | Wires-Fax Notify REF # | 4118 | 6.00 |
| 8-16 | Service Charge ACH | | 1.00 |
| 8-16 | Service Charge ACH | | 3.00 |
| 8-16 | Service Charge ACH | | 6.50 |
| 8-28 | Service Charge EASI WIRE OUT-DOM | | 12.00 |
| 8-28 | Wires-Fax Notify REF # | 0306 | 6.00 |
| 8-29 | Service Charge EASI WIRE OUT-DOM | | 12.00 |
| 8-29 | Wires-Fax Notify REF # | 8141 | 6.00 |

*handwritten: 82.50*

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 7-31 | 33,962.86 | 8-9 | 34,925.97 | 8-16 | 94,199.33 | 8-28 | 105,065.03 |
| 8-1 | 29,158.86 | 8-13 | 34,765.97 | 8-20 | 79,787.93 | 8-29 | 100,019.27 |
| 8-2 | 34,116.20 | 8-14 | 31,613.43 | 8-22 | 116,941.00 | | |
| 8-8 | 34,133.94 | 8-15 | 35,928.37 | 8-23 | 117,733.03 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with City National Bank

**IMPORTANT NOTICE**

Please examine your statement at once. You are in the best position to find errors or unauthorized transactions and you must tell us at once. If nothing is reported to us promptly this statement will be considered correct and any liability we may have to you may be limited.

**In case of errors or questions about your electronic funds transfers**: Call or write us at the telephone number or address shown on the front of this statement if you think your statement or receipt is wrong or you need more information about a transfer listed on the statement or receipt.

> **For Consumer accounts**: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number. (2) Tell us the dollar amount of the suspected error. (3) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
>
> **For Business and other non-Consumer accounts**: We must hear from you at once if there is an error on your account or you think a transaction is unauthorized. We will investigate promptly. Failure to contact us may prevent us from blocking further unauthorized transactions or recovering money for you. If we made an error we will correct your account at the conclusion of our investigation.

**Direct Deposits**: If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every 60 days from the same person or company, you can call us at the telephone number on the front of this statement to find out whether the deposit has been made.

You may obtain a form to help you **balance your account** at www.cnb.com/reconcile or call us at the telephone number shown on the front of this statement to have a form mailed to you.

**All items credited are subject to final payment. See your *Account Agreement and Disclosures* or *Treasury Management Disclosure and Agreement* and *Fee Schedules* for other terms and conditions applicable to your account.**

City National Bank, Member FDIC                                                                                          Equal Housing Lender
ID 23001E (Rev 01/2011)