**Qesar Veliu**

| | |
|---|---|
| **From:** | Rohback, Thomas G. <trohback@axinn.com> |
| **Sent:** | Tuesday, July 11, 2023 11:51 AM |
| **To:** | CTBdb_CourtroomDeputy_NewHaven |
| **Cc:** | Imran H. Ansari, Esq.; jpbaratta@barattalaw.com; Vissichelli, Allison M.; Perez, Katie E. |
| **Subject:** | Jackson v. Reed Smith LLP, et al., AP Case No. 17-02005 & Bankr. Case No. 15-21233 |

**CAUTION - EXTERNAL:**

Good afternoon,

This firm represents Reed Smith LLP and Peter Raymond in the above-referenced matters. Opposing counsel is copied on this correspondence.

I write respectfully to inform the Court that I am unavailable to attend the continued hearing scheduled for July 26, 2023 at 2:00 p.m. (AP-ECF No. 610; Bankr. ECF No. 1002) as I will be away during that week on a planned vacation. I had asked opposing counsel to consent to this adjournment last Friday, but have not received any response. I therefore respectfully request that the Court reschedule the hearing for another date. Thank you. Respectfully,

**Thomas G. Rohback**
*Partner*



Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Office 860.275.8110
Fax 860.275.8101
trohback@axinn.com
Axinn.com

114 West 47th Street
22nd Floor
New York, NY 10036

*******************************************************************

Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this

communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.