UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CURTIS JAMES JACKSON, III, | : | Case No. 15-21233 (AMN) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

**JAHAIRA RODRIGUEZ'S MOTION TO SEAL OBJECTION TO EXPEDITED MOTION FOR AN ORDER REOPENING BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF (I) ENFORCING THE PLAN, CONFIRMATION ORDER, AND DISCHARGE INJUNCTION AND (II) AWARDING SANCTIONS**

Jahaira Rodriguez, by and through her undersigned counsel, files this *Motion to Seal* ("the Motion") *the Objection* ("Objection") *to Curtis James Jackson, III's Expedited Motion for an Order Reopening Bankruptcy Case for the Limited Purpose of (I) Enforcing the Plan, Confirmation Order, and Discharge Injunction and (II) Awarding Sanctions* (the "Motion to Reopen"), and respectfully states as follows:

1. On May 13, 2025, Debtor Curtis Jackson, III ("Debtor") filed concurrent motions, including the above-captioned Motion to Reopen [Dkt. No. 1026], a Motion for Protective Order [Dkt. No. 1028], and a motion to expedite all of the foregoing relief. [Dkt. No. 1029].

2. On May 16, 2025, the parties appeared before the Court for a status conference, wherein counsel for Ms. Rodriguez was granted leave to file an Objection to the May 13, 2025 motions by May 19, 2025.

3. During the May 16, 2025 status conference, the parties also agreed that the Objection should be filed under seal. For avoidance of doubt, Ms. Rodriguez agrees to abide by the proposal set forth in the Motion for Protective Order at Dk. No. 1028, to the extent the Court rules in favor of the foregoing motion.

4.  As of the filing of this Motion, the Court has not yet ruled on the Motion for Protective Order, and so there is not currently a protective order governing this case.

5.  Therefore, pursuant to Section 107(b)(2) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9077-1, and out of an abundance of caution, Ms. Rodriguez hereby seeks to file the Objection under seal.

Dated: May 19, 2025

Respectfully Submitted,

*/s Anthony J. Boccamazzo*

Anthony J. Boccamazzo (CT30747)
BROWN RUDNICK LLP
185 Asylum Street, 38th Floor
Hartford, Connecticut 06103
Tel: (860) 509-6500
Fax: (860) 509-6501
Email: aboccamazzo@brownrudnick.com

David J. Molton (*pro hac vice* pending)
Gerard R. Cicero (*pro hac vice* pending)
Susan Sieger-Grimm (*pro hac vice* forthcoming)
BROWN RUDNICK LLP
7 Times Square
New York, NY 10026
Tel: 212-209-4939
Fax: 212-938-2856
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com;
Email: ssieger-grimm@brownrudnick.com

Katherine C. Dearing (*pro hac vice* forthcoming)
BROWN RUDNICK LLP
1900 N Street NW, Fourth Floor
Washington, D.C. 20036
Tel: 202-536-1768
Fax: 617-289-0768
Email: kdearing@brownrudnick.com

*Counsel for Jahaira Rodriguz*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2025, the foregoing document and the proposed Order were filed electronically and emailed via the Court's *CM/ECF* electronic noticing system to the parties listed on the attached **Exhibit A.**

                         */s/ Anthony J. Boccamazzo*

**EXHIBIT A**

Myles H. Alderman, Jr. on behalf of Defendant William Leonard Roberts, II
myles.alderman@alderman.com, courts@alderman.com

Imran H. Ansari on behalf of Debtor Curtis James Jackson, III
iansari@aidalalaw.com

Imran H. Ansari on behalf of Plaintiff Curtis James Jackson, III
iansari@aidalalaw.com

Elizabeth J. Austin on behalf of Creditor Lastonia Leviston
eaustin@pullcom.com, rmccoy@pullcom.com

Joseph P. Baratta on behalf of Debtor Curtis James Jackson, III
jpbaratta@barattalaw.com

Joseph P. Baratta on behalf of Plaintiff Curtis James Jackson, III
jpbaratta@barattalaw.com

James Berman
jberman@zeislaw.com, cjervey@zeislaw.com

James Berman on behalf of Debtor Curtis James Jackson, III
jberman@zeislaw.com, cjervey@zeislaw.com

James Berman on behalf of Debtor's Attorney Zeisler & Zeisler, P.C.
jberman@zeislaw.com, cjervey@zeislaw.com

James Berman on behalf of Plaintiff G-Unit Film & Television, Inc.
jberman@zeislaw.com, cjervey@zeislaw.com

James Berman on behalf of Plaintiff Curtis James Jackson, III
jberman@zeislaw.com, cjervey@zeislaw.com

Patrick M. Birney on behalf of Creditor Sleek Audio, LLC
pbirney@rc.com, ctrivigno@.rc.com

Patrick M. Birney on behalf of Creditor Gregroy Wysocki
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Jason Krywko
pbirney@rc.com, ctrivigno/a).rc.com

Patrick M. Birney on behalf of Creditor Mark Krywko
pbirney@.rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Michael Krywko

pbirney@rc.com, ctrivigno@rc.com

Christopher H. Blau on behalf of Plaintiff Curtis James Jackson, III
cblau@zeislaw.com

Andrew S. Cannella on behalf of Creditor Suntrust Mortgage, Inc.
bkecf@bmpc-law.com, bendett@myecfx.com

David W. Case on behalf of 20 Largest Creditor SunTrust Bank
dcase@mdmc-law.com, lgilbert@mdmc-law.com

David W. Case on behalf of Creditor SunTrust Mortgage
dcase@mdmc-law.com, lgilbert@mdmc-law.com

Robert W. Cassot on behalf of 3rd Pty Defendant Boulevard Management, Inc.
rcassot@morrisonmahoney.com

John L. Cesaroni on behalf of Debtor Curtis James Jackson, III
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Curtis James Jackson, III
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff Curtis James Jackson, III
jcesaroni@zeislaw.com

Joshua W. Cohen on behalf of Defendant Garvey Schubert Barer
jwcohen@daypitney.com, apetranek@daypitney.com

Joshua W. Cohen on behalf of Defendant Hillary H Hughes
jwcohen@daypitney.com, apetranek@daypitney.com

Joshua W. Cohen on behalf of Defendant Je Jun Moon
jwcohen@daypitney.com, apetranek@daypitney.com

Joshua W. Cohen on behalf of Defendant Paul H Trinchero
jwcohen@daypitney.com, apetranek@daypitney.com

Joshua W. Cohen on behalf of Defendant R. Bruce Beckner
jwcohen@daypitney.com, apetranek@daypitney.com

Brian P. Daniels on behalf of Interested Party Theodor K Sedlmayr
bpdaniels@bswlaw.com

Michael R. Enright on behalf of Creditor Sleek Audio, LLC
menright@rc.com

Michael R. Enright on behalf of Creditor Gregroy Wysocki

menright@rc.com

Michael R. Enright on behalf of Creditor Jason Krywko
menright@rc.com

Michael R. Enright on behalf of Creditor Mark Krywko
menright@rc.com

Michael R. Enright on behalf of Creditor Michael Krywko
menright@,rc.com

Geoffrey A. Fields on behalf of Creditor Sleek Audio, LLC
gfields@dickinsonwright.com, WTaylor@dickinsonwright.com

Geoffrey A. Fields on behalf of Creditor Gregroy Wysocki
gfields@dickinsonwright.com, WTaylor@dickinsonwright.com

Geoffrey A. Fields on behalf of Creditor Jason Krywko
gfields@dickinsonwright.com, WTaylor(@dickinsonwright.com

Geoffrey A. Fields on behalf of Creditor Mark Krywko
gfields@dickinsonwright.com, WTavlor@dickinsonwright.com

Geoffrey A. Fields on behalf of Creditor Michael Krywko
gfields@dickinsonwright.com, WTaylor@dickinsonwright.com

Philip Freidin on behalf of Creditor Lastonia Leviston
pfreidin@fdlaw.net

John D. Gaither on behalf of Debtor Curtis James Jackson, III
jgaither@neliganlaw.com

Jonathan D. Goins on behalf of Defendant William Leonard Roberts, II
jonathan.goins@.lewisbrisbois.com, Antonia.brown@lewisbrisbois.com

Irve J. Goldman on behalf of Creditor Lastonia Leviston
igoldman@pullcom.com, rmccoy@pullcom.com

Daniel F. Gosch on behalf of Creditor Sleek Audio, LLC
dgosch@dickinson-wright.com

Daniel F. Gosch on behalf of Creditor Gregroy Wysocki
dgosch@,dickinson-wright.com

Daniel F. Gosch on behalf of Creditor Jason Krywko
dgosch@dickinson-wright.com

Daniel F. Gosch on behalf of Creditor Mark Krywko
dgosch@dickinson-wright.com

Daniel F. Gosch on behalf of Creditor Michael Krywko
dgosch@dickinson-wright.com

Jessica Grossarth Kennedy on behalf of Creditor Lastonia Leviston
j2:rossarth@pullcom.com, rmccov@pullcom.com

Gregory J. Guest on behalf of Creditor Sleek Audio, LLC
gguest@dickinson-wright.com

Gregory J. Guest on behalf of Creditor Gregroy Wysocki
gguest@dickinson-wright.com

Gregory J. Guest on behalf of Creditor Jason Krywko
gguest@dickinson-wright.com

Gregory J. Guest on behalf of Creditor Mark Krywko
gguest(ti).dickinson-wright.com

Gregory J. Guest on behalf of Creditor Michael Krywko
gguest@dickinson-wright.com

Brian P. Guiney on behalf of Defendant Garvey Schubert Barer
bguiney(ti).pbwt.com

Brian P. Guiney on behalf of Defendant Hillary H Hughes
bguinev@pbwt.com

Brian P. Guiney on behalf of Defendant Je Jun Moon
bguinev@pbwt.com

Brian P. Guiney on behalf of Defendant Paul H Trinchero
bguiney(ti).pbwt.com

Brian P. Guiney on behalf of Defendant R. Bruce Beckner
b2:uinev@.pbwt.com

Carl T. Gulliver on behalf of Other Prof. Alexis G. Padilla
carlgul Iiver@cgul Iiverlaw.com, CarlGui liverLawLLC@jubileebk.net

Abigail Hausberg on behalf of U.S. Trustee U. S. Trustee
USTPREGION02.NH.ECF@USDOJ.GOV

Angeline N. Ioannou on behalf of Defendant Andrew W Jameson
HartfordEService@.LewisBrisbois.com

Matthew E. Kaslow on behalf of Debtor Curtis James Jackson, III
matt.kaslow@blankrome.com

Christopher A. Lynch on behalf of Creditor Reed Smith LLP
clynch@reedsmith.com, claukamg@reedsmith.com

Michael Malkovich on behalf of Creditor Candace Scott
michael@xanthakos-malkovich.net

Michael Malkovich on behalf of Creditor Dorothy DeJesus
michael@xanthakos-malkovich.net

Michael Malkovich on behalf of Plaintiff Candace Scott
michael@xanthakos-malkovich.net

Michael Malkovich on behalf of Plaintiff Dorothy DeJesus
michael@xanthakos-malkovich.net

Adam B. Marks on behalf of 3rd Pty Defendant Neligan LLP
amarks@uks.com

IIan Markus on behalf of 3rd Party Plaintiff GSO Business Management LLC
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-4670@ecf.pacerpro.com

Ilan Markus on behalf of Defendant GSO Business Management LLC
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-4670@ecf.pacerpro.com

Ilan Markus on behalf of Defendant Bernard Gudvi imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-4670@ecf.pacerpro.com

Ilan Markus on behalf of Defendant Michael Oppenheim
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-4670@ecf.pacerpro.com

Ilan Markus on behalf of Defendant Nicholas Brown
imarkus@barclaydamon.com,

docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-4670@ecf.pacerpro.com

Ilan Markus on behalf of Defendant William Braunstein
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-4670@ecf.pacerpro.com

Kristin B. Mayhew on behalf of 20 Largest Creditor SunTrust Bank
kmayhew@pullcom.com, kwarshauer(cil,mdmc-law.com;bdangelo(cil,mdmc-law.com

Kristin B. Mayhew on behalf of Creditor SunTrust Mortgage
kmayhew(al,pul lcom.com, kwarshauer(cil,mdmc-law.com;bdangelo@mdmc-law.com

Kim L. McCabe on behalf of U.S. Trustee U.S. Trustee
kim.mccabe@usdo j.gov

Rowena A. Moffett on behalf of Interested Party Theodor K Sedlmayr
rmoffett@bswlaw.com

John J. Monaghan on behalf of 20 Largest Creditor SunTrust Bank
john.monaghan(cil,hklaw.com

John J. Monaghan on behalf of Creditor SunTrust Mortgage
john.monaghan(cil,hklaw.com

James P. Muenker on behalf of Debtor Curtis James Jackson, III
jmuenker@neliganlaw.com

Patrick J Neligan on behalf of Debtor Curtis James Jackson, III
pnel igan@neliganlaw.com,

rclark(al,neliganlaw.corn;rclark@.ecf.courtdrive.com;jmuenker@.neliganlaw.com

Patrick J Neligan on behalf of Debtor's Attorney Neligan Foley LLP pnel igan@neliganlaw.com,
rclark(cil,ne Ii ganl aw.com;rclark(cil,ecf.courtdrive.com: jmuenker@ne Ii ganlaw.corn

Benjamin H. Nissim on behalf of Defendant Garvey Schubert Barer
bnissim@murthalaw.com, atorres@murthalaw.com

Benjamin H. Nissim on behalf of Defendant Hillary H Hughes
bnissim(cil,murthalaw.corn, atorres@murthalaw.com

Benjamin H. Nissim on behalf of Defendant Je Jun Moon
bnissim@murthalaw.com, atorres@murthalaw.com

Benjamin **H.** Nissim on behalf of Defendant Paul H Trinchero
bnissim@murthalaw.com, atorres/@murthalaw.com

Benjamin H. Nissim on behalf of Defendant R. Bruce Beckner
bnissim/@murthalaw.com, atorres@murthalaw.com

Scott S. Orenstein on behalf of Defendant Andrew W Jameson
scott.orenstein@snet.net

Ofer Reger on behalf of Debtor Curtis James Jackson, III
oreger@robinskaplan.com

Ofer Reger on behalf of Plaintiff Curtis James Jackson, III
oreger@robinskaplan.com

Craig M Reiser on behalf of Defendant Reed Smith LLP
creiser@axinn.com, khibert@axinn.com

Craig M Reiser on behalf of Defendant Peter Raymond
creiser@axinn.com, khibert@axinn.com

Seymour Roberts, Jr. on behalf of Debtor Curtis James Jackson, III
sroberts/@neliganlaw.com

Leron E. Rogers on behalf of Defendant William Leonard Roberts, IT
leron.rogers@lewisbrisbois.com

Leron E. Rogers on behalf of Interested Party William Leonard Roberts, II
leron.rogers@lewisbrisbois.com

Thomas G. Rohback on behalf of Creditor Reed Smith LLP
trohback@axinn.com

Thomas G. Rohback on behalf of Defendant Reed Smith LLP
trohback@axinn.com

Thomas G. Rohback on behalf of Defendant Peter Raymond
trohback@axinn.com

Thomas G. Rohback on behalf of Interested Party Evan K. Farber
trohback@axinn.com

Thomas G. Rohback on behalf of Interested Party Peter Raymond
trohback@axinn.com

Erick M. Sandler on behalf of Defendant Garvey Schubert Barer
ernsandler@daypitney.com, gpbartle@daypitney.com

Erick M. Sandler on behalf of Defendant Hillary H Hughes
emsandler@daypitney.com, gpbartle@daypitney.com

Erick M. Sandler on behalf of Defendant Je Jun Moon
emsandler@daypitney.com, gpbartle@daypitney.com

Erick M. Sandler on behalf of Defendant Paul H Trinchero
ernsandler@daypitney.com, gpbartle@daypitney.com

Erick M. Sandler on behalf of Defendant R. Bruce Beckner
emsandler@daypitney.com, gpbartle@daypitney.com

Christopher E.H. Sanetti on behalf of Interested Party William Leonard Roberts, II
christopher.sanetti@lewisbrisbois.com

Michael B. Schaedle on behalf of Debtor Curtis James Jackson, III
mike.schaedle@blankrome.com

David B. Shemano on behalf of Debtor Curtis James Jackson, III
jleland@robinskaplan.com

David B. Shemano on behalf of Plaintiff G-Unit Film & Television, Inc.
jleland@robinskaplan.com

David B. Shemano on behalf of Plaintiff Curtis James Jackson, III
jleland@robinskaplan.com

David B. Shemano on behalf of Spec. Counsel Curtis James Jackson
jleland@robinskaplan.com

Hunter Shkolnik on behalf of Creditor Lastonia Leviston
hunter@napolilaw.com

Kathleen M. St. John on behalf of 20 Largest Creditor SunTrust Bank
kathleen.stjohn@hklaw.com

Kathleen M. St. John on behalf of Creditor SunTrust Mortgage
kathleen.stjohn@hklaw.com

U.S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Craig Weiner on behalf of Debtor Curtis James Jackson, III
cweiner@robinskaplan.com

Craig Weiner on behalf of Spec. Counsel Robins Kaplan, LLP
cweiner@robinskaplan.com

Lynne B. Xerras on behalf of 20 Largest Creditor SunTrust Bank
lynne.xerras@hklaw.com

Lynne B. Xerras on behalf of Creditor SunTrust Mortgage
lynne.xerras@hklaw.com