

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Matthew E. Kaslow, Esq.*

**DATE OF ADMISSION**

**February 22, 2016**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  May 23, 2025

*Nicole Traini*
Nicole Traini
Chief Clerk