**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

|  |  |  |
|---|---|---|
| **IN RE:** | : | **CHAPTER 11** |
| **CURTIS JAMES JACKSON, III** | : | **CASE NO. 15-21233 (AMN)** |
| **DEBTOR.** | : | |
|  | : | |
|  | : | |

**NOTICE OF DISMISSAL OF STATE COURT ACTION AND**
**MOTION FOR ORDER CLOSING CHAPTER 11 CASE**

Curtis James Jackson, III (the "Debtor"), the reorganized debtor in the above-captioned

bankruptcy case (the "Bankruptcy Case"), filed under chapter 11 of title 11 of the United States

Code (the "Bankruptcy Code"), files this notice of dismissal of the State Court Action (as defined

below) and moves for an order closing his above-captioned bankruptcy case (the "Bankruptcy

Case"), and states as follows:

1. On July 7, 2016, the United States Bankruptcy Court for the District of Connecticut

(the "Bankruptcy Court") entered an order (ECF# 552) (the "Confirmation Order") confirming the

Third Amended Plan of Reorganization (the "Plan") filed by the Debtor in this Bankruptcy Case.

2. On February 2, 2017, the Bankruptcy Court entered an order granting the Debtor a

discharge of debts (ECF# 764) (the "Discharge Order").

3. On August 21, 2023, the Bankruptcy Court entered a *Final Decree and Order*

*Closing Chapter 11 Case* (ECF# 1022), and the Bankruptcy Case was closed.

4. On or about February 28, 2025, Jahaira Rodriguez ("Ms. Rodriguez") filed a

Summons with Notice in the Supreme Court of the State of New York, County of New York (the

"State Court") (*Jahaira Rodriguez v. Curtis Jackson*, Index No. 152779/2025 (the "State Court

Action"), NYSCEF# 1).

5.     On March 7, 2025, the Debtor moved (the "Motion to Dismiss") to dismiss the summons based on, among other things, the discharge and Discharge Order entered in this Bankruptcy Case.

6.     On May 13, 2025, the Debtor filed, *inter alia*, an *Expedited Motion for an Order Reopening Bankruptcy Case for the Limited Purpose of (I) Enforcing the Plan, Confirmation Order, and Discharge Injunction and (II) Awarding Sanctions* (ECF# 1026) (the "Motion to Reopen") and an *Expedited Motion for an Order (I) Enforcing the Plan, Confirmation Order, and Discharge Injunction and (II) Awarding Sanctions* (ECF# 1027) (the "Motion to Enforce") in the Bankruptcy Case.

7.     The Debtor filed the Motion to Reopen and Motion to Enforce because he asserted, *inter alia*, that the State Court Action violated the Plan, Confirmation Order, and Discharge Order and that the Bankruptcy Court should enforce the Plan, Confirmation Order, the Discharge Order and enter sanctions against Ms. Rodriguez.

8.     On May 19, 2025, Ms. Rodriguez filed an *Objection to Expedited Motion for an Order Reopening Bankruptcy Case for the Limited Purpose of (I) Enforcing the Plan, Confirmation Order, and Discharge Injunction and (II) Awarding Sanctions* (ECF# 1046).

9.     On May 20, 2025, the Bankruptcy Court conducted a hearing on the Debtor's Motion to Reopen this Bankruptcy Case.

10.    On July 10, 2025, the Bankruptcy Court entered a *Memorandum of Decision and Order Granting Motion to Reopen Case for a Limited Purpose* (ECF# 1074) (the "Decision") and on July 11, 2025, the Bankruptcy Court entered an *Order Modifying Discharge Order to Permit State Court to Rule on Pending Motion to Dismiss* (ECF# 1075) (the "Order").

11.    Pursuant to the Decision and Order, the Bankruptcy Court granted the Motion to Reopen, modified the Discharge Order to permit the State Court to enter a decision on the Debtor's Motion to Dismiss the State Court Action, and directed the Debtor to file in this Bankruptcy Case a copy of the State Court's decision on the Motion to Dismiss within five days after it is filed.

12.    On July 16, 2025, the Bankruptcy Court entered an *Order Denying Motions to Expedite Hearing and Enforce Plan, and Granting Motion to Exceed Page Limit* (ECF# 1076), pursuant to which, *inter alia,* the Bankruptcy Court denied the Debtor's Motion to Enforce as moot, without prejudice to the filing of a renewed motion following the State Court's determination of the Debtor's Motion to Dismiss.

13.    The Debtor files this notice to inform the Bankruptcy Court that Ms. Rodriguez has voluntarily withdrawn with prejudice her claim in the State Court Action and has voluntarily agreed to the dismissal of the State Court Action. Ms. Rodriguez has also voluntarily agreed not to assert her alleged claim against the Debtor. Accordingly, on December 31, 2025, the parties filed in the State Court Action a stipulation (the "Stipulation of Dismissal") dismissing the State Court Action with prejudice. A copy of the stipulation is attached hereto as **Exhibit A**.

14.    Accordingly, the Debtor moves for entry of an order closing this Bankruptcy Case.

15.    This Court has jurisdiction to consider this motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are sections 105 and 350(a) of the Bankruptcy Code, Rules 3020(d) and 3022 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 3022-1.

16.    Bankruptcy Code section 350(a) provides that, "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C.

§ 350(a). Federal Rule of Bankruptcy Procedure 3022 provides that, "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on a motion of a party in interest, shall enter a final decree in the case." Fed. R. Bankr. P. 3022.

17.     As a result of the agreed dismissal of the State Court Action, it is unnecessary for the Debtor to renew his Motion to Enforce and the reason why the Debtor moved to reopen this Bankruptcy Case has been resolved. The Debtor's estate has been fully administered and it would no longer serve any purpose to keep the Bankruptcy Case open.

18.     The Debtor therefore requests that the Court (a) enter an order, substantially in the form attached hereto, closing the Bankruptcy Case and (b) award the Debtor such other and further relief as this Court may deem just and proper.

Dated: December 31, 2025                    Respectfully submitted,

                                            **ZEISLER & ZEISLER, P.C.**

                                            /s/ John L. Cesaroni
                                            James Berman (ct06027)
                                            John L. Cesaroni (ct29309)
                                            10 Middle Street, 15th Floor
                                            Bridgeport, Connecticut 06604
                                            Tel.: (203) 368-4234
                                            Fax: (203) 367-9778
                                            jcesaroni@zeislaw.com

                                            **BLANK ROME LLP**
                                            Michael B. Schaedle (*pro hac vice*)
                                            Matthew E. Kaslow (*pro hac vice*)
                                            One Logan Square
                                            130 N. 18th Street
                                            Philadelphia, PA 19103
                                            Tel.: (215) 569-5500
                                            Fax: (215) 569-5555
                                            michael.schaedle@blankrome.com
                                            matt.kaslow@blankrome.com

                                            *Counsel for the Debtor*

# EXHIBIT A

## Stipulation of Dismissal

[New York Supreme Court Stipulation of Dismissal]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JAHAIRA RODRIGUEZ,

                    Plaintiff,

    v.

CURTIS JACKSON

               Defendant.

Index No. 152779/2025

Hon. Leslie A. Stroth

## STIPULATION AND [PROPOSED] ORDER DISCONTINUING CASE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that:

1.    The above-captioned action shall be discontinued with prejudice as to all parties and without costs or attorneys' fees to any party, and that an order to that effect may be entered without further notice.

2.    No party to this action is an infant, incompetent person for whom a committee has been appointed or a conservatee, and no person not a party has an interest in the subject matter of this action.

3.    This stipulation may be filed without further notice with the Clerk of the Court.

4.    This stipulation may be executed in counterparts, which shall have the same force and effect as a single, originally-executed document.

*- Signature Page Follows -*

Dated: ___December 10___ , 2025

SLATER SLATER SCHULMAN LLP          BLANK ROME LLP

By: _____          By: _____
    Niraj Parekh                          Craig Weiner
    Konstantin Yelisavetskiy              Reena Jain
    488 Madison Avenue, 20th Fl.          Eamon O'Kelly
    New York, NY 10022                    1271 Avenue of the Americas
    Tel.: (212) 481-7400                  New York, NY 10020
    nparekh@sssfirm.com                   Tel.: (212) 885-5000
    kyelisavetskiy@sssfirm.com            craig.weiner@blankrome.com
                                          reena.jain@blankrome.com
*Counsel for Plaintiff Jahaira Rodriguez*    eamon.okelly@blankrome.com

                                        *Counsel for Defendant Curtis J. Jackson, III*
                                        *(incorrectly sued as Curtis Jackson)*

Dated: _____ , 2025          SO ORDERED:


                                        _____
                                        Hon. Leslie Stroth, J.S.C.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 11** |
| | : | |
| **CURTIS JAMES JACKSON, III** | : | **CASE NO. 15-21233 (AMN)** |
| | : | |
| **DEBTOR.** | : | |
| | : | |

---

**ORDER GRANTING
MOTION FOR ORDER CLOSING CHAPTER 11 CASE**

Pursuant to 11 U.S.C. §§ 105 and 350(a), Federal Rules of Bankruptcy Procedure 3020(d) and 3022, and Local Bankruptcy Rule 3022-1, Curtis James Jackson, III (the "Debtor"), filed a *Notice of Dismissal of State Court Action and Motion for Order Closing Chapter 11 Case* (the "Motion", ECF No. ___)[1]; and it appearing that the relief sought in the Motion should be granted; it is hereby ORDERED:

The Motion is GRANTED and the Bankruptcy Case is closed.

This Court will retain jurisdiction to decide any disputes arising with respect to the terms, conditions and enforcement of this Order.

---

[1]    All of the capitalized items not otherwise defined herein have the meanings ascribed to them in the Motion.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 11** |
| | : | |
| **CURTIS JAMES JACKSON, III** | : | **CASE NO. 15-21233 (AMN)** |
| | : | |
| **DEBTOR.** | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, John L. Cesaroni, hereby certify that on December 31, 2025, the foregoing document(s), including all exhibits thereto, and the proposed Order were filed electronically and emailed via the Court's CM/ECF electronic noticing system to the parties listed on the attached **Exhibit A**.

Dated December 31, 2025, at Bridgeport, Connecticut.

**ZEISLER & ZEISLER, P.C.**

/s/ John L. Cesaroni
James Berman (ct06027)
John L. Cesaroni (ct29309)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Tel.: (203) 368-4234
Fax: (203) 367-9778
jcesaroni@zeislaw.com

*Counsel for the Debtor*

## EXHIBIT A

Myles H. Alderman, Jr. on behalf of Defendant William Leonard Roberts, II
myles.alderman@alderman.com, courts@alderman.com

Imran H. Ansari on behalf of Debtor Curtis James Jackson, III
iansari@aidalalaw.com

Imran H. Ansari on behalf of Plaintiff Curtis James Jackson, III
iansari@aidalalaw.com

Elizabeth J. Austin on behalf of Creditor Lastonia Leviston
eaustin@pullcom.com, rmccoy@pullcom.com

Joseph P. Baratta on behalf of Debtor Curtis James Jackson, III
jpbaratta@barattalaw.com

Joseph P. Baratta on behalf of Plaintiff Curtis James Jackson, III
jpbaratta@barattalaw.com

James Berman
jberman@zeislaw.com, cjervey@zeislaw.com

James Berman on behalf of Debtor Curtis James Jackson, III
jberman@zeislaw.com, cjervey@zeislaw.com

James Berman on behalf of Debtor's Attorney Zeisler & Zeisler, P.C.
jberman@zeislaw.com, cjervey@zeislaw.com

James Berman on behalf of Plaintiff G-Unit Film & Television, Inc.
jberman@zeislaw.com, cjervey@zeislaw.com

James Berman on behalf of Plaintiff Curtis James Jackson, III
jberman@zeislaw.com, cjervey@zeislaw.com

Patrick M. Birney on behalf of Creditor Sleek Audio, LLC
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Gregroy Wysocki
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Jason Krywko
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Mark Krywko
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Michael Krywko
pbirney@rc.com, ctrivigno@rc.com

Christopher H. Blau on behalf of Plaintiff Curtis James Jackson, III
cblau@zeislaw.com

Anthony Boccamazzo on behalf of Claimant Jahaira Rodriguez
aboccamazzo@brownrudnick.com, kwells@brownrudnick.com

Andrew S. Cannella on behalf of Creditor Suntrust Mortgage, Inc.
bkecf@bmpc-law.com, bendett@myecfx.com

David W. Case on behalf of 20 Largest Creditor SunTrust Bank
dcase@mdmc-law.com, lgilbert@mdmc-law.com

David W. Case on behalf of Creditor SunTrust Mortgage
dcase@mdmc-law.com, lgilbert@mdmc-law.com

Robert W. Cassot on behalf of 3rd Pty Defendant Boulevard Management, Inc.
rcassot@morrisonmahoney.com

John L. Cesaroni on behalf of Debtor Curtis James Jackson, III
jcesaroni@zeislaw.com, cjervey@zeislaw.com

John L. Cesaroni on behalf of Defendant Curtis James Jackson, III
jcesaroni@zeislaw.com, cjervey@zeislaw.com

John L. Cesaroni on behalf of Plaintiff Curtis James Jackson, III
jcesaroni@zeislaw.com, cjervey@zeislaw.com

Gerard Cicero on behalf of Claimant Jahaira Rodriguez
gcicero@brownrudnick.com

Joshua W. Cohen on behalf of Defendant Garvey Schubert Barer
jwcohen@daypitney.com, apetranek@daypitney.com

Joshua W. Cohen on behalf of Defendant Hillary H Hughes
jwcohen@daypitney.com, apetranek@daypitney.com

Joshua W. Cohen on behalf of Defendant Je Jun Moon
jwcohen@daypitney.com, apetranek@daypitney.com

Joshua W. Cohen on behalf of Defendant Paul H Trinchero
jwcohen@daypitney.com, apetranek@daypitney.com

Joshua W. Cohen on behalf of Defendant R. Bruce Beckner

jwcohen@daypitney.com, apetranek@daypitney.com

Brian P. Daniels on behalf of Interested Party Theodor K Sedlmayr
bpdaniels@bswlaw.com

Katherine C. Dearing on behalf of Claimant Jahaira Rodriguez
kdearing@brownrudnick.com

Michael R. Enright on behalf of Creditor Sleek Audio, LLC
menright@rc.com

Michael R. Enright on behalf of Creditor Gregroy Wysocki
menright@rc.com

Michael R. Enright on behalf of Creditor Jason Krywko
menright@rc.com

Michael R. Enright on behalf of Creditor Mark Krywko
menright@rc.com

Michael R. Enright on behalf of Creditor Michael Krywko
menright@rc.com

Geoffrey A. Fields on behalf of Creditor Sleek Audio, LLC
gfields@dickinsonwright.com, WTaylor@dickinsonwright.com

Geoffrey A. Fields on behalf of Creditor Gregroy Wysocki
gfields@dickinsonwright.com, WTaylor@dickinsonwright.com

Geoffrey A. Fields on behalf of Creditor Jason Krywko
gfields@dickinsonwright.com, WTaylor@dickinsonwright.com

Geoffrey A. Fields on behalf of Creditor Mark Krywko
gfields@dickinsonwright.com, WTaylor@dickinsonwright.com

Geoffrey A. Fields on behalf of Creditor Michael Krywko
gfields@dickinsonwright.com, WTaylor@dickinsonwright.com

Philip Freidin on behalf of Creditor Lastonia Leviston
pfreidin@fdlaw.net

John D. Gaither on behalf of Debtor Curtis James Jackson, III
jgaither@neliganlaw.com

Jonathan D. Goins on behalf of Defendant William Leonard Roberts, II
jonathan.goins@lewisbrisbois.com, Antonia.brown@lewisbrisbois.com

Irve J. Goldman on behalf of Creditor Lastonia Leviston
igoldman@pullcom.com, rmccoy@pullcom.com

Daniel F. Gosch on behalf of Creditor Sleek Audio, LLC
dgosch@dickinson-wright.com

Daniel F. Gosch on behalf of Creditor Gregroy Wysocki
dgosch@dickinson-wright.com

Daniel F. Gosch on behalf of Creditor Jason Krywko
dgosch@dickinson-wright.com

Daniel F. Gosch on behalf of Creditor Mark Krywko
dgosch@dickinson-wright.com

Daniel F. Gosch on behalf of Creditor Michael Krywko
dgosch@dickinson-wright.com

Jessica Grossarth Kennedy on behalf of Creditor Lastonia Leviston
jgrossarth@pullcom.com, rmccoy@pullcom.com

Gregory J. Guest on behalf of Creditor Sleek Audio, LLC
gguest@dickinson-wright.com

Gregory J. Guest on behalf of Creditor Gregroy Wysocki
gguest@dickinson-wright.com

Gregory J. Guest on behalf of Creditor Jason Krywko
gguest@dickinson-wright.com

Gregory J. Guest on behalf of Creditor Mark Krywko
gguest@dickinson-wright.com

Gregory J. Guest on behalf of Creditor Michael Krywko
gguest@dickinson-wright.com

Brian P. Guiney on behalf of Defendant Garvey Schubert Barer
bguiney@pbwt.com

Brian P. Guiney on behalf of Defendant Hillary H Hughes
bguiney@pbwt.com

Brian P. Guiney on behalf of Defendant Je Jun Moon
bguiney@pbwt.com

Brian P. Guiney on behalf of Defendant Paul H Trinchero
bguiney@pbwt.com

Brian P. Guiney on behalf of Defendant R. Bruce Beckner
bguiney@pbwt.com

Carl T. Gulliver on behalf of Other Prof. Alexis G. Padilla
carlgulliver@cgulliverlaw.com, CarlGulliverLawLLC@jubileebk.net

Abigail Hausberg on behalf of U.S. Trustee U. S. Trustee
USTPREGION02.NH.ECF@USDOJ.GOV

Angeline N. Ioannou on behalf of Defendant Andrew W Jameson
, HartfordEService@LewisBrisbois.com

Matthew E. Kaslow on behalf of Debtor Curtis James Jackson, III
matt.kaslow@blankrome.com

Christopher A. Lynch on behalf of Creditor Reed Smith LLP
clynch@reedsmith.com, claukamg@reedsmith.com

Michael Malkovich on behalf of Creditor Candace Scott
michael@xanthakos-malkovich.net

Michael Malkovich on behalf of Creditor Dorothy DeJesus
michael@xanthakos-malkovich.net

Michael Malkovich on behalf of Plaintiff Candace Scott
michael@xanthakos-malkovich.net

Michael Malkovich on behalf of Plaintiff Dorothy DeJesus
michael@xanthakos-malkovich.net

Adam B. Marks on behalf of 3rd Pty Defendant Neligan LLP
amarks@uks.com

Ilan Markus on behalf of 3rd Party Plaintiff GSO Business Management LLC
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-
4670@ecf.pacerpro.com

Ilan Markus on behalf of Defendant GSO Business Management LLC
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-
4670@ecf.pacerpro.com

Ilan Markus on behalf of Defendant Bernard Gudvi
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-
4670@ecf.pacerpro.com

Ilan Markus on behalf of Defendant Michael Oppenheim
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-
4670@ecf.pacerpro.com

Ilan Markus on behalf of Defendant Nicholas Brown
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-
4670@ecf.pacerpro.com

Ilan Markus on behalf of Defendant William Braunstein
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-
4670@ecf.pacerpro.com

Kristin B. Mayhew on behalf of 20 Largest Creditor SunTrust Bank
kmayhew@pullcom.com, rmccoy@pullcom.com

Kristin B. Mayhew on behalf of Creditor SunTrust Mortgage
kmayhew@pullcom.com, rmccoy@pullcom.com

Kim L. McCabe on behalf of U.S. Trustee U. S. Trustee
kim.mccabe@usdoj.gov

Rowena A. Moffett on behalf of Interested Party Theodor K Sedlmayr
rmoffett@bswlaw.com, psperling@bswlaw.com

David Molton on behalf of Claimant Jahaira Rodriguez
dmolton@brownrudnick.com

John J. Monaghan on behalf of 20 Largest Creditor SunTrust Bank
john.monaghan@hklaw.com

John J. Monaghan on behalf of Creditor SunTrust Mortgage
john.monaghan@hklaw.com

James P. Muenker on behalf of Debtor Curtis James Jackson, III
jmuenker@neliganlaw.com

Patrick J Neligan on behalf of Debtor Curtis James Jackson, III
pneligan@neliganlaw.com,

rclark@neliganlaw.com;rclark@ecf.courtdrive.com;jmuenker@neliganlaw.com

Patrick J Neligan on behalf of Debtor's Attorney Neligan Foley LLP
pneligan@neliganlaw.com,
rclark@neliganlaw.com;rclark@ecf.courtdrive.com;jmuenker@neliganlaw.com

Benjamin H. Nissim on behalf of Defendant Garvey Schubert Barer
bnissim@murthalaw.com, atorres@murthalaw.com

Benjamin H. Nissim on behalf of Defendant Hillary H Hughes
bnissim@murthalaw.com, atorres@murthalaw.com

Benjamin H. Nissim on behalf of Defendant Je Jun Moon
bnissim@murthalaw.com, atorres@murthalaw.com

Benjamin H. Nissim on behalf of Defendant Paul H Trinchero
bnissim@murthalaw.com, atorres@murthalaw.com

Benjamin H. Nissim on behalf of Defendant R. Bruce Beckner
bnissim@murthalaw.com, atorres@murthalaw.com

Scott Orenstein on behalf of Defendant Andrew W Jameson
sorenstein@gerberciano.com

Ofer Reger on behalf of Debtor Curtis James Jackson, III
oreger@robinskaplan.com

Ofer Reger on behalf of Plaintiff Curtis James Jackson, III
oreger@robinskaplan.com

Craig M Reiser on behalf of Defendant Reed Smith LLP
creiser@axinn.com, khibert@axinn.com

Craig M Reiser on behalf of Defendant Peter Raymond
creiser@axinn.com, khibert@axinn.com

Seymour Roberts, Jr. on behalf of Debtor Curtis James Jackson, III
sroberts@neliganlaw.com

Leron E. Rogers on behalf of Defendant William Leonard Roberts, II
leron.rogers@lewisbrisbois.com

Leron E. Rogers on behalf of Interested Party William Leonard Roberts, II
leron.rogers@lewisbrisbois.com

Thomas G. Rohback on behalf of Creditor Reed Smith LLP

trohback@axinn.com

Thomas G. Rohback on behalf of Defendant Reed Smith LLP
trohback@axinn.com

Thomas G. Rohback on behalf of Defendant Peter Raymond
trohback@axinn.com

Thomas G. Rohback on behalf of Interested Party Evan K. Farber
trohback@axinn.com

Thomas G. Rohback on behalf of Interested Party Peter Raymond
trohback@axinn.com

Erick M. Sandler on behalf of Defendant Garvey Schubert Barer
emsandler@daypitney.com, gpbartle@daypitney.com

Erick M. Sandler on behalf of Defendant Hillary H Hughes
emsandler@daypitney.com, gpbartle@daypitney.com

Erick M. Sandler on behalf of Defendant Je Jun Moon
emsandler@daypitney.com, gpbartle@daypitney.com

Erick M. Sandler on behalf of Defendant Paul H Trinchero
emsandler@daypitney.com, gpbartle@daypitney.com

Erick M. Sandler on behalf of Defendant R. Bruce Beckner
emsandler@daypitney.com, gpbartle@daypitney.com

Christopher E.H. Sanetti on behalf of Interested Party William Leonard Roberts, II
christopher.sanetti@lewisbrisbois.com

Michael B. Schaedle on behalf of Debtor Curtis James Jackson, III
mike.schaedle@blankrome.com

David B. Shemano on behalf of Debtor Curtis James Jackson, III
jleland@robinskaplan.com

David B. Shemano on behalf of Plaintiff G-Unit Film & Television, Inc.
jleland@robinskaplan.com

David B. Shemano on behalf of Plaintiff Curtis James Jackson, III
jleland@robinskaplan.com

David B. Shemano on behalf of Spec. Counsel Curtis James Jackson
jleland@robinskaplan.com

Hunter Shkolnik on behalf of Creditor Lastonia Leviston
hunter@napolilaw.com

Susan Sieger-Grimm on behalf of Claimant Jahaira Rodriguez
ssiegergrimm@brownrudnick.com

Kathleen M. St. John on behalf of 20 Largest Creditor SunTrust Bank
kathleen.stjohn@hklaw.com

Kathleen M. St. John on behalf of Creditor SunTrust Mortgage
kathleen.stjohn@hklaw.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Craig Weiner on behalf of Debtor Curtis James Jackson, III
cweiner@robinskaplan.com

Craig Weiner on behalf of Spec. Counsel Robins Kaplan, LLP
cweiner@robinskaplan.com

Lynne B. Xerras on behalf of 20 Largest Creditor SunTrust Bank
lynne.xerras@hklaw.com

Lynne B. Xerras on behalf of Creditor SunTrust Mortgage
lynne.xerras@hklaw.com

Konstantin Yelisavetskiy on behalf of Claimant Jahaira Rodriguez
kyelisavetskiy@sssfirm.com